# EXHIBIT F

REDACTED

REDACTED

REDACTED



For Immediate Release:
March 2, 2006

Contacts:
Barbara Sadowy
703.288.3500, Ext.106
barbaras@fnhusa.com

David A. Golladay, Jr.
864.414.2405
dagolladay@bellsouth.net

## The Making of the 21st Century Assault Rifle: SCAR SOF Combat Assault Rifle

**McLEAN, Va.** - FN Herstal is now entering the final phase of the development of the SCAR SOF Combat Assault Rifle, the first assault rifle procured through an open competition since the M4/M16. After more than a year of product review and testing with United States Special Operation Command (USSOCOM) and Naval Surface Warfare Center (NSWC Crane) the SCAR represents the leading edge of current assault rifle design.

The development process demands a close interaction between USSOCOM, Special Operations Forces (SOF) operators and its chosen manufacturer partner, FN Herstal, to ensure that the new SCAR is the most reliable, accurate, rugged, safe and ergonomic weapon possible.

**Project Timeline:**

**2002-2003: The search begins for a new SOF assault rifle.**
In an effort to acquire a "Weapon Designed for SOF by SOF", USSOCOM initiated the SCAR program with an approved Joint Operational Requirements Document (JORD).

In order to meet the JORD, the SCAR program recognized the tremendous benefits that the SOF operator possesses, and therefore adopted a theme: "Operator Envisioned, Tested and Chosen." This theme encompasses the involvement of the SOF operator in the requirements initiation, generation, and testing prior to and after source selection.

CA00133

# FNH USA.

### SCAR Requirements:

Reliability, Availability, and Maintainability (RAM) requirements include MRBS (Mean Rounds between Stoppage) - 2000 Threshold (T) and 8000 Objective (O); MRBF (Mean Rounds between Failure) – 15,000 (T) and 50,000 (O); Service Life (Weapon): 15,000 (T) and 90,000 (O); and Service Life (Barrel): 15,000 (T) and 35,000 (O). Modular System: SCAR-Light 5.56mm (T) and SCAR-Heavy 7.62mm (T). Additional barrel for each variant will allow current and future ammunition (O). Accuracy: SCAR-L: 70% hit ratio on 500 meter point target – 600 meter area target (T) and 600 meter point target – 800 meter area target (O) SCAR-H: 70% hit ratio on 600 meter point target – 800 meter area target (T) and 800 meter point target – 1000 meter area target (O). The SCAR-L and SCAR-H will not add more than 1 MOA (minute of angle) at 300 meters (T) and not more than .25 MOA at 300 meters (O).

The SCAR is developed in two threshold configurations, a SCAR-Light in 5.56x45mm NATO and a SCAR-Heavy in 7.62x51mm NATO, with the SCAR-L being the priority. Both the SCAR-L and SCAR-H possess the capability for barrel modularity and thus are available in the following variants: Standard (S), Close Quarter Combat (CQC) and Sniper Variant (SV). The SV can be either a modular enhancement or a separate weapon. The barrel modularity can be accomplished via changing the complete upper receiver changes or just the barrel. The SCAR-L will be optimized for 5.56x45mm NATO and thus will use an enhanced 5.56mm magazine. The SCAR-H provides an open architecture design to accommodate changing calibers from the standard 7.62x51mm NATO. The initial caliber change is projected as the 7.62x39mm. The ergonomic and parts commonality between the SCAR-L and SCAR-H will be maximized to create a family of SCAR weapons. This commonality is essential for training time reduction, enhancing mission effectiveness, and improving the SOF operators ingrained operational and emergency procedure autonomic responses that are critical during high stress situations.

The SCAR system is rugged, highly reliable, controllable in full automatic fire, has no unsafe failure modes, is highly ergonomic, corrosion resistant, capable of lube-less firing, and is capable of being operated and maintained by a single operator.

The SCAR-L with stock collapsed or folded does not exceed lengths of 29.9 in. / 33.6 in. extended, with standard barrel. The SCAR-L weighs no more than 6.97 lbs. unloaded. The SCAR-H is collapsible or foldable to lengths not greater than similar configurations of currently available 7.62 battle rifles (30.3 in. folded / 40.2 in. extended, with standard barrel). The SCAR-H will weigh no more than 8 lbs.

The following are the Key Performance Parameters for the SCAR: Adaptability, Modular/Family of Weapons, Reliability and Accuracy. The SCAR barrels/caliber are readily exchanged at the operator level, without headspace or timing adjustments, within 5 minutes.

The SCAR-L and SCAR-H, in threshold caliber configurations (5.56x45mm NATO and 7.62x51mm NATO) with M855 and M80 ball ammunition respectively (T), spirally developed/alternate caliber configurations (O), have a Mean Round Between Stoppages (MRBS) of 2,000 rounds (T), 8,000 rounds (O).



The SCAR-L and SCAR-H, in threshold caliber configurations (T), spirally developed/ alternate caliber configurations (O), have a Mean Round Between Failure (MRBF) of 15,000 rounds (T), 35,000 rounds (O).

