# EXHIBIT G

For Immediate Release
March 2, 2006

Contact:

David A. Golladay, Jr.
804.418.2404
dagolladay@hellsouth.net

**FN Herstal Unveils Two New SCAR SOF Combat Assault Rifle Prototypes- SCAR-Light and SCAR-Heavy at 2006 SHOT Show.**

McLEAN, VA — FNH USA showcased FN Herstal's latest military prototype contract winner — the SCAR SOF Combat Assault Rifle at the 2006 SHOT Show in Las Vegas, Nevada, held February 9-12. The military prototypes that were on display at the SHOT Show are in the final phase of product modifications prior to manufacturing.

The SCAR system streamlines the current SOF family of rifles by replacing the existing M4A1 Carbine, MK18 Close Quarter Combat Carbine, MK11 Sniper Security Rifle, MK12 Special Purpose Rifle, M14 Rifle and M203 Grenade Launcher. The new system consists of two rifles with modular barrels, the 5.56mm SCAR-Light and the 7.62mm SCAR-Heavy, along with a new 40mm EGLM Enhanced Grenade Launcher Module.

The SCAR system ensures SOF the use of a reliable, durable, modular, accurate, flexible and highly ergonomic family of weapons along with interchangeable parts. The open architecture platform allows for easy addition of future enhancements in ammunition and expanded modularity.

Development of the SCAR system is the direct result of a unique merger of the engineering/design expertise of FN Herstal engineers and designers, and the operational experience of USSOCOM representatives and SOF operators. The extensive reviews allowed the SOF operators the opportunity to review design concepts in a real-time fashion via the use of rapid prototyping models. This direct interaction between FN Herstal personnel and the government team was a defining element in the success of the program.

The SCAR is operator envisioned, tested and chosen!

Headquartered in McLean, Va., FNH USA, LLC., is a subsidiary of, and the sales and marketing arm of FN Herstal, S.A., Belgium, whose corporate mission is to expand on its long-standing leadership position in the defense, law enforcement and associated commercial firearms markets by providing the highest quality products as well as the finest in training and logistical support.

FNH USA LLC. P.O. Box 697, McLean, VA 22101  www.fnhusa.com

1

REDACTED

FN102493
CONFIDENTIAL –
ATTORNEYS' EYES ONLY

REDACTED

FN102494
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



*For Immediate Release:*
March 2, 2006

Contacts:
Barbara Sadowy
703.288.3500, Ext.106
barbaras@fnhusa.com

David A. Golladay, Jr.
864.414.2405
dagolladay@bellsouth.net

## The Making of the 21st Century Assault Rifle: SCAR SOF Combat Assault Rifle

McLEAN, Va. - FN Herstal is now entering the final phase of the development of the SCAR SOF Combat Assault Rifle, the first assault rifle procured through an open competition since the M4/M16. After more than a year of product review and testing with United States Special Operation Command (USSOCOM) and Naval Surface Warfare Center (NSWC Crane) the SCAR represents the leading edge of current assault rifle design.

The development process demands a close interaction between USSOCOM, Special Operations Forces (SOF) operators and its chosen manufacturer partner, FN Herstal, to ensure that the new SCAR is the most reliable, accurate, rugged, safe and ergonomic weapon possible.

### Project Timeline:

**2002-2003: The search begins for a new SOF assault rifle.**
In an effort to acquire a "Weapon Designed for SOF by SOF", USSOCOM initiated the SCAR program with an approved Joint Operational Requirements Document (JORD).

In order to meet the JORD, the SCAR program recognized the tremendous benefits that the SOF operator possesses, and therefore adopted a theme: "Operator Envisioned, Tested and Chosen." This theme encompasses the involvement of the SOF operator in the requirements initiation, generation, and testing prior to and after source selection.

CA00133



Thursday : January 8 : 2009                                                                 Home : Subscription : Archives : Contact

January 8 : 2009

## Civilian-Legal FN SCAR 16S Delivered at End of 2008, All Gone

McLean, Va. (January 7, 2009). FNH USA announces the exciting FN SCAR™ 16S for the civilian enthusiast was delivered to its dealer base at year end 2008. This first group of rifles is part of a one-of-a-kind initial production run.

These limited FN SCAR 16S initial production edition rifles are unique and were specially engraved by FNH USA, LLC on both sides of the receiver rather than on one side only. In addition, this FN SCAR 16S initial production edition rifle has been specially packaged in a durable, lockable, waterproof Hardigg® Storm hard side case that is ideal for storage and transportation. They also have been delivered with a certificate of authenticity.

This Certificate of Authenticity attests that the FN SCAR 16S rifle listed above is part of the initial limited production edition that marks the 2008 introduction of the FN SCAR Semi-Automatic Rifle in the United States of America.

The semi-automatic FN SCAR 16S is a modular, lightweight and highly effective rifle with exceptional durability. It features:

* A free floating, cold hammer-forged MIL-SPEC barrel with a hard-chromed bore;
* An innovative gas-operated, short stroke piston system for fouling reduction and improved reliability;
* Fully ambidextrous operating controls that allow adaptability for any user;
* A receiver-integrated MIL-STD 1913 optical rail plus three accessory rails to allow use of a wide variety of tactical lights and lasers;
* A side-folding, polymer stock that is adjustable for comb height and length of pull; and
* High-velocity 5.56x45mm NATO (223 Rem.) cartridge chambering.

The SCAR is available in authentic USSOCOM Flat Dark Earth with a 16.25" barrel length and either a 10 or 30-round magazine and weighs only 7.25 lbs. For more details and photographs or to download wallpapers, visit www.fnhusa.com.

FNH USA is the sales and marketing arm of FN Herstal, S.A., Belgium. Its corporate mission is to expand its global leadership position in defense, law enforcement and commercial markets by delivering superior products and the finest in training and logistical support. Visit www.fnhusa.com to view the entire line of FNH USA products and services. FNH USA, P.O. Box 697, McLean, VA, 22101, U.S.A.

SEE US AT BOOTH #8361 at Shot Show, Orlando, Florida

Media Contact:
Barbara Sadowy
703.288.1292 x 106
barbaras@fnhusa.com

Elaine Hadden Golladay
864.640.7159
dagtactical@bellsouth.net

© Copyright 2008 The Tactical Wire. All Rights Reserved.

http://www.thetacticalwire.com/release.html?releaseID=139975                                  5/23/2011