# EXHIBIT H



# SCAR
## [ S.O.F. CAPABLE ASSAULT RIFLE ]

### [ FN SCAR LIGHT SPECS ]

### [ FN SCAR HEAVY SPECS ]

# OPERATOR
## ENVISIONED, TESTED, CHOSEN.

FROM CONCEPT TO REALITY, THE SCAR BATTLE RIFLE EXCEEDS REAL WORLD EXPECTATIONS. CHOSEN BY THE US SPECIAL OPERATIONS COMMAND'S TO BE THE NEXT GENERATION MODULAR RIFLE SYSTEM, THE FN SCAR IS A 21ST CENTURY ASSAULT RIFLE BUILT FROM THE GROUND UP FOR THE FINEST FIGHTING FORCES IN THE WORLD. RUGGED AND RELIABLE, THE SCAR IS A SHORT STROKE GAS OPERATED SYSTEM WITH A RIGID METAL RECEIVER AND UPPER FOR MAXIMUM ACCURACY IN ALL CONFIGURATIONS.



 **FNH USA**

WHEN THE MISSION IS DEFENDING FREEDOM, THE WEAPON IS MADE BY FN.

CA02764



CALIBER: 5.56 x 45mm NATO        MUZZLE VELOCITY: M855 - 2870 FPS
RATE OF FIRE: 600                                          MK262 - 2630 FPS
WEIGHT UNLOADED: 7.7LBS        MAG CAPACITY: 30 RD DETACHABLE BOX
LENGTH: MAX 33.54" MIN 24.49"

CALIBER 7.62 x 51 NATO    LENGTH: Max 39.25" Min 30.25"
RATE OF FIRE: 600              MUZZLE VELOCITY: M80 - 2342 fps
Weight unloaded: 8.5lbs     MAG CAPACITY: 20 RD DETACHABLE BOX

# SCAR-SOF COMBAT ASSAULT RIFLE

# SHOCK & AWE.



**SCAR-Heavy (CQC)**
7.62x51mm NATO

**SCAR-Light (Standard)**
5.56x45mm NATO

From concept to reality, the SCAR — SOF Combat Assault Rifle exceeds real world expectations. Chosen by the U.S. Special Operations Command to be the next generation modular assault rifle system, the SCAR is a 21st century design built from the ground up for the finest fighting forces in the world. The future is now.

The new SCAR from FN provides:

- Replacement of five weapons with two.
- 90% parts commonality between all SCAR variants.
- Barrel and caliber modularity.

- Growth potential for the use of future enhanced ammunition.
- EGLM Enhanced Grenade Launch Module with integral night sight.
- 90,000-round system service life.
- 35,000-plus round barrel life.
- Overall reduced life cycle cost.

WHEN THE MISSION IS DEFENDING FREEDOM,
THE WEAPON IS MADE BY FN



FNH USA

Call (703) 288-3500 or visit www.fnhusa.com for a full-line catalog
FNH USA • P.O. BOX 859 • McLEAN, VA 22101 USA • © FNH USA, LLC, a subsidiary of FN Herstal, S.A. 2006.

FN100413

terrorists' psychological advantage
By Ralph Peters 39

# Armed Forces Journal

August 2005          Established 1863          $6.95

## AFJ's ANNUAL SHOOT-OUT
## RIFLES & SHOTGUNS



EXHIBIT
14

**FOREIGN FIRMS INVEST IN AMERICA**
Does 'Made in USA' win DoD contracts? 8

**CLEARING THE GAZA STRIP**
The plan for evicting the unwilling 19

DEFENSENEWS MEDIAGROUP

FN100409



SCAR-SOF COMBAT ASSAULT RIFLE

# SHOCK & AWE.

**SCAR-Heavy (CQC)**
7.62x51mm NATO

**SCAR-Light (Standard)**
5.56x45mm NATO

From concept to reality, the SCAR – SOF Combat Assault Rifle exceeds real world expectations. Chosen by the US. Special Operations Comm and to be the next generation multi-role assault rifle system, the SCAR is a 21st century design built from the ground up for the finest fighting forces in the world. The future is now.

The new SCAR from FN provides:

- Replacement of five weapons with two
- 90% parts commonality between all SCAR variants
- Barrel and caliber modularity

- Growth potential for the use of future enhanced ammunition.
- EGLM Enhanced Grenade Launching Module with range finder option
- 90,000-round system service life
- 35,000-plus round barrel life
- Overall reduced life cycle cost

WHEN THE MISSION IS DEFENDING FREEDOM, THE WEAPON IS MADE BY FN


## FNH USA

Call (703) 288-3500, or visit www.fnhusa.com for a full line catalog.
FNH USA • P.O. BOX 389 • McLEAN, VA 22101 USA • ©FNH USA, LLC. ... Infantry Firearm Since 2006.



