# EXHIBIT J

 **FNH USA, LLC.**

February 6, 2009

Mr. Andrew Clyde
Clyde Armory LE Supply
165 Ben Burton Road # D
Athens Bogart, GA 30622

Dear Mr. Clyde:

It has come to my attention that you have made and are making unauthorized use of the protected trademark ("SCAR") in connection with products you are marketing, designed to modify the SCAR firearm of which our mother company, FN Herstal SA of Belgium, a member of the Herstal Group, is the original equipment manufacturer and the owner of all of the intellectual property rights pertaining thereto including Patent, Trademark and Copyright, registered nationally and internationally.

Your SCAR replacement stock which appears on your website at http:www.scarstock.com is a violation and a clear infringement of our rights.

You neither asked for nor received permission to use the SCAR name nor to make or distribute copies of it. Therefore, it is reasonable to allege that you have willfully and intentionally infringed on our rights under US law for which you may be liable for substantial statutory damages.

I demand that you immediately cease the publication, use and distribution of all infringing works bearing the product SCAR name or which are derived from the SCAR and that you desist from this or any other infringement of our rights in the future. If we have not received your affirmative response by the close of business on February 17th indicating that you have fully complied with this demand, we shall consider taking all appropriate legal action to enforce and protect our rights and to rectify this situation.

Sincerely

Louis Dillais
President and CEO,
FNH USA, LLC

cc:

Herstal Group,
Legal Department
Attn: Mrs. Dominique Taquet

The Falk Law Firm
Attn: Mr. James Falk, Sr.

1364 Beverly Road, Suite 200, McLean, Virginia 22101 USA
Tel (703) 288-3500                                              Fax (703) 288-4505
**A member of the Herstal Group**

CA0021

**CLYDE ARMORY & Police Protection Systems**

- Mossberg / MP-141
- H & K / Glock / Colt
- Bushmaster / AAC
- Blackhawk / Fobus

115 Ben Burton Road • G
Athens-Bogart, GA 30622

Office:    (706) 546-1842
Cellular:  (706) 338-2644
Fax:       (706) 549-3232
E-mail:    sclyde@policeguns.com

17 Feb 2009

Mr. Louis Dillais, CEO
FNH-USA, LLC
1364 Beverly Road, Ste 200
McLean, VA 22101

Dear Mr. Dillais,

I received your letter dated 06 Feb 2009 and am a little uncertain about how I can assist you in achieving your stated goal. I certainly concur with your desire to protect the interests of FNH-USA and would not knowingly infringe on any of your companies legitimate rights. I believe in maintaining good relations with all my business partners and in promoting win-win situations wherever possible. The mind set of CLYDE ARMORY, Inc. it's owner and all it's employees has always been very positive toward FNH-USA and it is my desire to always keep it that way.

Your letter stated that FNH-USA has Patent, Trademark and Copyright to the name SCAR. I was not aware of that. It was my understanding that among the many other things that "SCAR" stands for, it was a military acronym from USSOCOM's Special ops Combat Assault Rifle program, which has absolutely nothing to do with our use of the term "SCAR". Hence, my uncertainty over the intent of your letter. I believe that it is a reasonable request on my part to ask that you provide me the above mentioned documentation to substantiate your claim. I will review it as quickly as I can and get back with you about what I see.

I have no intention of causing any friction between our companies and certainly hope that whatever the outcome of this situation, it promotes both of our businesses to greater sales, market share and profits.

I look forward to hearing from you concerning my request.

Sincerely,

Andrew S. Clyde
Andrew Clyde
CEO and Owner
CLYDE ARMORY, Inc.

cc: Clyde Armory Legal Department
Attn: Steve Cummings, Attorney at Law

FN101158

 **FNH USA, LLC.**



Andrew Clyde
CEO and Owner
CLYDE ARMORY, Inc.
165 Ben Burton Road, #D
Athens-Bogart, GA 30622

Dear Mr. Clyde,

Thank you for your letter dated 17 FEB 2009. We appreciate the spirit and tone of your letter as we also desire to maintain good working relationships with our valued business partners and we absolutely consider you a valued business partner.

We understand that in the course of regular business these kinds of situations arise, and the acronym SCAR in US Government jargon does refer to the USSOCOM Program.

However, in Commercial firearms use the term SCAR has been registered by FN Herstal S.A., our parent company, as a Trademark on the International Trademark Registry on 04.22.2008 under International Trademark Registration Number 0963568 and protocols including the United States of America.