The SCAR-L and SCAR-H, in threshold caliber configuration/ball ammunition (T), spirally developed/alternate caliber configurations (O), have a fully functional service life without overhaul for a minimum of 15,000 rounds (T), 90,000 rounds (O) for the weapon and 15,000 rounds (T), 35,000 rounds (O) for the barrel.

The SCAR, in threshold configuration (T) and all caliber/barrel configurations (O), does not add more than 1.0 MOA at 300 meters (T), .25 MOA at 300 meters (O) to baseline (M855, MK262, M80, M118) ammunition performance.

The SCAR is also compatible with nearly all the SOPMOD Accessory Kit components via MIL-STD 1913 rails. The SCAR weapons are available with a sling, bipod, forward handgrip, blank firing capability and an operator's manual. The SCAR has a rigid MIL-STD 1913 rail at the 12 o'clock position running continuously from the rear sight to the front sight, which may be mounted to the upper receiver or integral to the weapon (T). The 12 o'clock rail has numbered the slots in alternate even numbers running the extent of the rail from back sight to front (T). The SCAR has additional MIL-STD 1913 rails at 3 o'clock, 6 o'clock, and 9 o'clock in the fore-arm/hand guard area (T). All rails are capable of maintaining the bore sight alignment (T). The MIL-STD 1913 rails were to be mounted to the weapon to maximize; rigidity (no loss of zero due to rough handling), independent from the barrel (no interference with the natural harmonic vibrations of the barrel during firing), and provision for mounting future 6 o'clock subsystems more closely to the gun barrel (decrease in offset between the 6 o'clock subsystems and the axis of the bore) (T). SOPMOD/MWS items mounted on rail system are not be blocked or interfered with by other SCAR components/features (T). The SCAR-L has to be compatible with the EGLM Enhanced Grenade Launcher Module (T). SCAR in any barrel length configuration mounts the EGLM 40mm grenade launcher on the 6 o'clock position (T). The rail interface is capable of withstanding the recoil forces generated by firing the 40mm grenade launcher with a cartridge producing a pressure of 230 bar (T). The SCAR rails are to exhibit no detectable shift in zero, when the EGLM 40mm weapon is fitted to the SCAR-L, and during firing of the EGLM (T).

# 2006 FNH USA PRODUCT CATALOG



WHEN THE MISSION IS DEFENDING FREEDOM, THE WEAPON IS MADE BY FN.™



FN HERSTAL

CA00139

# A MESSAGE FROM FNH USA

Dear Clients, Customers and Operators,

FNH USA is proud to serve those who serve our country! Wherever the service members of our military and allies go, we are by their side. The M240 and M249 remain our core machine gun systems, are out there every day, protecting those who protect our freedom. Many service members back from deployment have sent us letters complimenting our products. We want to thank them and let them know that we truly appreciate the work they are doing.

2005 has been very exciting for FN:

- We are proud to announce that the United States Special Operations Command (USSOCOM) awarded the contract for the Special Combat Assault Rifle (SCAR) to FN Herstal. USSOCOM awarded the contract after conducting a full and open competition throughout a 10-month trial beginning in January 2004. The program provides the first 21st century modular assault rifle designed and built from the ground up for the finest fighting forces in the world.

- Since 2003, NAVAL AIR SYSTEMS COMMAND (NAVAIR) PMA-242 and FN have been working tirelessly to provide new and improved capabilities to the MARINE CH-53 helicopter with the fielding of the GAU-21. The GAU-21 is a .50 caliber high rate of fire machine gun Common Defensive Weapon System (CDWS). In 2005, the U. S. Marine Corps fielded approximately 160 GAU-21 systems on the CH-53E Super Stallion heavy lift helicopter and many are now in use in Iraq and Afghanistan.

America's men and women in uniform have no more dedicated supporters than FNH USA. We remain committed to developing the best product we can with one thing in mind: your mission. When the mission is defending freedom, the weapon is made by FN.

Sincerely,

P. Evancoe
Director of Military Operations
FNH USA, LLC.

2

CA00140

Defense.gov: Contracts for Monday, November 05, 2007



**U.S. Department of Defense**
Office of the Assistant Secretary of Defense (Public Affairs)

# Contract

On the Web:
http://www.defense.gov/Contracts/Contract.aspx?ContractID=3641
Media contact: +1 (703) 697-5131/697-5132

Public contact:
http://www.defense.gov/landing/comment.aspx
or +1 (703) 571-3343

No. 1277-07
November 05, 2007

FOR RELEASE AT
5 p.m. ET

## CONTRACTS

### NAVY

Canadian Commercial Corporation, General Dynamics Land Systems Canada, Ottawa, Ontario, Canada, is being awarded a $60,204,705 firm fixed priced delivery order modification under previously awarded contract (M67854-07-D-5028) for the purchase of OCONUS field service representatives, Mine Resistant Ambush Protected (MRAP) University, new equipment training, logistics and engineering requirements, logistics demonstration at Red River Army Depot, level of repair analysis, and PLL/ASL (prescribed load list/authorized stock level) sustainment parts. Work will be performed in combat areas of operations in an austere environment, and in Lansing, Mich. and Texarkana, Texas, and work is expected to be completed October 2008. Contract funds will not expire at the end of the current fiscal year. This contract was competitively procured. The Marine Corps Systems Command, Quantico, Va., is the contracting activity.