# Special Operations Technology

## International SOF Warrior

## Maj. Gen. Thomas R. Csrnko

Commanding General
Special Operations Command Europe

**SOTECH**
Volume 3, Issue 7
2005

Shot Detection ✶ View from the Hill ✶ Personal Tents ✶ Int'l SOF
Print Center ✶ Performance Enhancement ✶ Runway Lighting ✶ CSAR-X



CALIBER: 5.56 x 45mm NATO    MUZZLE VELOCITY: M255 - 2870 FPS
RATE OF FIRE: 600                         MK262 - 2630 FPS
WEIGHT UNLOADED: 7.7LBS    MAG CAPACITY: 30 RD DETACHABLE BOX
LENGTH: MAX 33.54" MIN 24.41"

CALIBER 7.62 x 51 NATO    LENGTH: Max 39.25" Min 30.25"
RATE OF FIRE: 600             MUZZLE VELOCITY: M80 - 2342 fps
Weight unloaded: 8.5lbs    MAG CAPACITY: 20 RD DETACHABLE BOX

FN100412



## SCAR-SOF COMBAT ASSAULT RIFLE

# SHOCK & AWE.

**SCAR-Heavy (CQC)**
7.62x51mm NATO

**SCAR-Light (Standard)**
5.56x45mm NATO

From concept to reality, the SCAR – SOF Combat Assault Rifle exceeds real world expectations. Chosen by the U.S. Special Operations Command to be the next generation modular assault rifle system, the SCAR is a 21st century design built from the ground up for the finest fighting forces in the world. The future is now.

The new SCAR from FN provides:

- Replacement of five weapons with two.
- 90% parts commonality between all SCAR variants.
- Barrel and caliber modularity.

- Growth potential for the use of future enhanced ammunition.
- EGLM Enhanced Grenade Launcher Module with ranging fire control.
- 90,000-round system service life.
- 35,000-plus round barrel life.
- Overall reduced life cycle cost.

WHEN THE MISSION IS DEFENDING FREEDOM,
THE WEAPON IS MADE BY FN.

 **FNH USA**

Call (703) 288-3500 or visit www.fnhusa.com for a full-line catalog.
FNH USA • P.O. BOX 950 • McLEAN, VA 22101 USA • ©, FNH USA, LLC, a wholly owned FN Herstal, S.A. 2006.

FN100413



SCAR-SOF COMBAT ASSAULT RIFLE

# THE CHOSEN ONE.

SCAR-Heavy (CQC)

SCAR-Light (Standard)

From concept to reality, the SCAR – SOF Combat Assault Rifle exceeds real world expectations. Chosen by the U.S. Special Operations Command to be the next generation modular assault weapon system, the SCAR is a soldier-driven design, built from the ground up for the finest fighting forces in the world. The future is now.

The new SCAR from FN provides:

• Replacement of five weapons with two

• 90% parts commonality between all SCAR variants.

• Barrel and caliber modularity.

• Growth potential for the use of future enhanced ammunition.

• SEM Enhanced Grenade Launcher Module with Fire Control Unit.

• 90,000 round system service life.

• 35,000-plus round barrel life.

• Overall reduced life cycle cost.

WHEN THE MISSION IS DEFENDING FREEDOM,
THE WEAPON IS MADE BY FN.



FNH USA





FN100415



RSN#404: NO HD FOUND IN ROTATION

Year 2005 Issue: 1



Return to current issue
Back issues: 1-04, 2-04, 3-04, 4-04,
1-05, 2-05, 3-05, 1-06

**Topics & Features:**
- Armored Fighting Vehicles
- C4ISR / Wireless Networking
- Combat Aircraft
- Electronic Warfare
- Fire Support
- Future Combat Systems
- Homeland Defense
- Infantry / Urban Warfare
- Logistics & support
- Naval Systems
- Net Centric Warfare
- Precision Strike
- Protection & Survivability
- Spec-Ops, Counter Terror
- Training and Simulation
- Unmanned Systems
- Defense Exhibitions
- RSS News Feed RSS

**Relevant links:**
- XM-8 assault rifle
- Land Warrior Program
- Tavor Assault Rifle / IWI
- Eurosatory 2006 Review

AdChoices ▷

imetrum Video Gauge
Accurate non-contact displacement & strain measurement
www.imetrum.com

Site Map

Start Search
◉ By Google

# Special Operations Combat Assault Rifle (SCAR)

### F.N. Herstal



- Become a member
- Advertise on this page
- Send suggestions...
- Commentary

AdChoices ▷

LifeMOD Biomechanics
Physics-based human simulation
Download free trial software
www.lifemodeler.com/

The Special Operations Forces Combat Assault Rifle (SCAR) is a modular assault rifle family, designed by FN Herstal (FNH) responding to US special Operations Command requirement. FN won US Special Operations Command (SOCOM) development contract in November 2004. The SCAR family of weapons include the SCAR Heavy 7.62mm rifle, SCAR L (Light) 5.56 mm version and Enhanced Grenade Launcher (EGLM) grenade launcher which will be able to fire Fuse Programmable Ammunition. (as shown in the photo above).