Your advertising is in direct conflict with the trademark rights which cover firearms, ammunition and projectiles; assault rifles; explosives; detonators; ballistic weapons; cases and holsters for rifles and handguns; noise suppressors for guns; sights for firearms (other than telescopic sights); firing platforms (supports).

We have taken this step to protect our SCAR family of rifles and to provide clarity in just such circumstances as this. Per our previous correspondence, we must ask that you discontinue the use of the SCAR name to avoid any further confusion in the market place.

Again, we sincerely appreciate your open and courteous response in resolving this matter and we look forward to many years of successful partnership with you. Please don't hesitate to contact me or Mr. Mark Cherpes if you have any needs, comments, or questions.

Sincerely

VICE PRESIDENT

Louis Dillais
President & CEO
FNH USA, LLC

1364 Beverly Road, Suite 200, McLean, Virginia 22101 USA
Tel (703) 288-3500                           Fox (703) 288-4505
A member of the Herstal Group

CA0022

# WOOD, HERRON & EVANS, L.L.P.

DAVID S. STALLARD
J. ROBERT CHAMBERS
GREGORY J. LUNN
KURT L. GROSSMAN
CLEMENT H. LUKEN, JR.
THOMAS J. BURGER
GREGORY F. AHRENS
WAYNE L. JACOBS
KURT A. SUMME
KEVIN G. ROONEY
KEITH R. HAUPT
THEODORE R. REMAKLUS
THOMAS W. HUMPHREY
SCOTT A. STINEBRUNER
DAVID H. BRINKMAN
KRISTI L. DAVIDSON
KATHRYN E. SMITH
P. ANDREW BLATT, Ph.D.
DAVID E. JEFFERIES
J. DWIGHT POFFENBERGER, JR.
WILLIAM R. ALLEN, Ph.D.
JOHN PAUL DAVIS
BRETT A. SCHATZ
SARAH OTTE GRABER
DAVID W. DORTON
RANDALL S. JACKSON, JR.
STEPHEN E. GILLEN
KAREN KREIDER GAUNT
LORI KRAFTE
GLENN D. BELLAMY

2700 CAREW TOWER
441 VINE STREET
CINCINNATI, OHIO 45202-2917

TELEPHONE: 513-241-2324

FACSIMILE: 513-241-6234

WEBSITE: www.whepatent.com

PATENT, TRADEMARK, COPYRIGHT
AND UNFAIR COMPETITION LAW
AND RELATED LITIGATION

EDMUND P. WOOD          1923-1966
TRUMAN A. HERRON        1935-1976
EDWARD B. EVANS         1936-1971

STEVEN W. BENINTENDI, Ph.D.
CHARLES R. FIGER, JR.
KEVIN E. KUEHN
ANA C. JAQUEZ
COLIN L. WIER
TIMOTHY D. ARDIZZONE, Ph.D.
RAMÓN A. URTEAGA
CHASTITY D. S. WHITAKER, Ph.D.
JAMES P. CAREY
DAVID A. FITZGERALD II
PAUL J. LINDEN
ADAM G. PUGH
SEAN K. OWENS

OF COUNSEL:
JOHN D. POFFENBERGER
BRUCE TITTEL
DAVID J. JOSEPHIC
DONALD F. FREI
THOMAS W. FLYNN
JOSEPH R. JORDAN
JAMES W. KIPLING
KENNETH B. GERMAIN
MICHAEL G. FREY

PATENT AGENT
MICHAEL H. SCHENKER

August 17, 2010

Mr. Burton S. Ehrlich
Ladas & Parry LLP
224 S. Michigan Avenue
Chicago, IL 60604

Re: FN Herstal, S.A. (FNH USA, LLC) and Clyde Armory, Inc. - SCAR-Stock Trademark

Dear Mr. Ehrlich,

This firm represents Clyde Armory, Inc. of Athens-Bogart, Georgia, in intellectual property matters. A trademark registration (SCAR and design) and pending application (SCAR) for marks owned by your client, FN Herstal, S.A., have been cited against a pending application to register SCAR-Stock by my client, Clyde Armory, Inc. I am contacting you in the hope of resolving this issue by an agreement between the parties.

In order to explain the background of this matter, a brief summary may be helpful:

In April 2008, FN Herstal filed a US application (79/053,575) to register the word mark SCAR for various goods in Class 13 based on a Benelux registration having a priority filing date of November 12, 2007.