Tetra Tech EC, Inc., Poulsbo, Wash., is being awarded $7,213,483 for Modification 02 to Task Order #0070 under previously awarded indefinite-quantity/indefinite-delivery, cost-plus-award-fee environmental remedial action contract for Parcel D - Sewer Removal Surveys and Parcel B - Phase V and other survey additions at Hunters Point Shipyard. The work to be performed expands the volume (cubic yards) of soils to be excavated on the current sanitary and storm sewer removal project. An associated extension in the period of performance, as well as associated project management costs and base-wide radiological support tasks is also included. Work will be performed in San Francisco, Calif., and is expected to be completed by May 2008. Contract funds will not expire at the end of the current fiscal year. The Naval Facilities Engineering Command, Northwest, Silverdale, Wash., is the contracting activity (N44255-01-D-2000).

### ARMY

RTKL/KLING (Joint Venture), Baltimore, Md., was awarded on Oct. 31, 2007, a $52,129,284 modification firm-fixed-price contract for final design package for the National Geospatial-Intelligence Agency, East Campus. Work will be performed at Fort Belvoir, Va., and is expected to be completed by March 23, 2008. Contract funds will not expire at the end of the current fiscal year. There were 31 bids solicited on Dec. 30, 2005, and one bid was received. The U.S. Army Corps of Engineers, Baltimore, Md., is the contracting activity (W912DR-06-C-0013).

General Dynamics Land Systems Inc., Sterling Heights, Mich., was awarded on Nov. 1, 2007, an $11,248,788 modification to a firm-fixed-price contract for system technical support for the Abrams Tank Program. Work will be performed in Sterling Heights, Mich., and is expected to be completed by Dec. 31, 2011. Contract funds will not expire at the end of the current fiscal year. This is a sole source contract initiated on June 8, 2006. The U.S. Army Tank-Automotive and Armaments Command, Warren, Mich., is the contracting activity (W56HZV-07-C-0046).

Intelligent Automation Corp.*, Poway, Calif., was awarded on Nov. 2, 2007, a delivery order amount of $5,628,429 as part of a $66,317,838 firm-fixed-price contract for hardware to be installed on the Apache Helicopters under the modernization and recapitalization effort. Work will be performed in Poway, Calif. (50 percent), and Columbia, S.C. (50 percent), and is expected to be completed by Nov. 1, 2012. Contract funds will not expire at the end of the current fiscal year. This was a sole source contract initiated on June 19, 2007. The U.S. Army Aviation and Missile Command, Redstone Arsenal, Ala., is the contracting activity (W58RGZ-08-D-0039).

### UNITED STATES SPECIAL OPERATIONS COMMAND

FN Herstal of Herstal, Belgium, was awarded a 10-year indefinite delivery/indefinite quantity contract for the development and production of the Special Combat Assault Rifle in support of U.S. Special Operations Command procurement division in November 2004. There have been eleven delivery orders awarded to date for the procurement of Initial Operational Test and Evaluation and Low Rate Initial Production requirements totaling $11,134,086. The production phase of this contract is anticipated to begin in March 2008. The work will be performed primarily in Herstal, and is expected to be completed by 2014. The contract number is H92222-05-D-0001.

### DEFENSE LOGISTICS AGENCY

Treen Box and Pallet, Bensalem, Pa.,* is being awarded a maximum $5,125,000.00 fixed price with economic price adjustment contract modification for supply of wood pallets. Using service is Defense Distribution Command Depots. Contract funds will not expire at the end of the current fiscal year. This contract is exercising its first option year. There were 11 proposal originally solicited with 9 responses. Date of performance completion is Dec. 4, 2008. The contracting activity is Defense Supply Center Philadelphia, Philadelphia, Pa. (SPM500-06-D-0004).

*Small Business

Printer-friendly Version    Email A Copy

### Main Menu

- Home
- Today in DOD
  - About DOD
    - Leaders
    - Organization
    - Mission
    - History
  - Frequently Asked Questions
    - Available jobs with DOD
  - Top Issues
    - Afghanistan
    - Iraq
    - Warrior Care
  - News
    - DOD News Page
    - Today in DOD
    - News Releases
    - Press Advisories
    - Publications

CA00141

OPERATOR'S
MANUAL FOR:

SCAR-L – Type C
STANDARD VERSION
AND CQC VERSION





COPYRIGHT© 2004 COLT DEFENSE LLC
ALL RIGHTS RESERVED

CA-03529

OPERATOR'S
MANUAL FOR:

SCAR-L – Type D
STANDARD VERSION
AND CQC VERSION





COPYRIGHT© 2004 COLT DEFENSE LLC
ALL RIGHTS RESERVED

CA-03585