SCAR L (above) is a 5.56 mm assault rifle, which will be replacing the M4A1, Close Quarters Battle Rifle (CQBR) and Mk12 currently in SOCOM service. SCAR H, a 7.62mm assault rifle (below), will replace the M14 and Mk11 sniper rifles. Both variants share 90% commonality and will have a choice of three barrel lengths, allowing operators to tailor the weapon for specific operations, using a "standard", Close Quarters Combat (CQC), or "sniper" barrels. These changes will affect the velocity and directly relate to lethality. The EGLM is a 40mm grenade launcher with a side-opening breech to allow loading longer munitions, and has target

FN100389



SCAR LIGHT

SCAR HEAVY

- OPERATION: SHORT STROKE GAS PISTON
- BARREL MODULARITY: CQC, STD AND SV
- 100% ERGONOMIC COMPATIBILITY
- ENHANCED FOLDING STOCK
- RATE OF FIRE 550RPM
- OTB CAPABLE (OVER THE BEACH)
- EGLM COMPATIBLE
- SOPMOD COMPATIBLE

SCAR FAMILY OF WEAPONS ACHIEVE ERGONOMIC AND PARTS COMMONALITY THEREBY ENHANCING MISSION EFFECTIVENESS, REDUCING TRAINING TIME AND LOGISTIC DOWN TIME.

SCAR LIGHT

SCAR HEAVY

FN HERSTAL - THE WORLDWIDE LEADING SMALL ARMS MANUFACTURER IS PROUD TO SERVE THOSE WHO SERVE OUR COUNTRY AND PROUD TO BE CHOSEN THE NEXT GENERATION PROVIDER OF THE SCAR WEAPON SYSTEM.

WHEREVER THE SOLDIERS OF OUR MILITARY GO, WE'RE RIGHT BY THEIR SIDE.



FNH USA, LLC
A SUBSIDIARY OF FN HERSTAL, S.A.
PO BOX 914 • MCLEAN, VA 22101
703-288-3500 • WWW.FNHUSA.COM

FN102637



| | SCAR LIGHT 5.56mm STD | SCAR HEAVY 7.62 mm STD |
|---|---|---|
| Operating Principle | Gas Operated And Rotating Bolt Short Stroke Gas Piston | Gas Operated And Rotating Bolt Short Stroke Gas Piston |
| Firing Modes | Single Shot, Full Auto | Single Shot, Full Auto |
| Feed System | 30 Rounds M16 Magazine Type | 20 Rounds |
| Weight Without Magazine with Iron Sights | 7.24 lb (3.28 kg) | 7.74 lbs (3.51 kg) |
| Maximum overall length | 33.00 in (838 mm) | 40.2 in (1021mm) |
| Minimum overall length | 31.02 in (788mm) | 38.7 in (984mm) |
| Maximum overall length stock folded | 24.09 in (612mm) | 31.4 in (798 mm) |
| Barrel length | 13.78 in (350mm) | 19.7 in (500mm) |

**GROWTH POTENTIAL FOR THE USE OF FUTURE ENHANCED AMMUNITION**

**INTEGRATED GRENADE LAUNCHER WITH RANGING FIRE CONTROL**

**BARREL AND CALIBER MODULARITY**

**90% PARTS COMPATIBILITY BETWEEN ALL SCAR VARIANTS**

**90,000 ROUND SYSTEM SERVICE LIFE**

**35,000 PLUS ROUND BARREL LIFE**

**OVERALL REDUCED LIFE CYCLE COST**

**REPLACES FIVE WEAPONS WITH TWO**

FROM CONCEPT TO REALITY: THE SCAR ASSAULT RIFLE EXCEEDS REAL WORLD EXPECTATIONS. CHOSEN BY THE US SPECIAL OPERATIONS COMMAND'S TO BE THE NEXT GENERATION MODULAR ASSAULT SYSTEM, THE FN SCAR IS A 21ST CENTURY ASSAULT RIFLE BUILT FROM THE GROUND UP FOR THE FINEST FIGHTING FORCES IN THE WORLD. RUGGED AND RELIABLE, THE SCAR IS A SHORT STROKE GAS OPERATED SYSTEM WITH A RIGID METAL RECEIVER AND UPPER FOR MAXIMUM ACCURACY IN ALL CONFIGURATIONS.