In January 2009, FN Herstal filed an application (76/695,285) to register the mark SCAR (and design) for goods in Classes 13 and 25 based on an allegation of first actual use in commerce of November 1, 2008.

On February 6, 2009, Louis Dillais of FN USA, LLC wrote to Clyde Armory alleging willful

CA0025

WOOD, HERRON & EVANS, L.L.P.
August 17, 2010
Page 2

infringement, demanding that Clyde Armory cease use of the SCAR-Stock mark, and threatening legal action. Andrew Clyde responded on February 17, 2009, and Mr Dillais replied on March 3, 2009. Mr. Dillais acknowledged that the term SCAR was a military designation [for its MK16 and MK17 rifles], but asserted that FN had rights in commercial use of the mark based on the international registration of April 22, 2008. Copies of this correspondence are enclosed for your reference.

On February 18, 2009, Clyde Armory filed an application (77/673,128) to register the mark SCAR-Stock for gun stocks in Class 13 based on an allegation of first actual use of August 11, 2006 and first use in commerce of September 14, 2006.

On April 8, 2009, the PTO issued an Office Action refusing registration of the SCAR design mark. The applicant did not respond before the deadline of October 8, 2009, so the application was presumed abandoned.

In August 2008, the PTO refused FN's registration of the SCAR word mark based on a pending ITU application for CSCARS. It appears that this was the point at which you became involved in the case and the application was suspended in February 2009.

In May 2009, the USPTO issued an Office Action refusing registration of the SCAR-Stock mark based on the pending application for CSCARS and both of FN's pending applications, based on their earlier filing date. In October 2009, I responded on behalf of Clyde Armory and the SCAR-Stock case was also suspended.

On October 21, 2009, I wrote to Mr. Dillais of behalf of Clyde Armory in order to address issues he had raised in his March 3rd letter. A copy is enclosed for your reference. In that letter, I pointed out that Clyde Armory's first actual commercial use of the SCAR-Stock mark pre-dated the earliest of either FN's alleged first actual use or the priority date of the international application. I also noted that, if there was a likelihood of confusion in the marketplace, it would present a legal problem for FN, due to Clyde Armory's prior actual use in commerce, so FN might wish to reconsider whether it was going to continue to advance its position. Neither my client nor I received any response to my letter.

On December 3, 2009, a Notice of Abandonment was mailed to FN USA for the SCAR design mark application. Later that month, a petition to revive and response was filed and a registration issued on June 15, 2010.

The final extension of time lapsed for the CSCARS application in July 2010 and this application is presumed abandoned, though FN's SCAR word mark application remains suspended.

As mentioned at the beginning of this letter, the PTO has recently lifted the suspension of my client's SCAR-Stock application and has renewed its refusal based your client's registration and pending application.

Clyde Armory coined its mark as an acronym for Sage Clyde Armory Rifle Stock. Clyde

WOOD, HERRON & EVANS, L.L.P.
August 17, 2010
Page 3

Armory partnered with Sage International, Ltd., who had manufactured a modular stock for the M14 rifle, for production of its stock. My client's stock has no relationship to FN's MK16 and MK17 rifles and fits the Ruger Mini-14, AC-556, and Mini Thirty. Clyde Armory took delivery of goods bearing this mark from the manufacturer, advertised the goods nationally, and sold goods bearing the mark in commerce more than a year before FN's Benelux priority date or first commercial use SCAR as a mark in the U.S. As Mr. Dillais acknowledged, FN's participation in the USSOCOM program and submission of it MK16 and MK17 rifles in development of the Special Forces Combat Assault rifle, do not constitute commercial use of the acronym "SCAR" as a trademark.

My purpose in contacting you is to request that your client consent to the registration of my client's SCAR-Stock mark. Without consent, my client will be required to cancel FN's SCAR design registration and oppose the SCAR work mark application, when it is published, based on Clyde Armory's clear priority of use in commerce. Consent, on the other hand, acknowledging there is no likelihood of confusion, would allow FN to maintain its registration and allow its pending application to issue.

This seems like the best result for both parties and I hope you will advise your client thusly. I would be happy to draft a proposed consent for your review and look forward to your reply.