SOCOM'S SCAR WAS DEVELOPED TO PROVIDE FLEXIBILITY TO MATCH MODERN TACTICAL FIELD OPERATIONS. OPERATIONS THAT DEMAND AN INCREASED NEED FOR MODULARITY AND UNMATCHED RELIABILITY. LOWER MAINTENANCE TIMES WHILE SIGNIFICANTLY REDUCING THE PACK WEIGHT FOR SOLDIERS IN THE FIELD.



FN102638

# UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO:        79/053575

MARK: SCAR

## *79053575*

CORRESPONDENT ADDRESS:
　　pronovem Marks SA
　　Avenue Josse Goffin 158
　　B-1082 BRUXELLES
　　BELGIUM

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

APPLICANT:        FN HERSTAL, Société
anonyme

CORRESPONDENT'S REFERENCE/DOCKET
NO:
　　N/A
　　CORRESPONDENT E-MAIL ADDRESS:

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS
OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE:**

**INTERNATIONAL REGISTRATION NO. 0963568.**

This is a **PROVISIONAL FULL REFUSAL** of the trademark and/or service mark in the above-
referenced U.S. application. *See* 15 U.S.C. §1141h(c).

## WHO IS PERMITTED TO RESPOND TO THIS PROVISIONAL FULL REFUSAL:

Applicant may respond directly to this provisional refusal Office action, or applicant's attorney may
respond on applicant's behalf. However, the **only** attorneys who can practice before the USPTO in
trademark matters are as follows:

(1)    **Attorneys in good standing with a bar of the highest court of any U.S. state**, the
District of Columbia, Puerto Rico, and other federal territories and possessions of the United
States; and

(2)    **Canadian agents/attorneys** who represent applicants residing in Canada and who have
received reciprocal recognition by the USPTO under 37 C.F.R. §10.14(c).

FN101044

37 C.F.R. §§10.1(c), 10.14; TMEP §602.

Foreign attorneys are not permitted to practice before the USPTO, other than properly authorized Canadian attorneys. TMEP §602.06(b). Filing written communications, authorizing an amendment to an application, or submitting legal arguments in response to a requirement or refusal constitutes representation of a party in a trademark matter. A response signed by an unauthorized foreign attorney is considered an incomplete response. *See* TMEP §§602.03, 712.03.

## THE APPLICATION HAS BEEN PROVISIONALLY REFUSED AS FOLLOWS:

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62, 2.65(a); TMEP §§711, 718.03.

### SEARCH RESULTS

Although the examining attorney has searched the Office records and has found no similar *registered* mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d), the examining attorney encloses information regarding pending Application Serial No. 78969266. 37 C.F.R. §2.83.

There may be a likelihood of confusion between the applicant's mark and the mark in the above noted application under Section 2(d) of the Act. The filing date of the referenced application precedes the applicant's filing date. If the earlier‑filed application matures into a registration, the examining attorney may refuse registration under Section 2(d). 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, upon entry of a response to this Office action, action on this case may be suspended pending final disposition of the earlier-filed application.

If applicant believes there is no potential conflict between this application and the earlier-filed application, then applicant may present arguments relevant to the issue in a response to this Office action. The election not to submit arguments at this time in no way limits applicant's right to address this issue at a later point.

However, applicant must respond to the following requirements.

### SIGNIFICANCE INQUIRY

Applicant must specify whether "SCAR" has any significance in the firearms trade or industry, any geographical significance, or any meaning in a foreign language. 37 C.F.R. §2.61(b).

### IDENTIFICATION OF GOODS

Applicant has identified its goods as set forth below. The terms appearing in bold letters in the identification of goods are unacceptable because they are indefinite, overly broad and could include goods in multiple classes as more fully explained in the parenthetical information following each listing.

Class 13:     Fire-arms, ammunition and projectiles; assault rifles; explosives; detonators; ballistic weapons; cases and holsters for rifles and handguns; noise-suppressors for guns; *sights for firearms (other than telescopic sights) {indefinite – delete the parenthetical and incorporate this information into*

*the identification of goods]; firing platforms (supports) [indefinite – delete the parenthetical and incorporate this information into the identification of goods]*

Note that in responding to this action, applicant must remove any parenthesis, brackets, braces, or terms such as "*e.g.*" from the identification of goods and/or services and incorporate any applicable illustrative or parenthetical information into the description. Generally, parentheses, braces and brackets should not be used in identifications. Parenthetical information is only permitted in identifications if it serves to explain or translate the matter immediately preceding the parenthetical phrase in such a way that it does not affect the clarity of the identification, *e.g.*, "obi (Japanese sash)." TMEP §1402.12.