Very truly yours,

Glenn D. Bellamy

cc: Andrew Clyde
Attachments: February-March 2009 correspondence between Andrew Clyde and Louis Dillais
October 21, 2009 letter to Louis Dillais

1222876v1

## WOOD, HERRON & EVANS, L.L.P.

DAVID S. STALLARD
J. ROBERT CHAMBERS
GREGORY J. LUNN
KURT L. GROSSMAN
CLEMENT H. LUKEN, JR.
THOMAS J. BURGER
GREGORY F. AHRENS
WAYNE L. JACOBS
KURT A. SUMME
KEVIN G. ROONEY
KEITH R. HAUPT
THEODORE R. REMAKLUS
THOMAS W. HUMPHREY
SCOTT A. STINEBRUNER
DAVID H. BRINKMAN
KRISTI L. DAVIDSON
KATHRYN E. SMITH
P. ANDREW BLATT, Ph.D.
DAVID E. JEFFERIES
J. DWIGHT POFFENBERGER, JR.
WILLIAM R. ALLEN, Ph.D.
JOHN PAUL DAVIS
BRETT A. SCHATZ
SARAH OTTE GRABER
DAVID W. DORTON
RANDALL S. JACKSON, JR.
STEPHEN E. GILLEN
KAREN KREIDER GAUNT
LORI KRAFTE
GLENN D. BELLAMY

2700 CAREW TOWER

441 VINE STREET

CINCINNATI, OHIO  45202-2917

TELEPHONE: 513-241-2324

FACSIMILE: 513-241-6234

WEBSITE: www.whepatent.com

PATENT, TRADEMARK, COPYRIGHT
AND UNFAIR COMPETITION LAW
AND RELATED LITIGATION

EDMUND P. WOOD        1923-1968
TRUMAN A. HERRON      1935-1976
EDWARD B. EVANS       1936-1971

STEVEN W. BENINTENDI, Ph.D.
CHARLES R. RIGER, JR.
KEVIN E. KUEHN
ANA C. JAQUEZ
COLIN L. WIER
TIMOTHY D. ARDIZZONE, Ph.D.
RAMÓN A. URTEAGA
CHASTITY D. S. WHITAKER, Ph.D.
JAMES P. CAREY
DAVID A. FITZGERALD II
PAUL J. LINDEN
ADAM G. PUGH
SEAN K. OWENS

OF COUNSEL
JOHN D. POFFENBERGER
BRUCE TITTEL
DAVID J. JOSEPHIC
DONALD F. FREI
THOMAS W. FLYNN
JOSEPH R. JORDAN
JAMES M. KIPLING
KENNETH E. GERMAIN
MICHAEL G. FREY

PATENT AGENT
MICHAEL H. SCHENKER

September 14, 2010

*Ehrlich* *Via* *FedEx*
Mr. Burton S. Ehrlich
Ladas & Parry LLP
224 S. Michigan Avenue
Chicago, IL 60604

### Re: FN Herstal, S.A. (FNH USA, LLC) and Clyde Armory, Inc. - SCAR-Stock Trademark

Dear Mr. Ehrlich,

Four weeks ago I wrote to you regarding your client, FN Herstal, and my client, Clyde Armory. A copy of my August 17th letter is enclosed for your reference. Having received no response, I renew our inquiry.

We see that FN's application serial number 79/053,575 has been approved and will be published for opposition on October 12, 2010. If this application remains an obstacle to my client's registration of its earlier-used mark, we will oppose the application, as well as petition to cancel Reg. No. 3,801,448.

I contacted you in the hope of resolving this issue by an agreement between the parties. Our request is that FN consent to my client's registration its SCAR-Stock mark.

I look forward to your reply.

Very truly yours,

cc: Andrew Clyde
Enclosure: August 17, 2010 letter          Glenn D. Bellamy

1242967v1

CA0028

Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov

ESTTA Tracking number: **ESTTA390342**

Filing date: **01/27/2011**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| | |
|---|---|
| Name | Clyde Armory, Inc |
| Granted to Date of previous extension | 02/09/2011 |
| Address | 4800 Atlanta Hwy<br>Bogart, GA 30622<br>UNITED STATES |

| | |
|---|---|
| Attorney information | Glenn D. Bellamy<br>Wood, Herron & Evans, LLP<br>441 Vine Street 2700 Carew Tower<br>Cincinnati, OH 45202<br>UNITED STATES<br>usptodock@whepatent.com, gbellamy@whepatent.com,<br>sowens@whepatent.com Phone:513-241-2324 |