Additionally, applicant must list the goods and/or services separated by international class number in ascending numerical order. TMEP §§801.01(b) and 1403.01.

Applicant may adopt the following identification of goods, if accurate:

Class 13:      Fire-arms, ammunition and projectiles; assault rifles; explosives; detonators; ballistic weapons; cases and holsters for rifles and handguns; noise-suppressors for guns; non-telescopic sights for firearms; firing platforms in the nature of supports

TMEP §§1402.01 and 1402.03.

Please note that, while the identification of goods and/or services may be amended to clarify or limit the goods and/or services, adding to the goods and/or services or broadening the scope of the goods and/or services is not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, applicant may not amend the identification to include goods and/or services that are not within the scope of the goods and/or services set forth in the present identification.

The international classification of goods and/or services in applications filed under Trademark Act Section 66(a) cannot be changed from the classification given to the goods and/or services by the International Bureau in the corresponding international registration. TMEP §§1401.03(d), 1904.02(b).

For assistance with identifying and classifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identifications of Goods and Services* at http://tess2.uspto.gov/netahtml/tidm.html. *See* TMEP §1402.04.

## ADVISORY – TRADEMARK COUNSEL RECOMMENDED

Applicant may wish to hire a trademark attorney to assist in prosecuting this application because of the legal technicalities involved. The Office, however, cannot aid in the selection of an attorney. 37 C.F.R. §2.11.

Please be advised that the **only** attorneys who can practice before the USPTO in trademark matters are as follows:

(1)   **Attorneys in good standing with a bar of the highest court of any U.S. state**, the District of Columbia, Puerto Rico, and other federal territories and possessions of the United States; and

(2)   **Canadian agents/attorneys** who represent applicants residing in Canada and who have

received reciprocal recognition by the USPTO under 37 C.F.R. §10.14(c).

37 C.F.R. §§10.1(c), 10.14; TMEP §602.

Foreign attorneys are not permitted to practice before the USPTO, other than properly authorized Canadian attorneys. TMEP §602.06(b). Filing written communications, authorizing an amendment to an application, or submitting legal arguments in response to a requirement or refusal constitutes representation of a party in a trademark matter. A response signed by an unauthorized foreign attorney is considered an incomplete response. *See* TMEP §§602.03, 712.03.

## GUIDELINES FOR RESPONSE TO THIS ACTION

Applicant should include the following information on all correspondence with the Office: (1) the name and law office number of the trademark examining attorney, (2) the serial number and filing date of the application, (3) the mailing date of this Office action, (4) applicant's name, address, telephone number and e-mail address (if applicable), and (5) the mark. 37 C.F.R. §2.194(b)(1); TMEP §302.03(a).

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney.

/Charlotte K. Corwin/
Charlotte Klein Corwin
Trademark Examining Attorney
Law Office 117
Phone - (571) 270-1532
Fax - (571) 270-2532

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail. For *technical* assistance with the form, please e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned examining attorney. **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS

Serial Number:        76/695285
Mark:                 SCAR
Applicant:            FN Herstal SA
Mailing Date:         April 9, 2009
Examiner:             Dawn Han
Law Office:           107

This is in response to the above identified Office Action received on our application for trademark registration now pending before the Patent and Trademark Office.

The Examiner's comment with respect to prior-filed pending application serial number 78/989266 is duly noted. Applicant respectfully submits that there is no likelihood of confusion between the cited application and the instant application. Applicant notes that whereas the prior-filed application is for bomb releasers for aircraft, its goods are firearms and related accessories. Given the differing channels of trade, differing classes of consumers and the dissimilar phonetic pronunciations. Applicant asserts that there is no likelihood of confusion.

The Examiner's comment with respect to the unacceptable recitation of goods is duly noted. Applicant respectfully requests the Examiner delete the present identification of goods and insert the following: "firearms; firing platforms; firearm slings; gun mounts; grips small arms; pistol grips; rifle hand grips; bipod stands and stands for firearms; gun cases; magazines for weapons; cleaning implements for firearms, namely pull-throughs in International Class13; clothing, namely, shirts and hats in International Class 25".

The Examiner's comment with respect to the unacceptable specimens is duly noted. Applicant respectfully submits substitute specimens showing use of the mark for the goods specified in the application. Applicant states that the substitute specimens were in use in commerce at least as early as the filing date of the application.

The Examiner's comment with respect to the significance of the word SCAR is duly noted. Applicant states that SCAR has no geographic significance nor any meaning or significance in the Applicant's industry and that SCAR is not a "term of art" within the Applicant's industry.