## Applicant Information

| | | | |
|---|---|---|---|
| Application No | 79053575 | Publication date | 10/12/2010 |
| Opposition Filing Date | 01/27/2011 | Opposition Period Ends | 02/09/2011 |
| International Registration No. | 0963568 | International Registration Date | 04/22/2008 |
| Applicant | FN HERSTAL, SociÃ©tÃ© anonyme<br>Voie de LiÃ¨ge 33 B-4040 HERSTAL<br><br>BELGIUM | | |

## Goods/Services Affected by Opposition

Class 013.
All goods and services in the class are opposed, namely: Fire-arms, ammunition and projectiles; assault rifles; explosives; detonators; ballistic weapons; cases and holsters for rifles and handguns; noise-suppressors for guns; non-telescopic sights for firearms; firing platforms in the nature of supports

## Grounds for Opposition

| | |
|---|---|
| Priority and likelihood of confusion | Trademark Act section 2(d) |

## Mark Cited by Opposer as Basis for Opposition

| | | | |
|---|---|---|---|
| U.S. Application No. | 77673128 | Application Date | 02/18/2009 |

| Registration Date | NONE | Foreign Priority Date | NONE |
|---|---|---|---|
| Word Mark | SCAR-STOCK | | |
| Design Mark | SCAR-Stock | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 013. First use: First Use: 2006/08/11 First Use In Commerce: 2006/09/14 Gun stocks | | |

| Attachments | 77673128#TMSN.jpeg ( 1 page )( bytes ) Opposition.pdf ( 4 pages )(85543 bytes ) |
|---|---|

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /Sean K. Owens/ |
|---|---|
| Name | Sean K. Owens |
| Date | 01/27/2011 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the Matter of

Application No.        79/053,575
Applicant             FN Herstal, S.A.
Mark                  SCAR
Filing Date           April 22, 2008
Publication Date      October 12, 2010

CLYDE ARMORY, Inc.,                    :
                                       :
              Opposer                  :
                                       :
        - v -                          :        Opposition No. _____
                                       :
FN HERSTAL, S.A.,                      :
                                       :
              Applicant                :

NOTICE OF OPPOSITION

Clyde Armory, Inc., a corporation organized and existing under the laws of the State of Georgia,

has a principal place of business at 4800 Atlanta Highway, Bogart, Georgia 30622 (hereinafter

referred to as "Opposer").

The above-identified Petitioner believes that it will be damaged by the registration of the

above-identified application, and hereby opposes the same.

The grounds for opposition are as follows:

Opposition to
Application Serial No. 79/053,575
Page 2.

1. Applicant FN Herstal, S.A. ("Applicant"), filed an application to register the word mark
   SCAR in connection with "fire-arms, ammunition and projectiles; assault rifles;
   explosives; detonators; ballistic weapons; cases and holsters for rifles and handguns;
   noise-suppressors for guns; non-telescopic sights for firearms; firing platforms in the
   nature of supports" in International Class 13. The application was filed on April 22,
   2008, and was assigned Serial No. 79/053,575 (the "Application").

2. In the Application, Applicant asserted November 1, 2008, as its priority date.

3. Since at least as early as August 11, 2006, well prior to Applicant's priority date, Opposer
   adopted, used, and continues to use the mark SCAR-STOCK in commerce in connection
   with gun stocks. This use has been continuous and uninterrupted up to and including the
   present time.

4. Opposer filed an application to register its mark SCAR-STOCK for use in connection
   with gun stocks in International Class 13 on February 18, 2009. This application was
   given Serial No. 77/673,128. Opposer identified August 11, 2006, as its priority date.

5. In an Office Action dated August 16, 2010, the Examining Attorney assigned to
   Opposer's SCAR-STOCK application indicated that if the Applicant's Application were
   to register, Opposer's mark may be refused registration under Trademark Act Section 2(d)
   because of a likelihood of confusion between the two marks.

6. Applicant's SCAR mark is highly similar in appearance, sound, connotation and
   commercial impression to Opposer's distinctive SCAR-STOCK mark.

Opposition to
Application Serial No. 79/053,575
Page 3.

7.  The goods identified in the Application are closely related and complimentary to the goods sold under Opposer's SCAR-STOCK mark.

8.  The goods identified in the Application are sold to similar customers through identical channels of trade as the goods sold under Opposer's SCAR-STOCK mark.