It is noted that a search of the Office records fails to show that the mark when applied to the applicant's goods so resembles any registered mark as to be likely to cause confusion, or to cause mistake, or to deceive.

Therefore, it is presumed that our application is now in order for publication in the Official Gazette and such action is requested herewith.

Louis Dillais states that he is president of FNH USA, LLC, duly authorized to execute this amendment, and that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true and is duly warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any registration resulting therefrom.

_12/19/2008_
Date

By: _____
Louis Dillais, President

FN101119

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**      76/695285

**MARK:** SCAR

## *76695285*

**CORRESPONDENT ADDRESS:**
LOUIS DILLAIS
FNH USA, LLC.
1364 BEVERLY RD STE 200
MC LEAN, VA 22101-3645

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT:**      FN HERSTAL SA

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE:**

The assigned trademark examining attorney has reviewed the referenced application and has determined the following.

## SEARCH OF OFFICE'S DATABASE OF MARKS

The Office records have been searched and no similar *registered* mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02. However, please be advised that a potentially conflicting mark in a prior-filed pending application may present a bar to registration.

Information regarding pending Application Serial No. 78969266 is enclosed. The filing date of the referenced application precedes applicant's filing date. There may be a likelihood of confusion between the two marks under Trademark Act Section 2(d), 15 U.S.C. §1052(d). If the referenced application registers, registration may be refused in this case under Section 2(d). 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, upon entry of a response to this Office action, action on this case may be suspended pending final disposition of the earlier-filed application.

If applicant believes there is no potential conflict between this application and the earlier-filed application, then applicant may present arguments relevant to the issue in a response to this Office action. The

FN101107

election not to submit arguments at this time in no way limits applicant's right to address this issue at a later point.

## CLASSIFICATION OF GOODS

Applicant classified the goods "cleaning cloths" as firearms implements in International Class 13; however, the correct classification is International Class 21. Applicant must either delete these goods or add International Class 21 to the application. 37 C.F.R. §§2.32(a)(7), 2.85; TMEP §§1401.02(a), 1401.04(b).

Applicant must adopt the appropriate international classification number for the goods and/or services identified in the application. The United States follows the *International Classification of Goods and Services for the Purposes of the Registration of Marks*, established by the World Intellectual Property Organization, to classify goods and services. TMEP §§1401.02, 1401.02(a).

Proper classification of goods and services is a purely administrative matter within the sole discretion of the United States Patent and Trademark Office. *In re Tee-Pak, Inc.*, 164 USPQ 88, 89 (TTAB 1969).

## IDENTIFICATION OF GOODS

The wordings "grips for firearms" and "bipods" in the identification of goods are indefinite and must be clarified because as written they are somewhat vague. *See* TMEP §1402.01. Applicant must amend the identification to specify the common commercial name of the goods. If there is no common commercial name, applicant must describe the product and its intended uses. *See id.* Also, the term "clothing namely shirts and hats" should be correct to add the appropriate punctuation mark, here two commas.

Applicant may adopt the following identification, if accurate:

> Firearms; firing platforms; firearm slings; gun mounts; firearm for small arms; bipod stands and stands for firearms; gun cases; magazines for weapons; cleaning implements for firearms, namely pull-throughs in International Class 13

> Cleaning cloths for firearms in International Class 21

> Clothing, namely, shirts and hats in International Class 25

The Office requires a degree of particularity necessary to identify clearly goods and/or services covered by a mark. *See In re Omega SA*, 494 F.3d 1362, 1365, 83 USPQ2d 1541, 1543-44 (Fed. Cir. 2007). Descriptions of goods and services in applications must be specific, explicit, clear and concise. TMEP §1402.01; *see Cal. Spray-Chem. Corp. v. Osmose Wood Pres. Co. of Am.*, 102 USPQ 321, 322 (Comm'r Pats. 1954); *In re Cardinal Labs., Inc.*, 149 USPQ 709, 711 (TTAB 1966).

Descriptions of goods and services should use the common, ordinary name for the goods and/or services. TMEP §1402.01. If there is no common, ordinary name for the goods and/or services, applicant should describe the goods and/or services using wording that would be generally understood by the average person. *See Cal. Spray-Chem. Corp. v. Osmose Wood Pres. Co. of Am.*, 102 USPQ 321, 322 (Comm'r Pats. 1954); *Schenley Indus., Inc. v. Battistoni*, 112 USPQ 485, 486 (Comm'r Pats. 1957); TMEP §1402.01.

An in depth knowledge of the relevant field should not be necessary for understanding a description of the goods and/or services. TMEP §1402.01. "[T]echnical, high-sounding verbiage" should be avoided. *Cal.*

*Spray-Chem.*, 102 USPQ at 322.