9.  Opposer is being damaged by the Application, and will be damaged by registration of the Application because Applicant's SCAR mark is highly similar to Opposer's SCAR-STOCK mark, and use and registration of Applicant's mark will tend to cause confusion or mistake, or will deceive purchasers into the erroneous belief that Applicant's goods are the goods of Opposer, or that such goods are authorized and/or sponsored by or are otherwise connected with Opposer, and thus, such use and registration will appropriate to Applicant substantial aspects of the goodwill Opposer has established in its SCAR-STOCK mark.

10. Applicant's SCAR mark is highly similar to Opposer's SCAR-STOCK mark and is likely, when applied to Applicant's goods, to cause confusion, mistake, or to deceive within the meaning of Section 2(d) of the Trademark Act, 15 U.S.C. § 1052(d).

11. Because Opposer's rights are superior to Applicant's, the Application should be refused.

Opposition to
Application Serial No. 79/053,575
Page 4.

    WHEREFORE Opposer prays that this opposition be sustained, that the application

hereby opposed be rejected, and for such other and further relief as may be deemed appropriate.

<div style="margin-left: 40%;">

Respectfully submitted,
CLYDE AMORY, INC.

By _____

    Sean K. Owens
    Attorney for Opposer
    Wood, Herron & Evans, L.L.P.
    2700 Carew Tower
    441 Vine Street
    Cincinnati, Ohio 45202
    Office: (513) 241-2324
    Fax:    (513) 241-6234

</div>

Dated:  January 27, 2011

1329655vv1

Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov

ESTTA Tracking number: **ESTTA390346**

Filing date: **01/27/2011**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Petition for Cancellation

Notice is hereby given that the following party requests to cancel indicated registration.

## Petitioner Information

| Name | Clyde Armory, Inc. | | |
|------|-------------------|-----|-----|
| Entity | Corporation | Citizenship | Georgia |
| Address | 4800 Atlanta Highway Bogart, GA 30622 UNITED STATES | | |

| Attorney information | Glenn D. Bellamy Wood, Herron & Evans LLP 441 Vine Street 2700 Carew Tower Cincinnati, OH 45202 UNITED STATES usptodock@whepatent.com, gbellamy@whepatent.com, sowens@whepatent.com Phone:513-241-2324 |
|------|------|

## Registration Subject to Cancellation

| Registration No | 3801448 | Registration date | 06/15/2010 |
|------|------|------|------|
| Registrant | FN HERSTAL SA Voie de liege 33 B-4040 Herstal, BELGIUM | | |

## Goods/Services Subject to Cancellation

| Class 013. First Use: 2008/11/01 First Use In Commerce: 2008/11/01 All goods and services in the class are cancelled, namely: Firearms; firing platforms; firearm slings; gun mounts; grips for small arms; pistol grips; rifle hand grips; bipods and stands for firearms; gun cases; magazines for weapons; cleaning implements for firearms, namely, pull-throughs |
|------|

## Grounds for Cancellation

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|------|------|

## Mark Cited by Petitioner as Basis for Cancellation

| U.S. Application No. | 77673128 | Application Date | 02/18/2009 |
|------|------|------|------|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | SCAR-STOCK | | |

| Design Mark | |
|---|---|
| | SCAR-Stock |
| Description of Mark | NONE |
| Goods/Services | Class 013. First use: First Use: 2006/08/11 First Use In Commerce: 2006/09/14 Gun stocks |

| Attachments | 77673128#TMSN.jpeg ( 1 page )( bytes )<br>Cancellation.pdf ( 4 pages )(84095 bytes ) |
|---|---|

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /Sean K. Owens/ |
|---|---|
| Name | Sean K. Owens |
| Date | 01/27/2011 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the Matter of

Registration No.    3,801,448
Registrant          FN Herstal, S.A.
Mark                SCAR & Design
Registration Date   June 15, 2010

CLYDE ARMORY, Inc.,                    :
                                       :
              Petitioner               :
                                       :
        - v -                          :        Cancellation No. _____
                                       :
FN HERSTAL, S.A.,                      :
                                       :
              Registrant               :

## PETITION TO CANCEL

Clyde Armory, Inc., a corporation organized and existing under the laws of the State of

Georgia, has a principal place of business at 4800 Atlanta Highway, Bogart, Georgia 30622

(hereinafter referred to as "Petitioner").

To the best of Petitioner's knowledge, the name and address of the current owner of the

registration is: FN Herstal, S.A. located at Voie de liege 33, B-4040 Herstal, Belgium

(hereinafter referred to as "Registrant").