Applicant may amend the identification to list only those items that are within the scope of the goods set forth in the application or within the scope of a previously accepted amendment to the identification. *See* 37 C.F.R. §2.71(a); TMEP §§1402.06 *et seq.*, 1402.07.

For assistance with identifying and classifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identifications of Goods and Services* at http://tess2.uspto.gov/netahtml/tidm.html. *See* TMEP §1402.04.

## COMBINED APPLICATION REQUIREMENTS

If applicant prosecutes this application as a combined, or multiple-class application, then applicant must comply with each of the requirements below for those goods and/or services based on actual use in commerce under Trademark Act Section 1(a):

    (1)    Applicant must list the goods/services by international class;

    (2)    Applicant must submit a filing fee for each international class of goods and/or services not covered by the fee already paid (current fee information should be confirmed at http://www.uspto.gov); and

    (3)    For each additional international class of goods and/or services, applicant must submit:

    a.  Dates of first use of the mark anywhere and dates of first use of the mark in commerce, or a statement that the dates of use in the initial application apply to that class; and the dates of use, both anywhere and in commerce, must be at least as early as the filing date of the application;

    b.  One specimen showing use of the mark for each class of goods and/or services; and the specimen must have been in use in commerce at least as early as the filing date of the application. If a single specimen supports multiple classes, applicant should indicate which classes the specimen supports rather than providing multiple copies of the same specimen;

    c.  A statement that "the specimen was in use in commerce on or in connection with the goods and/or services listed in the application at least as early as the filing date of the application;" and

    d.  Verification of the statements in 3(a) and 3(c) (above) in an affidavit or a signed declaration under 37 C.F.R. §§2.20, 2.33. Verification is not required where (1) the dates of use for the added class are stated to be the same as the dates of use specified in the initial application, and (2) the original specimens are acceptable for the added class(es).

*See* 37 C.F.R. §§2.34(a)(1), 2.71(c), 2.86(a); TMEP §§1403.01, 1403.02(c).

## MARK DIFFERS ON DRAWING AND SPECIMEN

The mark on the specimen disagrees with the mark on the drawing. In this case, the specimen displays the mark as blue and beige colors, while the drawing shows the mark in tan and black colors.

The mark on the drawing must be a substantially exact representation of the mark as used on or in

connection with the goods and/or services, as shown by the specimen. 37 C.F.R. §2.51(a); TMEP §807.12(a); *see* 37 C.F.R. §2.72(a)(1).

Therefore, applicant must submit one of the following:

(1)    A new drawing of the mark that agrees with the mark on the specimen but does not materially alter the original mark. *See* 37 C.F.R. §2.72(a); TMEP §§807.12(a), 807.14 *et seq.*; or

(2)    A substitute specimen showing use in commerce of the mark on the drawing, and the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §§2.20, 2.33: **"The substitute specimen was in use in commerce at least as early as the filing date of the application."** *See* 37 C.F.R. §2.59(a); TMEP §§807.12(a), 904.05. If submitting a specimen requires an amendment to the dates of use, applicant must also verify the amended dates. 37 C.F.R. §2.71(c); TMEP §904.05.

If applicant cannot satisfy one of the above requirements, applicant may amend the application from a use in commerce basis under Trademark Act Section 1(a) to an intent to use basis under Section 1(b), for which no specimen is required. *See* TMEP §806.03(c). However, if applicant amends the basis to Section 1(b), registration will not be granted until applicant later amends the application back to use in commerce by filing an acceptable allegation of use with a proper specimen. *See* 15 U.S.C. §1051(c)-(d); 37 C.F.R. §§2.76, 2.88; TMEP §1103.

To amend to Section 1(b), applicant must submit the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §§2.20, 2.33: **"Applicant has had a bona fide intention to use the mark in commerce on or in connection with the goods or services listed in the application as of the filing date of the application."** 37 C.F.R. §2.34(a)(2); TMEP §806.01(b); *see* 15 U.S.C. §1051(b); 37 C.F.R. §2.35(b)(1).

Examples of acceptable specimens for goods are tags, labels, instruction manuals, containers, photographs that show the mark on the goods or packaging, or displays associated with the goods at their point of sale. TMEP §§904.04 *et seq.*

## EXPLANATION OF MARK'S SIGNIFICANCE REQUIRED

Applicant must explain whether "SCAR" has any meaning or significance in the industry in which the goods are manufactured/provided, or if such wording is a "term of art" within applicant's industry. Applicant must also explain whether this wording identifies a geographic place. *See* 37 C.F.R. §2.61(b); TMEP §814.