The above-identified Petitioner believes that it will be damaged by the above-identified

registration, and hereby petitions to cancel the same.

Petition to Cancel
Registration No. 3,801,448
Page 2.

The grounds for cancellation are as follows:

1.  U.S. Trademark Registration No. 3,801,448 for the mark SCAR & Design, for use in
    connection with "[f]irearms; firing platforms; firearm slings; gun mounts; grips for small
    arms; pistol grips; rifle hand grips; bipods and stands for firearms; gun cases; magazines
    for weapons; cleaning implements for firearms, namely, pull-throughs," issued on June
    15, 2010, from a use-based application filed January 13, 2009.

2.  In its application, Registrant asserted November 1, 2008, as its priority date.

3.  Since at least as early as August 11, 2006, well prior to Registrant's priority date,
    Petitioner adopted, used, and continues to use the mark SCAR-STOCK in commerce in
    connection with gun stocks. This use has been continuous and uninterrupted up to and
    including the present time.

4.  Petitioner filed an application to register its mark SCAR-STOCK for use in connection
    with gun stocks in International Class 13 on February 18, 2009. This application was
    given Serial No. 77/673,128. Petitioner identified August 11, 2006, as its priority date.

5.  Petitioner's application has been refused registration under Section 2(d) based on the
    existence of Registrant's Registration No. 3,801,448 and, as a result, Petitioner will be
    damaged.

6.  Registrant's SCAR & Design mark is highly similar in appearance, sound, connotation
    and commercial impression to Petitioner's distinctive SCAR-STOCK mark.

7.  The goods identified in Registration No. 3,801,448 are closely related and complimentary
    to the goods sold under Petitioner's SCAR-STOCK mark.

Petition to Cancel
Registration No. 3,801,448
Page 3.

8. The goods identified in Registration No. 3,801,448 are sold to similar customers through identical channels of trade as the goods sold under Petitioner's SCAR-STOCK mark.

9. Petitioner is being damaged by Registration No. 3,801,448 because the mark SCAR & Design is so similar to Petitioner's SCAR-STOCK mark that use and registration will tend to cause confusion or mistake, or will deceive purchasers in the erroneous belief that Registrant's goods are the goods of Petitioner, or that such goods are authorized and/or sponsored by or are otherwise connected with Petitioner, and thus, such use and registration will appropriate to Registrant substantial aspects of the goodwill Petitioner has established in its SCAR-STOCK mark.

10. The mark SCAR & Design in Registration No. 3,801,448 so resembles Petitioner's SCAR-STOCK mark as to be likely, when applied to the goods of Registrant, to cause confusion, mistake, or to deceive within the meaning of Section 2(d) of the Trademark Act, 15 U.S.C. § 1052(d).

11. Because Petitioner's rights are superior to Registrant's, Registration No. 3,801,448 should be cancelled.

Petition to Cancel
Registration No. 3,801,448
Page 4.

WHEREFORE Petitioner respectfully requests that this Petition for Cancellation be

granted and that Registration No. 3,801,448 be canceled.

Respectfully submitted,
CLYDE AMORY, INC.

By _____

Sean K. Owens
Attorney for Opposer
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Office: (513) 241-2324
Fax:    (513) 241-6234

Dated:  January 27, 2011

1329819vv1

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA  22313-1451

MBA/cv

Mailed:  April 20, 2012

Opposition No.   91198401
Cancellation No. 92053562

Clyde Armory, Inc

v.

FN Herstal, S.A.

Michael B. Adlin, Interlocutory Attorney:

Applicant's motion (filed March 19, 2012) to suspend
this proceeding pending final determination of a civil
action between the parties is hereby granted as conceded,
because opposer failed to respond thereto. See Trademark
Rules 2.127(a) and 2.117(a). Accordingly, proceedings
herein are suspended pending final disposition of the civil
action between the parties (FN Herstal, S.A. v. Clyde
Armory, Inc. and Sage International, Ltd., Case No. 1:12-
cv-00275-AJT-IDD, pending in the U.S. District Court for
the Eastern District of Virginia) (the "Federal Case").

Within twenty days after the final determination of
the Federal Case, the parties shall so notify the Board and
call this case up for any appropriate action. During the

Opposition No. 91198401 and Cancellation No. 92053562

suspension period, the parties shall notify the Board of

any address changes for the parties or their attorneys.

***