Failure to respond to this request for information can be grounds for refusing registration. *See In re DTI P'ship LLP*, 67 USPQ2d 1699, 1701 (TTAB 2003); TMEP §814.

## RESPONSE TO OFFICE ACTION

There is no required format or form for responding to an Office action. The Office recommends applicants use the Trademark Electronic Application System (TEAS) to respond to Office actions online at http://www.uspto.gov/teas/index.html. However, if applicant responds on paper via regular mail, the response should include the title "Response to Office Action" and the following information:  (1) the name and law office number of the examining attorney, (2) the serial number and filing date of the application, (3) the mailing date of this Office action, (4) applicant's name, address, telephone number and e-mail address (if applicable), and (5) the mark. 37 C.F.R. §2.194(b)(1); TMEP §302.03(a).

FN101110

The response should address each refusal and/or requirement raised in the Office action. If a refusal has issued, applicant can argue against the refusal; i.e., applicant can submit arguments and evidence as to why the refusal should be withdrawn and the mark should register. To respond to requirements, applicant should set forth in writing the required changes or statements and request that the Office enter them into the application record.

The response must be personally signed or the electronic signature manually entered by applicant or someone with legal authority to bind applicant (i.e., a corporate officer of a corporate applicant, the equivalent of an officer for unincorporated organizations or limited liability company applicants, a general partner of a partnership applicant, each applicant for applications with multiple individual applicants). TMEP §§605.02, 712.

## HIRING OF TRADEMARK COUNSEL (ADVISORY)

Applicant may wish to hire an attorney to assist in prosecuting this application because of the legal technicalities involved. The Office, however, cannot aid in the selection of an attorney. 37 C.F.R. §2.11. A pplicant may wish to consult a local telephone directory for a listing of attorneys specializing in trademark or intellectual property law, or seek guidance from a local bar association attorney-referral service.

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney directly at the number below.

/Dawn Han/
Trademark Examining Attorney
Law Office 107
(571) 272-9432

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail. For *technical* assistance with the form, please e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned examining attorney. **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of

FN HERSTAL SA

Serial No. 79/053,575

Filed: April 22, 2008

For: SCAR

Examiner: Charlotte K. Corwin

Law Office: 117

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class Mail addressed to the Assistant Commissioner for Trademarks, U.S. Trademark Office, P.O. Box 1451, Alexandria, VA 22313-1451 February 9, 2009

Jessica L. Bridge

## RESPONSE TO OFFICE ACTION MAILED AUGUST 7, 2008
## WITH NOTIFICATION OF ADDRESS FOR U.S. COUNSEL OF RECORD

The Applicant herein responds to Office Action mailed August 7, 2008 of the Trademark Attorney Examiner:

In response to the Trademark Attorney Examiner's suggestion on revising the identification of goods for this application, the Applicant herein enters the following Amendment to the description of goods:

> "Fire-arms, ammunition and projectiles;
> assault rifles; explosives; detonators;
> ballistic weapons; cases and holsters for
> rifles and handguns; noise-suppressors for
> guns; non-telescopic sights for firearms;
> firing platforms in the nature of supports",
> in International Class 13;

It is submitted that no additional governmental fees are due, since the Applicant initially paid fees for the coverage for one (1) International Classification of goods and the amended description of goods still covers one (1) International Classification of goods.

02-12-2009

U.S. Patent & TMOfc/TM Mail Rcpt Dt #34

FN101065

It is submitted that this proposed description of goods should be considered as acceptable since it narrows the description of goods from the initial application.

In response to the Examiner's inquiry on the significance of the mark the Applicant advises that the mark is not believed to have any significance in the relevant trade or industry, other than, of course, its trademark significance, but it is noted that the mark was derived from the first letters for the English words Special Combat Assault Riffle.

With respect to this application please send any future communication to Applicant's counsel in the United States as follows:

> Burton S. Ehrlich
> Ladas & Parry LLP
> 224 S. Michigan Avenue
> Suite 1600
> Chicago, IL 60604
>
> Phone: 312-427-1300
> Fax:  312-427-6663
> E-Mail: burte@ladas.net

Based upon the foregoing, it is respectfully submitted that this application is now in condition for passage to publication.

Respectfully submitted,

Burton S. Ehrlich
Attorney for Applicant

Burton S. Ehrlich
Ladas & Parry LLP
224 S. Michigan Avenue
Suite 1600
Chicago, IL 60604
312-427-1300

- 2 -

FN101066

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service as First Class mail in an envelope addressed to: Assistant Commissioner for Trademarks, U.S. Trademark Office, P.O. Box 1451, Alexandria, VA 22313-1451, on February 9, 2009.

Burton S. Ehrlich, Esq.

- 3 -

FN101067