# EXHIBIT 3
## TO PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS

# SUPPLEMENTAL DECLARATION OF UMANSKY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| FN HERSTAL, S.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| v. | ) | 3:12-cv-00102-CAR |
| | ) | |
| CLYDE ARMORY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**SUPPLEMENTAL DECLARATION OF BORIS UMANSKY IN SUPPORT OF
PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Boris Umansky, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am employed as an attorney with the law firm of Ladas & Parry LLP in Chicago, Illinois, counsel for FN Herstal, S.A.  Except as otherwise stated, the facts set forth in this Declaration are based upon my personal knowledge and/or upon information and documents obtained during this proceeding.

2.      I am familiar with the facts and claims in the present lawsuit, including certain written communications between the parties, the pleadings, initial disclosures and information and documents obtained by the parties through the discovery process.

3.      Attached hereto as Exhibit A are true and correct copies of pages from the website titled "AR15.COM" located at http://www.ar15.com/archive/topic.html?b=3&f=118&t=221779 as printed on July 21, 2014.

4.    Attached hereto as Exhibit B are true and correct copies of pages from the website titled "AR15.COM" located at http://www.ar15.com/forums/t_3_12/256500_JANES_Report__SCAR_Supersedes_the_M4A1_Carbine.html as printed on July 14, 2014.

5.    Attached hereto as Exhibit C are true and correct copies of pages from the website titled "GUNBROKER.COM" located at http://forums.gunbroker.com/topic.asp?TOPIC_ID=143363 as printed on July 14, 2014.

6.    Attached hereto as Exhibit D are true and correct copies of pages from the Internet titled "FN selling civilian FNC" located at http://www.thehighroad.org/archive/index.php/t-138614.html as printed on July 14, 2014.

7.    Attached hereto as Exhibit E are true and correct copies of pages from the Internet titled "Could the FN PS90 Civilian be CA legal if they made a 10rd mag?" located at http://www.calguns.net/calgunforum/archive/index.php/t-25134.html as printed on July 14, 2014.

Date: 7/25/14

Boris Umansky

# EXHIBIT A
## TO
# SUPPLEMENTAL DECLARATION
# OF UMANSKY



# AR15.COM ⚙

Home of The Black Rifle ★ ★ ★ ★ Archive Server

| User Name: | Password: | Log In | Archived Posts » **70,308,089** |
|---|---|---|---|

| **Community List** » » **AR Discussions** | » **Full Version** |
|---|---|

**So who's gonna have Shot Show pictures first?**

| **Timanator [Member]** | 1/28/2005 8:23:55 PM |
|---|---|

Post'em if you got'em.



| **Paid Advertisement** | -- |
|---|---|

**BONOBOS**      Perfect fit.
Painless shopping.    DISCOVER ▶

| **Va_Dinger [Team Member]** | 1/28/2005 8:27:14 PM |
|---|---|

They should be posting the first photos tonight. Just as soon as somebody gets back to the hotel. ⊕

| **HKocher [Team Member]** | 1/28/2005 8:58:51 PM |
|---|---|

tag.

| **Timanator [Member]** | 1/28/2005 9:15:05 PM |
|---|---|

> **Originally Posted By Va_Dinger:**
> **They should be posting the first photos tonight. Just as soon as somebody gets back to the hotel.** ⊕

They need to stop partying and get to uploading!!!

⊕

| **QuanticoArms [Industry Partner]** | 1/28/2005 9:55:46 PM |
|---|---|

I would post pictures, but then that would imply I left the casino long enough, and set down a beer long enough, to do so!

No worry though, you'll be able to see all the GOOD stuff in our shop in 3-4 weeks anyway, no need for pictures!

> **Originally Posted By Timanator:**
>
> **They need to stop partying and get to uploading!!!**



---

**Wolfpack [Team Member]**                              1/28/2005 10:01:01 PM

Hey, hey, hey....let us party in peace.

---

**Timanator [Member]**                                  1/28/2005 10:14:33 PM

QuanticoArms

You Shuttt Up!!!



We Want Pictures!!!

---

**nark [Member]**                                       1/28/2005 10:32:30 PM

In my packet it said that no photos were allowed. Really, there wasn't really anything where I felt like taking pics. A few humble highlights:

-The Magpul adjustable sniper stock was really nice. They were busy, so I didn't ask how much it was. However, I will buy one when available. Their grip was nice too.

-I love all the M1A stock kits there are.

-LMT had a nice little display, and has a nice pamphlet. Their stuff rocks.

-Strider knives are really impressive to hold.

-Troy Industries and Daniel Defense make nice stuff (big surprise, right?)

-Rock River Arms had a nice display - and their pistols are incredible! Rifles all looked good. Nice new catalog.

-Colt is Colt - LE stuff was beautiful - Civy stuff was still "post ban". I got a kick out of telling one of the Colt reps how everyone in town has LE6920s for sale to civilians (which is BS). He said, "Are you serious!?"... "Oh yea."

-Oh yea, HK --- WHERE WERE THE M4s??? Anyone know. There was nothing, and nothing in the literature???!!! That sucks.

-Les Baer, Ed Brown, STI, Wilson - really nice pistols. Ed Brown rifles are unbelievable works of art. Overall, I'd take an Ed Brown pistol over just about anyone else. Wilson and Baer rifles were nice too.

-Optic-heaven. Nightforce and Trijicon were personal highlights. Oh, and Aimpoint. Also, I thought the mini-ACOG had too small of a field of view. Definitely the bigger ones were more practical for me.

-Overall, there were more AR accessories than I could possibly digest - I'll be reading all the literature for weeks, or months.

-Bushmaster had a huge display, and the Carbon light stuff seemed popular?!

-Saw a cool gun that shoots around corners.

-FN was pure business. They had some serious hardware - though, no ARs.

-DSA is much bigger and more organized than I thought. Nice stuff.

-Chip McCormick is a nice guy, and his trigger packs are crispier than pre-milk rice crispies. I like the single-stage straight trigger. Wow.

-Lotsa 6.8 and .50 caliber rifles. Oh, and .338 Lapua is a big hit again this year.

-GG&G has impressive stuff, and nice people as well.

>>>> Maybe I'll bring a camera tomorrow. I did see plenty of people taking pics. Everyone is a journalist these days. Why doesn't someone do an AR Shot Show blog????

---

**Timanator [Member]**      1/28/2005 10:36:44 PM

> **Originally Posted By nark:**
>
> **-Lotsa 6.8 and .50 caliber rifles.**

YEAH!!!!!

---

**Phil_A_Steen [Team Member]**      1/28/2005 10:37:20 PM

Shrikes?

---

**HKrazy [Member]**      1/29/2005 1:59:30 AM

FN did not have these on display but I was invited into their conference room and suddenly, in my hands, was the new civilian P90:



And P2000:



And as if that was not enough the rep told me they will be coming out with a semi version of the SCAR.

The P90 & P2000 should be out by fall and there is no date for the SCAR.

---

**Timanator [Member]**      1/29/2005 2:01:23 AM

> **Originally Posted By HKrazy:**
> **FN did not have these on display but I was invited into their conference room and suddenly, in my hands, was the new civilian P90:**
> members.cox.net/ljt3/SHOT05/P90B.jpg
>
> **And P2000:**
> members.cox.net/ljt3/SHOT05/P2000.jpg
>
> **And as if that was not enough the rep told me they will be coming out with a semi version of the SCAR.**

**The P90 & P2000 should be out by fall and there is no date for the SCAR.**

---

Your pictures dont work bro?

| **steve-oh [Member]** | 1/29/2005 2:02:40 AM |
|---|---|

so it's official? p2000 is going to be civilian? Any word on price?

| **boofus [Member]** | 1/29/2005 2:24:57 AM |
|---|---|

My bank account is never going to recover from FN... 😵

I want to SBR one of those P90s and that P2000 looks mighty fine too.

| **Master_Blaster [Member]** | 1/29/2005 2:32:10 AM |
|---|---|

Nice stuff from FN. I hope some of you folks who are lucky enough to attend are dropping a dime on them about civilian interest in the SCAR-L/H rifle. Output from them requires input from us. Wish I was there.

> **Originally Posted By HKrazy:**
> ...And as if that was not enough the rep told me they will be coming out with a semi version of the SCAR.
>
> **The P90 & P2000 should be out by fall and there is no date for the SCAR.**

D'OH! Posted w/o reading. 😳

Frankly, I am speechless. They are really going to do a semi-SCAR series? Money in the bank, FN. Welcome to America.

| **mwc [Member]** | 1/29/2005 2:33:33 AM |
|---|---|

aw man, i didn't know that fn had the semi p90 back there! i did talk to the head guy@fn, and they are not backing off the plan to introduce the semi p90 by fall 05......projected retail is about $1500.00. projected retail on the p2000 is about $1800.00.

ares was there, and their word on shipping the shrike kits is "six months, hopefully."

| **Killbot [Member]** | 1/29/2005 2:51:59 AM |
|---|---|

Holy crap - grey??? Is that the final color or a test mold?

| **FragrantVagrant [Member]** | 1/29/2005 2:52:18 AM |
|---|---|

> **Originally Posted By HKrazy:**
> ...And as if that was not enough the rep told me they will be coming out with a semi version of the SCAR.
>
> **The P90 & P2000 should be out by fall and there is no date for the SCAR.**

Awwwww shit. 😵

MY CREDIT CARD IS READY!

**FragrantVagrant [Member]**                                         1/29/2005 2:53:09 AM

> **Originally Posted By Killbot:**
> **Holy crap - grey??? Is that the final color or a test mold?**

It's plastic, it can be dyed or painted very easily. 🙂

**Bushwacker85 [Member]**                                             1/29/2005 2:56:51 AM

W☺W!

**LARRYG36 [Team Member]**                                       1/29/2005 3:04:25 AM

Heres some pics of BOB (HKRAZY) and me at the SHOT SHOW .

Leitner-Wise AWESOME Piston upper.

SH%T, Oh i mean SHRIKE

ROBINSON ARMS,

The new ARMY uniform (ACU)

Me and a DURA-COAT M249

DURA-COAT FNC W/B&T RAIL

HKRAZY with a KAL-TEC 16C

So who's gonna have the Shot Show pictures first? (AR15.com) Archive

Me and the SEMI-AUTO P90

---

**JTAC_Supply  [Dealer]**                                    1/29/2005 3:08:06 AM

Not too bad looking....I had my doubts whether they would actually be released but I'm glad to see them. A semi P90 doesn't really trip my trigger, but I wouldn't mind having a P2000 tucked away.

Jason

---

**LARRYG36  [Team Member]**                                  1/29/2005 3:11:42 AM

Bob (HKRAZY) and the SEMI P90

Me and the SEMI-AUTO P2000

Bob and the SA P2000

Bob and the SA P90

And both of the FN SEMI-AUTOS

More pics tomarrow

---

**ErinMT  [Member]**                                         1/29/2005 3:13:37 AM

Hope thats not the only color they come in.

---

**Killbot  [Member]**                                        1/29/2005 3:21:41 AM

> **Originally Posted By ErinMT:**
> **Hope thats not the only color they come in.**

I can live with the green - but grey???

So who's gonna have their show pictures first? - AR15.com Archive

| LARRYG36 [Team Member] | 1/29/2005 3:23:11 AM |
|---|---|

GRAY and GREEN

But thats OK, Thats what BLACK RITE DYE for

| Dragonfly228 [Member] | 1/29/2005 3:55:22 AM |
|---|---|

Gray?

| Master_Blaster [Member] | 1/29/2005 3:56:28 AM |
|---|---|

Any other possible elaboration on the SCAR? Is it a sure thing, or "under consideration"? Will they be doing both the -L & -H versions in semi?

BTW - how's the trigger on the P90?

| Mr45auto [Team Member] | 1/29/2005 4:01:27 AM |
|---|---|

Whoo hoo, first P90 pic. Gotta have one, mine WILL be black. 👿

| Taxman [Team Member] | 1/29/2005 4:03:30 AM |
|---|---|

I dont see much appealing yet

| FragrantVagrant [Member] | 1/29/2005 4:06:06 AM |
|---|---|

> **Originally Posted By LARRYG36:**
> **GRAY and GREEN**
>
> **But thats OK, Thats what BLACK RITE DYE for**

Just like dying an AUG.

| Moe-Ron [Member] | 1/29/2005 4:25:09 AM |
|---|---|

GIVE ME THAT P-90!!!!!!!!!!!!

| Gamma762 [Team Member] | 1/29/2005 4:32:18 AM |
|---|---|

> **Originally Posted By HKrazy:**
> **FN did not have these on display but I was invited into their conference room and suddenly, in my hands, was the new civilian P90:**
> **members.cox.net/ljt3/SHOT05/P90B.jpg**
>
> **And as if that was not enough the rep told me they will be coming out with a semi version of the SCAR.**
>
> **The P90 & P2000 should be out by fall and there is no date for the SCAR.**

My credit card is not going to survive the year.

If I'd known that you could get away with pics I'd have gone. Couldn't get a "journalist" pass which was supposedly what you needed for photography.

So who's gonna have shot show pictures first - AR15.Com Archive

| ac_fs7 [Member] | 1/29/2005 4:40:48 AM |
|---|---|

I'm happy and sad at the same time. I need a new state.

| Voldermortist [Team Member] | 1/29/2005 4:49:19 AM |
|---|---|

I hope the price isn't really going to be 1,800 for the f2000. that's too much. unless it comes with all the shit mounted on it as shown in the pic.

| QuanticoArms [Industry Partner] | 1/29/2005 6:20:22 AM |
|---|---|

Just back from the Hard Rock Casino. Up $560 + free Sam Adams for six hours from the craps table.

No time to post pictures. Must sleep, for I have meetings in the morning.

Please look for "cool stuff" at our shop or website in 3-4 week!

Dave Hensley

> **Originally Posted By QuanticoArms:**
> **I would post pictures, but then that would imply I left the casino long enough, and set down a beer long enough, to do so!**
>
> **No worry though, you'll be able to see all the GOOD stuff in our shop in 3-4 weeks anyway, no need for pictures!**
>
> > **Originally Posted By Timanator:**
> >
> > **They need to stop partying and get to uploading!!!**
> >
> >

| GLOCKshooter [Team Member] | 1/29/2005 6:27:56 AM |
|---|---|

great pics

| AvengeR15 [Team Member] | 1/29/2005 6:50:45 AM |
|---|---|

.

| Nexus6 [Team Member] | 1/29/2005 6:55:12 AM |
|---|---|

GRAY?

GRAY?

AAAAAAAAAAAAAAAAAH!

Somebody go back and tell FN that making a gun black the way god intended doesn't make it any more or less evil.

No really, I'm serious. Go tell them. I'll cancel my pre-order if I can't get it in black.

| WillMunny [Member] | 1/29/2005 9:02:16 AM |
|---|---|

So it's official that there WILL be a semi auto FN SCAR?! Holy schnikes! Count me in!

Will

So who's gonna have their Show pictures first? AR15.com Archive

| gsd2053 [Member] | 1/29/2005 9:19:22 AM |
|---|---|

The scarry thing is its not just gray. ITS UN GRAY

| GUNGUY1911 [Team Member] | 1/29/2005 9:32:09 AM |
|---|---|

> **Originally Posted By gsd2053:**
> **The scarry thing is its not just gray. ITS UN GRAY**

Sorta like most everything they do or say!

| redfisher [Team Member] | 1/29/2005 9:39:55 AM |
|---|---|

> **Originally Posted By WillMunny:**
> **So it's official that there WILL be a semi auto FN SCAR?! Holy schnikes! Count me in!**
>
> **Will**

Thought the same thing, Will. But after further reflection on that, I do not believe that means they will offer a semi version to the US civilian market.

for the same reasons there are no FN semi AR's.

Hope I am wrong, though.

| Mr45auto [Team Member] | 1/29/2005 9:42:51 AM |
|---|---|

Figuring the P90 will be in the $1200 range, I wonder what mags will cost??? Anybody know what they go for currently?

| Nexus6 [Team Member] | 1/29/2005 9:48:25 AM |
|---|---|

> **Originally Posted By Mr45auto:**
> **Figuring the P90 will be in the $1200 range, I wonder what mags will cost??? Anybody know what they go for currently?**

About $80 or so for a 50 round mag right now, but their availability is limited so that may be why they're so expensive.

| M4-TUNA [Team Member] | 1/29/2005 9:59:43 AM |
|---|---|

LOve the guns but the ammo for the P90, OUCH so damn much money

| kidcaos [Team Member] | 1/29/2005 10:04:16 AM |
|---|---|

Time to get a second and third job. The availability of the 5.7x28 would be the only real thing holding me back but I am guessing that will change once they realease it to us civies. The P2000 absolutly rocks! Finally, a bullpup that isn't completly fugly like the M17S. Thanks for the pics HKrazy.

| Timanator [Member] | 1/29/2005 10:09:31 AM |
|---|---|

No one posted any pictures from the HK/Bushmaster/RRA displays?

| GLOCKshooter [Team Member] | 1/29/2005 10:56:35 AM |
|---|---|

Cool link:

So who's gonna have Shot Show pictures first? - AR15.Com Archive

www.gunblast.com/SHOT_2005_1.htm

another:

www.custom-glock.com/shot.html

This one hasn't posted '05 yet...but has been good in past years:

www.shotshowreports.com/2005main.html

---

**mattld [Team Member]**        1/29/2005 11:21:18 AM

Tag.

---

**cgv69 [Team Member]**        1/29/2005 11:28:56 AM

> **Originally Posted By redfisher:**
>
> > **Originally Posted By WillMunny:**
> > **So it's official that there WILL be a semi auto FN SCAR?! Holy schnikes! Count me in!**
> >
> > **Will**
>
> **Thought the same thing, Will. But after further reflection on that, I do not believe that means they will offer a semi version to the US civilian market.**
>
> **for the same reasons there are no FN semi AR's.**
>
> **Hope I am wrong, though.**

I think you are wrong. If FN doesn't sell the SCAR rifle to the US public, it won't be for the same reason they don't sell an AR variant. They don't sell an AR variant because they can't by contract. The reason why that is in the contract has nothing to do with any PC\Political crap but because FN doesn't own the drawing\designs for the M16. They were given to them by Colt as part of the contract. The SCAR rifle is a completely different situation.

---

**Paid Advertisement**      --

-50% | **Omega Restaurant - ...** $30 BUY! | -43% | **Philly G's - Vernon Hills** $60 BUY! | -45% | **Palm Court - Arlington Hei...** $40 BUY!

Copyright © 1996 - 2014 :: AR15.Com LLC :: All Rights Reserved.
Any use of this content without express written consent is prohibited.



# EXHIBIT B
## TO
# SUPPLEMENTAL DECLARATION
## OF UMANSKY

Login    ?    Tools       AR15.Com   3 Gun Nation   Archery   Online Store   Join The NRA    5,979 Online

  

AR-15   AK-47   Handgun   Armory   Training   General   Outdoors   Hometown   Industry       Build Your Rifle   Equipment Exchange

           

Archives       Conduct Code

AR-15 » Rifles, Uppers, Lowers, Barrels, and more

**Site Notices**

ATN ThOR Newsletter Giveaway       7/14/2014 11:37:26 AM

---

**[ARCHIVED THREAD] - JANES Report: SCAR Supersedes the M4A1 Carbine (Page 1 of 22)**     🔒 ARCHIVED

⇦ Previous Page      Page: ▪ 1 ▪ ▼ / 22      Next Page ⇨

| Author | Message |
|---|---|

**Victor**

Tactical Night Vision Company





Dealer
Joined: Jan 2002
USA

Posts: 1008   **Online**
Feedback:

**Posted: 11/8/2005 11:43:36 AM**      [Last Edit: 11/17/2005 7:33:25 PM by Kevin]

Ran accross this today on Janes. I know the SCAR has been covered here before to some extent, so I thought I'd throw this one out there. A good read, enjoy.

Victor

"The US Special Operations Community has long had issues with the M4A1 Carbine (see IDR 10/2005, pp62-65).

The Joint Operational Requirements Document (JORD) for the SCAR (Special Operations Forces Combat Assault Rifle) was approved in September 2003 and actual development and competition began in January 2004. After 10 months of development and competition between prospective manufacturers, a production contract was awarded to FN Herstal. The SCAR programme was unique in that it was developed with full input and participation from special operations forces of all four services. The SCAR will be manufactured in the US in FN Herstal's Columbia, South Carolina facility. In fact, most of the personnel involved in testing the SCAR prototypes were active duty special forces personnel.

There are two versions of the SCAR - the Mark 16 SCAR Light (SCAR-L) and Mk17 SCAR Heavy (SCAR-H). Both are essentially multicalibre modular carbines with 90 per cent parts interchangeability. The two SCAR variants replace five existing small-arms systems in the US Special Operations Community - the M4A1, the Close Quarters Battle Rifle (CQBR), the Mk12 Special Purpose Rifle (SPR), the M14 and Mk11 (SR-25). The SCAR was developed entirely using FN Herstal funding except for the government testing and the SCAR-H was demonstrated six months ahead of schedule, saving tax dollars and enabling the new weapons to get to the troops who need them more expeditiously.

The SCAR carbines significantly improve the overall performance of their predecessors. The SCAR stock both telescopes and folds. The telescoping feature is necessary for adapting the length of pull for different personal equipment configurations, armour, or clothing that may cause changes in the position of the carbine with respect to the distance between the user's shoulder and trigger. The folding stock is a preferred option because special forces operators must be able to conceal their carbines under clothing and fire them with the stock folded. The folding stock also enhances operations from vehicles, helicopter insertions, parachute operations and other missions. The SCAR cheekpiece is sloped and adjustable so that the user has the capability to tailor the stock to their body and aid in obtaining the proper eye relief regardless of the optical sight mounted.

**Getting a grip**

The SCAR pistol grip was developed using extensive anthropometrical measurements to determine the best overall design and size to suit most users. Adapters are available so that individual users can modify the pistol grip to suit their hand size - from small to large. The redesigned pistol grip offers better control and more positive engagement of the controls.

The SCAR fire controls are optimised for easy engagement. The selector switch moves from safe to semi-automatic to full automatic and return to safe in only 90o and is fully ambidextrous instead of the 180o throw of the M4A1 selector switch that is not ambidextrous in its 'as-issued' configuration. Like the selector switch, the SCAR magazine release is fully ambidextrous and protected on both sides against inadvertent release. The bolt release is also ambidextrous and optimised for all hand sizes. Not only is the charging handle ambidextrous, but also serves as a forward assist mechanism and backup bolt release. The SCAR's cyclic rate is only about 600 to 650 rounds per minute versus the M4A1's 900 rounds per minute. This not only facilitates weapon control, but enables the user to squeeze off short bursts by trigger control. There is no need for a burst-fire feature.

The SCAR tappet gas system is a departure from that of the M4A1 and resolves a problem that has plagued the AR family since its original design - fouling and particulate matter being blown directly back into the receiver. Not only does this make for a very 'dirty' gun that requires fairly intensive maintenance, but with the wrong powder excessive fouling can actually cause stoppages. This was the case when the original M16A1s were fielded. The US Army specified the wrong powder and in the crucible of Vietnam, many soldiers and Marines lost their lives when their rifles ceased to function due to excessive fouling. This problem was resolved nearly 40 years ago, but the M16 rifle and M4 carbine still get a blast of hot gases and fouling with every shot fired. Nearly as bad, the hot gases and fouling directed into the AR's receiver cause the weapons to rapidly heat up under full automatic-fire conditions. This is not much of an issue with semi-automatic only guns, but with Special Forces carbines that are frequently fired extensively on full automatic, heating is critical.

The SCAR tappet impacts against the upper operating rod portion of the bolt carrier and drives it to the rear, unlocking the bolt via a cam. Excess gases and fouling are vented into the air.

We fired several hundred rounds through the SCAR-L to see just how well the gun stood up to heavy use and the receiver did not become hot, as would have been the case if we were shooting an M4A1 or M16. In addition, the SCAR gas system is consistent regardless of barrel length, because the distance of the gas port from the receiver is the same. This makes the SCAR less susceptible to function problems with suppressors and different types of ammunition. Just as important to the user is the fact that the SCAR family is much easier to clean and maintain than the M4A1.

The SCAR's monolithic MIL-STD-1913 rail system provides an uninterrupted top surface for mounting optical sights and night-vision optics such as the recently adopted AN/PVS-22 Universal Night Sight. Of course, both SCAR versions are fully compatible with all SOPMOD components. The SCAR monolithic rail forend also free floats the barrel, a factor that enhances accuracy. Because the barrel has a quick-change feature, users can change barrels in a matter of minutes, varying the length to mission profile. Standard barrel length is 353 mm, while a 251 mm barrel is optional for CQC/entry work and a 457 mm barrel can be mounted when optimum accuracy is desired. Since the barrel can quickly be changed, the capability exists to change calibres as well. The recently developed 6.8 x 43 mm can be adopted by simply changing barrel, bolt head and magazine in only a few minutes, where converting an M4A1 to 6.8 mm involves changing the entire upper receiver, which is much more expensive, not to mention the need to maintain entire upper receivers for conversion. In addition, it is envisioned that the Mk17 will eventually be available in 7.62 x 39 mm.

Headspace is fixed and is not affected when barrels are changed. Any type of ammunition that can be fired from an M4 or M14 can also be fired from a SCAR-L or SCAR-H. For example, some users are conjecturing about the possibility of using special-purpose cartridges such as the .50 Beowulf, a devastating close-quarters combat cartridge. All that would be required would be a barrel change.

**Common ground**

As mentioned, both SCAR variants have 90 per cent of their components in common - never before achieved in two rifles in calibres so divergent as the 5.56 x 45 mm and 7.62 x 51 mm. The only parts that are different for each SCAR variant are those that are calibre specific, namely the polymer lower, which must accept the 5.56 mm or 7.62 mm magazine, the barrel, the bolt head and the ejection port. Magazines are, of course, different. The Mk16 uses standard M16 magazines. The aluminium upper receiver is an extrusion that is identical for both carbine variants, except the size of the ejection port. Everything else interchanges. To put this achievement in perspective, it is the equivalent of taking an AR-15 and an AR-10 and making them share every component except lower receiver, bolt head, barrel and magazine.

The SCAR makes use of the most modern manufacturing techniques, keeping its cost on a par with the M4A1, despite its dramatic improvements in just about every way. The manufacturing process required a minimum investment in tooling and personnel training, since most processes are computer controlled. The unstressed upper receiver is an aluminium extrusion. The lower is likewise unstressed, lending itself to polymer construction. All stressed components are steel.

Production Mk16 and Mk17 carbines will be finished in colour, specifically FS595B Flat Dark Earth that is a good compromise colour for deployment in most environments. There are very few straight lines and very little black in nature, so special forces personnel have been camouflaging their weapons with common spray paint for years. The dark earth colour gives them a base upon which to build camouflage to suit their specific needs.

### Magazine interchange

A further significant improvement over current small-arms systems involves the redesigned steel magazine that interchanges with current magazines. Not only are the SCAR magazines steel, but have been redesigned with modified feed lips and follower. The SCAR-H magazine externally appears to be a modified FAL magazine, but is totally different and will not function in a FAL, nor will FAL magazines function in a SCAR-H. Each version of the SCAR will be shipped with 10 magazines.

Sources within the special operations community have mentioned that the SCAR's reliability is literally AK-like, which if true, means that the SCAR is a quantum leap ahead of the M4A1 in this respect as well. As such, the SCAR barrel life is stated to be 35,000 rounds and the service life of the overall system is stated to be 90,000 rounds. Of course, when and if barrels are worn out, they can be replaced in minutes by removing two bolts. Mean number of rounds between stoppages is 2,000 rounds.

As if this were not enough, FN Herstal also developed a new underbarrel grenade launcher for the SCAR programme.

The new Enhanced Grenade Launcher Modular (EGLM) mounts to a MIL-STD-1913 rail beneath the SCAR barrel and opens to the side, allowing long 40 mm grenades to be inserted, a major shortcoming of the current M203. Like everything else about the SCAR, FN Herstal's new EGLM is ambidextrous and can be pivoted either right or left to chamber a round. The barrel locks via lugs and rotates to unlock when moved forward. The user can either eject the spent round or not. A stock is available so the EGLM can be used as a stand-alone. The EGLM fire control is state of the art and features a laser rangefinder with automatic elevation built in. When the EGLM is aimed low, the sight reticle blinks red. If the round will go high, the reticle is constant red. If the EGLM is on target the reticle glows green. For hidden targets or those in defilade, the sight gives the distance to the target so it can be engaged. The EGLM sight is compatible with the latest programmable 40 mm ammunition that gives air bursts over targets.

Although we were unable to conduct in-depth accuracy testing of the Mk16 and Mk17 SCAR variants, we had the opportunity to shoot the Mk16 extensively and to examine and fire a few rounds through the Mk17 SCAR-H at FN Herstal's Virginia, US facility. We adjusted the Mk16 using the adjustable stock and cheekpiece to achieve the optimum configuration for our shooting style. Controls were "just right" and in the appropriate location for access with either hand. Both variants were controllable on full automatic. The low cyclic rate enabled us to select bursts from three to five rounds or even single shots with ease. The first Mk16 SCAR-L carbines will be in the hands of Special Forces troops in late 2005.

### M16 steps down

It has been a long time since the M16 was first modified into a carbine configuration - more than 40 years. The AR carbine has been a good servant during its lifetime, but all things must come to an end and the US service career of the M4A1 seems to be about over. The M16 is also apparently approaching the end of its service life.
The fate of the M4A1 is already sealed, however. The Mk16 will replace it and all other AR-derived small arms in the US special operations community, although it will be many years before the Mk16 replaces all M4A1 carbines.
Since the only difference between the M4 and M4A1 is one of burst-fire or full automatic capability, US units using M4s may also eventually replace them with Mk16s, since it is a significant improvement over any AR-derived small arm.

### SPECIFICATIONS

Mk16 SCAR-LMk17 SCAR-H
Calibre5.56 x 45 mm basic
6.8 x 43 mm possible
.50 Beowulf possible
6.5 Grendel possible7.62 x 51 mm basic
7.62 x 39 mm
.300 WSSM or .300 RSAUM possible
Operation Gas, select fire Gas, select fire
Length, std configuration 620-848 mm, 769-995 mm
Barrel length Varies Varies
Empty weight 3.5 kg 3.85 kg
Cyclic rate 600 rounds/minute 600 rounds/minute
Magazine capacity 30 rounds standard, 100 rounds optional (C-Mag)
20 rounds (7.62 x 51 mm) 30 rounds (7.62 x 39 mm)"



Mk16 SCAR-L's stock can be folded to enhance operational flexibility.
(Source: Chris Rohling)



Mk16 SCAR-L with Enhanced Grenade Launcher Modular (EGLM) mounted. Unlike earlier M203, EGLM clamps to bottom MIL-STD-1913. EGLM opens to either right or left side allowing 40 x 46 mm grenades of any length to be fired.
(Source: Chris Rohling)



Mk16 butt-stock extends to adjust length of pull, folds and has adjustable cheekpiece to optimise shooter's cheek weld for any type of sight.
(Source: Chris Rohling)



EGLM dismounted and open for loading. EGLM may be opened to either side and locks via radial locking lugs. Unlike M203, EGLM can chamber and fire 40 x 46 mm grenades of any length, increasing operator flexibility.
(Source: Chris Rohling)



Prototype 5.56 mm NATO Mk16 SCAR-L (bottom) and 7.62 mm NATO Mk17 SCAR-H (top). Mk16 and Mk17 have 90 per cent parts commonality.
(Source: Chris Rohling)



Mk16 SCAR-L selector is fully ambidextrous and can be moved from 'safe' to 'full automatic' in 90o - half that of the M4. The short throw of the selector is an improvement in user ergonomics.
(Source: Chris Rohling)

**Victor Di Cosola**
**Tactical Night Vision Company - NVC**
victor@tnvc-night-vision.com
**(909) 659-2842**
"Long Range Engagements....The Next Best Place to Being There!"...Fear Not The Night, But Fear What Hunts the Night!

User Info

Paid Advertisement



**Jetlag**

I pity the fool.



Posted: 11/8/2005 11:51:21 AM

I wonder if they'll come out with a fixed stock for those in the blue states.



Team Member
Joined: Nov 2001

Posts: USA   Offline
Feedback:

Link To This Post

**bolster**

Member
Joined: May 2004
TX, USA

Posts: 285   Offline
Feedback:

Link To This Post

**Lumpy196**

Board Hooligan

Team Member
Joined: Aug 2002
AZ, USA

Posts: 26376   Offline
Feedback:

Link To This Post

**fight4yourrights**

If you aren't Angry, you aren't
paying attention

Team Member
Joined: Nov 2000
PA, USA

Posts: 26251   Offline
Feedback:

Link To This Post

**Fasman**

Member

Team Member
Joined: Aug 2004
WA, USA

Posts: 120   Offline
Feedback:

Link To This Post

**alwaystryin**

Member
Joined: Oct 2004
WI, USA

Posts: 181   Offline
Feedback: 0% (0)

Link To This Post

**CRI**

Got Thrust?

Team Member
Joined: Oct 2002
TX, USA

---

My right to keep and bear weapons of mass destruction shall not be infringed!

User Info
**Posted: 11/8/2005 12:11:22 PM**

So, how long until they hit dealers?

User Info
**Posted: 11/8/2005 12:14:32 PM**

Tag for when I have time to read.

"Ive never met a man who'd been in a fight and wished for a smaller gun - ever." - Clint Smith

User Info
**Posted: 11/8/2005 12:16:30 PM**     [Last Edit: 11/8/2005 12:17:34 PM by fight4yourrights]

Yet another flash-in-the-pan Wunder Rifle..........

I'll pass. thanks.

Either Grow a Pair, or get on the Cattle Car

User Info
**Posted: 11/8/2005 12:19:06 PM**

User Info
**Posted: 11/8/2005 12:19:32 PM**

I'll take one of each. I probably have 30 years to save up.

User Info
**Posted: 11/8/2005 12:29:30 PM**

Yes, I'll take a SCAR-H please.

Posts: 4164
Feedback:
Offline

Link To This Post

Shit was falling from the sky, the dead were walking the streets.......My head hurt and it was cold outside, I took an aspirin and put on a coat

User Info

**thebomber**

Hardgear LLC FFL SOT

Team Member
Joined: Apr 2004
VA, USA

Posts: 2693
Feedback:
Offline

Link To This Post

Posted: 11/8/2005 12:40:41 PM                    [Last Edit: 11/8/2005 12:42:15 PM by thebomber]

I'm actually amazed that I like the look of the gun.....very surprising.

They made a big deal on the design of the handgrip but if you ask me, that's a standard A2 grip on the L version and a SAW grip on the heavy....wonder what else has been exaggerated.

Bomber

Hardgear LLC
NRA Instructor
FFL SOT

User Info

**altav**

Member

Team Member
Joined: Dec 2001
FL, USA

Posts: 631
Feedback:
Offline

Link To This Post

Posted: 11/8/2005 12:54:14 PM

Tag for later.

It's better to have and not need than to need and not have...

User Info

**Ben70**

Member

Team Member
Joined: Sep 2004
MA, USA

Posts: 1729
Feedback:
Offline

Link To This Post

Posted: 11/8/2005 12:58:16 PM

Hey! You're not supposed to post a real article with facts and hard info!

So, what do you wish you'd done just before basic training?

User Info

**Ridge**

Member
Joined: May 2001
MT, USA

Posts: 1968
Feedback:
Offline

Link To This Post

Posted: 11/8/2005 1:03:51 PM

The SCAR-L is 7.7lbs empty.

They should be called the SCAR-HEAVY and the SCAR-EVENHEAVIER.

User Info

**JoshNC**

Member
Joined: Aug 2003
USA

Posts: 254
Feedback:
Offline

Link To This Post

Posted: 11/8/2005 1:15:18 PM

I like the look of these. One SCAR-L and one SCAR-H will be coming home with me when they become available.

Josh

User Info

**mr_wilson**

Team Member

Team Member
Joined: Feb 2001
TX, USA

Posts: 8598
Feedback:
Offline

Posted: 11/8/2005 1:24:58 PM

Wish someone would get their acronyms squared away.......

**SCARS** = **S**pecial **C**ombat **A**ggressive **R**eactionary **S**ystems

www.scars.com/SCARS/dacMain.jsp

Mike

Life Member NRA, TSRA, LEAA, LSBA
"Light travels faster than sound. That's why some people appear to be bright until they say something."

**Snpr1**

Batt Boy 3/75



Team Member
Joined: Jan 2002
OH, USA

Posts: 256    Offline
Feedback: 0% (0)

Link To This Post

User Info

Posted: 11/8/2005 1:26:23 PM

+1

> And a woman is only a woman, but a good cigar is a smoke. 1*

---

**JoshNC**

Member
Joined: Aug 2003
USA

Posts: 255    Offline
Feedback: 100% (9)

Link To This Post

User Info

Posted: 11/8/2005 1:30:06 PM                    [Last Edit: 11/8/2005 1:30:46 PM by JoshNC]

Edited for double post.

---

**Gamma762**

Member



Team Member
Joined: Sep 2004
USA

Posts: 1769    Offline
Feedback: 100% (30)

Link To This Post

User Info

Posted: 11/8/2005 1:35:34 PM

> **Originally Posted By thebomber:**
> **They made a big deal on the design of the handgrip but if you ask me, that's a standard A2 grip on the L version and a SAW grip on the heavy....wonder what else has been exaggerated 🙄.**
> **Bomber**

The original prototypes has the SAW derived grip, which was changed to the A2 type grip in later models. And from the sound of things (Adapters are available so that individual users can modify the pistol grip to suit their hand size - from small to large.) they may be using something like the MIAD, and if not, individual users could be using other grip styles.

I like the design about as much as I can without having one in my hands.

I do hope that FN will make a longer handguard version.

Thanks for the info Victor, there are a few new tidbits in there 😀

> Oooooh, that's good. I mean bad. I mean good in a bad way. 😊 - SP1Grrl

---

**WillMunny**

Member
Joined: May 2003
USA

Posts: 331    Offline
Feedback: 100% (17)

Link To This Post

User Info

Posted: 11/8/2005 2:34:42 PM

Thanks Victor--some new pics here, and a few new tidbits.

Don't mean to hijack, but has anyone heard anything lately about civilian availability of the SCAR? There were a couple threads on this topic last spring after the SHOT Show that speculated that the SCAR WOULD be made available to civilians based on the fact that:
1. FN has a US plant (so it is legally possible) and
2. FN apparently did announce that semi-auto civilian versions of its P90 and F2000 would be made (although they're not out yet).

Anybody know more?

Will

---

**MonkeyGrip**

Team Member



Team Member
Joined: Oct 2001
WA, USA

Posts: 772    Offline
Feedback: 100% (1)

Link To This Post

User Info

Posted: 11/8/2005 3:42:41 PM                    [Last Edit: 11/8/2005 3:45:23 PM by MonkeyGrip]

A well written article. subliminal tag for later drooling Something that seems so scarce these days. subliminal tag for drooling later

> But then again, I just need to get my post count up.

---

**otto_esq**

Member

Team Member
Joined: Dec 2002
VA, USA

User Info

Posted: 11/8/2005 4:05:55 PM

tag

JANES Report: SCAR Supersedes the M4A1 Carbine .COM

Will Litigate for Food

FYI: Email works; IMs don't.

User Info

**Mattl**

Member
Joined: Sep 2004
LA, USA

Posts: 3522   Offline
Feedback: 0% (0)

Link To This Post

Posted: 11/8/2005 4:07:54 PM

---

**Originally Posted By fight4yourrights:**
Yet another flash-in-the-pan Wunder Rifle......... 😵

**I'll pass. thanks.**

---

Having trouble coming to terms with it? You will not buy piston upper for your AR?

User Info

**cnatra**

threadkilla



Team Member
Joined: Jul 2001
TX, USA

Posts: 5982   Offline
Feedback: 100% (45)

Link To This Post

Posted: 11/8/2005 4:49:26 PM

I like that a helluva lot more than the P.O.S. XM-8

| Cum catapultae proscriptae erunt tum soli proscript catapultas habebunt. |
| --- |

User Info

**TheJH**

Member



Team Member
Joined: Feb 2004
NC, USA

Posts: 114   Offline
Feedback: 100% (11)

Link To This Post

Posted: 11/8/2005 5:17:21 PM

I likey

User Info

**Duffy**

Gucci Girl Club



Team Member
Joined: Jan 2001
USA

Posts: 6770   Offline
Feedback: 100% (50)

Link To This Post

Posted: 11/8/2005 5:17:26 PM         [Last Edit: 11/8/2005 5:21:33 PM by Duffy]

Thanks Vic 😊

The stock no longer looks like a humpback whale, good deal. With the 40mm launcher installed, it looks like it'll preclude the use of 20rd mags. Only wish it was designed and made at home

| There are two types of people in the world: those with loaded guns, and those that dig. You dig. |
| --- |

User Info

**SGB**

Yes, I know the Hammer is
Cocked.......It's a 1911.



Team Member
Joined: May 2001
FL, USA

Posts: 10685   Offline
Feedback: 100% (49)

Link To This Post

Posted: 11/8/2005 5:22:15 PM

tag

| *"Come Visit the 1911 Discussions Forum"*<br>raf:09/25/2005 " The Glock is a pistol for someone who must carry a sidearm, the 1911 is for someone who likes to" |
| --- |

User Info

**Ekie**

Posted: 11/8/2005 5:50:21 PM



Kool-Trader

Team Member
Joined: Jan 2001
MO, USA

Posts: 3038
Feedback:
Offline

Link To The Post

Paid Advertisement

Hope this system is all it is supposed to be. Only knock I have against it just by looking at pictures is that the distance between the line of sight and the bore will require some training for CQB use.

Colt probably has staplers or carpet stains in their building that have been there far longer than RRA has been In business, new-arguy, 2005

User Info

▷

---

◁ Previous Page     Page: ▪1▪ ▼ / 22     Next Page ▷

[ARCHIVED THREAD] - JANES Report: SCAR Supersedes the M4A1 Carbine  (Page 1 of 22)

ARCHIVED

AR-15 » Rifles, Uppers, Lowers, Barrels, and more

Archives

Conduct Code

          



AR-15    AK-47    Handgun    Armory    Training    General    Outdoors    Archery    Hometown    Industry    Equipment Exchange

Copyright© 1996-2014 AR15.Com LLC. All Rights Reserved. Any use of this content without express written consent is prohibited.
Advertising Information   Team Memberships   Join the NRA   Discussion Forums   Help   Privacy Policy   DMCA   About Us

Case 3:12-cv-00102-CAR   Document 97-3   Filed 07/25/14   Page 25 of 40

# EXHIBIT C
## TO
# SUPPLEMENTAL DECLARATION
# OF UMANSKY



# GunBroker.com Message Forums

Username:     Password:

Review our Posting Guidelines

Login

☑ **Save Password**

Forgot your Password?    **Trouble / Can't log in?**

    

📁 All Forums
└ 📁 GunBroker.com Message Forums
   └ 📁 General Discussion
     └ ✉ No HK G36'S semi's to public

📋 New Topic   Reply to Topic
🖨 Printer Friendly

**Author**        Topic

---

**IAMACLONE_2**
Advanced Member
☆ ☆ ☆ ☆ ☆

USA
4633 Posts

📄 Posted - 02/02/2005 : 4:41:29 PM

---

Recieved a call back from the local HK wholesaler here in OKC.
I had made a deposit on a semi G36c carbine.
Per HK's CEO in Germany they will not import any of the G36's in semi.
HK states they do not care about selling Mil-spec long arms to the public, only to LE & military only.
As for as handguns, there will be no problems & they will continue to supply them to the public.
That is disgusting!, broke my cherry...
From my understanding the manufacutures sales in the United States, are around 15% to the LE & military sectors, while the other 85% is to the public..
So HK stick it up your nose!!!!!
Walte

---

**guns-n-painthorses**
Advanced Member
☆ ☆ ☆ ☆ ☆

5979 Posts

📄 Posted - 02/02/2005 : 4:58:58 PM

---

Oh man, Didn't you sell a 1919-a4 and some others for the cash to buy this one?

That sucks.

---

**IAMACLONE_2**
Advanced Member
☆ ☆ ☆ ☆ ☆

USA
4633 Posts

📄 Posted - 02/02/2005 : 5:27:07 PM

---

Did not sell any guns for the G36, just had some duplicates & cowboy guns, that I dont care for, is what I sold off.
Only have 1 gun out of the safe now, and its because its to big to fit in! 78inches long....

Edited by - IAMACLONE_2 on 02/02/2005 5:28:12 PM

---

**fishermanben**
Advanced Member
☆ ☆ ☆ ☆ ☆

USA

📄 Posted - 02/02/2005 : 5:33:35 PM

---

ima, you got the *big mutha gun* sitting out, don't you?

11961 Posts

Shame...shame!!!

Ben

---

**yekimak**
Junior Member
★★

244 Posts

 Posted - 02/02/2005 : 8:28:39 PM

Buy an FN f2000, or a SCAR-L, or a P90....they will be released this fall. H&K can ....well you know....themselves, at least FN is willing to let civvies have nice guns.

there are a ton of posts and pics on ar15.com's general firearms board.

I might have to buy all 3.

-.-.-.we are the all singing, all dancing crap of the world.-.-.-

---

**mateomasfeo**
Advanced Member
★★★★★

USA
28061 Posts

Posted - 02/02/2005 : 8:51:38 PM

This is indeed a dark day...

Why do military/LEO get to have all the fun?



Mateomasfeo

"I am what I am!" - Popeye

---

**mdcac**
Junior Member
★★

200 Posts

Posted - 02/02/2005 : 8:57:35 PM

where did you see that the p90 would be available for a lowly civilian. i want 3 of them.

---

**ZERODIN**
Advanced Member
★★★★★

USA
6779 Posts

Posted - 02/02/2005 : 9:12:15 PM

quote:
Originally posted by mdcac

where did you see that the p90 would be available for a lowly civilian. i want 3 of them.

I can't imagine the P90 being any fun in anything but full auto.

---

**gap1916**
Advanced Member
★★★★★

USA
5020 Posts

Posted - 02/02/2005 : 9:21:30 PM

I would like a P90 in semi auto. My 2 cents

Greg

Former Marine
A N G L I C O



**ElMuertoMonkey**
Advanced Member
★★★★☆

25406 Posts

Posted - 02/02/2005 : 9:27:32 PM

You can bet I'm saving up for a P90 and an FN F2000 - those two guns are just way too cool!



**mark christian**
Administrator
★★★★★

Panama
18862 Posts

Posted - 02/02/2005 : 10:03:19 PM

I just returned from the SHOT Show and you might find these prices of interest Walte; HK is running a special sale on G36 rifles and UMP SMGs:

G36K carbine w/12" barrel.............................$895
G36C super compact rifle w/9" barrel..................$895
G36 full size rifle w/19" barrel and iron sights.......$895
UMP40 SMG w/Navy lower or any other trigger housing....$825
UMP45 SMG w/Navy lower or any other trigger housing....$825

The only catch of course is that these are being sold at these prices only to PDs or dealers.

"Nothing can ever be made 'idiot proof' because idiots are simply too clever"!
Mark T. Christian



**gap1916**
Advanced Member
★☆☆☆☆

USA
5020 Posts

Posted - 02/02/2005 : 10:16:26 PM

Mark:
Will Dealers be able to sell to the public?

Greg
Former Marine
A N G L I C O



**mark christian**
Administrator
★★★★★

Panama
18862 Posts

Posted - 02/02/2005 : 10:27:53 PM

NEGATIVE. All of these are post May 1986 machineguns and may not be transfered to the public or even retained by dealers when they give up their special occupational taxpayer status. These are NOT *keepers*.

"Nothing can ever be made 'idiot proof' because idiots are simply too clever"!
Mark T. Christian



**Auggy**
Junior Member
★★

295 Posts

Posted - 02/02/2005 : 10:35:10 PM

> quote:
> ---
> *Originally posted by mark christian*
>
> NEGATIVE. All of these are post May 1986 machineguns and may not be transfered to the public or even retained by dealers when they give up their special occupational taxpayer status. These are NOT *keepers*.
>
> "Nothing can ever be made 'idiot proof' because idiots are simply too clever"!
> Mark T. Christian

So you're telling me el policidad can buy sweet brand spankin' new full auto guns, yet the public can only get ones that are older than me?

---

**mark christian**
Administrator
★★★★★

Panama
18862 Posts

📄 Posted - 02/02/2005 : 10:40:56 PM  

El policidad? PD means police *department* while LEO would indicate an individual *law enforcement officer*. Individual offiers may not purchase post ban machineguns or retain any post ban MGs issued to them. So you are all of 18 years old Auggy (pre 1986 being older than you are)?

"Nothing can ever be made 'idiot proof' because idiots are simply too clever"!
Mark T. Christian

---

**Nighthawk**
Advanced Member
★★★★★

USA
10555 Posts

📄 Posted - 02/02/2005 : 10:45:13 PM  

It was my understanding no individual Officer can buy one, only the Agency they work for and they must remain property of the Agency.I dont know of any SWAT or SERT teams who use them?

Edited to add:Sorry Mark we had to type our responces the same time regardless of what the time says.You dont need any help from me or anyone else to back up your reply.If Mark tells you something firearms related you can take it to the Bank.

Rugster

"Toujours Pret"

Edited by - Nighthawk on 02/02/2005 11:26:50 PM



---

**Auggy**
Junior Member
★★

295 Posts

📄 Posted - 02/02/2005 : 10:50:14 PM  

Well, 16.

I just don't see much difference in semi-automatic guns to fully-auto ones, besides the fun factor?

If anything, you'd be less accurate with a fully auto gun, no? At least that's the way it was for me when I shot a Mac-11.



---

**pipskicks**
Advanced Member
★★★★★

USA
2585 Posts

📄 Posted - 02/02/2005 : 11:27:33 PM  

quote:

---

*Originally posted by Auggy*

Well, 16.

I just don't see much difference in semi-automatic guns to fully-auto ones,

besides the fun factor?

If anything, you'd be less accurate with a fully auto gun, no? At least that's the way it was for me when I shot a Mac-11.

Well if you were to try and shoot somebody with it, you'd be hitting every single innocent bystander and not the person you're trying to hit

"Girls often say it's not the size of the boat, and it's the motion of the ocean, well I'll tell you this it takes a hell of a long time to get to England on a row boat"
"Marrying for sex is like taking a plane ride for peanuts"
-Jeff Foxworthy



**yekimak**
Junior Member
★★

244 Posts

Posted - 02/03/2005 : 11:15:24 AM

http://www.ar15.com/forums/topic.html?b=6&f=2&t=180609

some info

http://www.impactarms.com has a preorders set up for them.

-.-.-.we are the all singing, all dancing crap of the world.-.-.-



**mudge**
Advanced Member
★★★★☆

4292 Posts

Posted - 02/03/2005 : 1:34:43 PM

Sorry Auggy...If think there's not much difference between Semi and full, you've obviously, never fired full-auto.

Mudge the rock 'n roller

I can't come to work today. The voices said, STAY HOME AND CLEAN THE GUNS!
<BR>



 Topic

📁 New Topic   📝 Reply to Topic
🖨 Printer Friendly

**Jump To:** Select Forum ▼

GunBroker.com Message Forums

© 1999-2011 GB Investments, Inc. All Rights Reserved


Powered By: SNITZ 2000

Visit GunBroker.com at: www.gunbroker.com
Use of this Web site constitutes acceptance of the site's User Agreement
Site Map

# EXHIBIT D
## TO
# SUPPLEMENTAL DECLARATION
# OF UMANSKY

AdChoices ▷ ⬚    ▶ Shotgun    ▶ Civilian Guns    ▶ FN P90    ▶ FN Scar

# FN selling civilian FNC

THR > Tools and Technologies > Rifle Country > FN selling civilian FNC

PDA



500 BUSINESS CARDS FOR $8.50

GotPrint.com    ORDER NOW

Sell your Invention Idea

Ad inventionideas.org

Find Companies that Help Inventors.
Request Free Invention Kit Now!

**zach13168**                                                                                      May 12, 2005, 09:13 PM

I e-mailed FN to thank them on the upcoming rifles available to us, and I also asked them if an FNC would also be available and this is what they said:

"As I understand it FN will be releasing the, P90, F2000, and eventually the SCAR to the civilian market in the U.S.. First let me say that this is a great thing your company has done, and that I plan on purchasing many of your fine products.
My question is if you are planning on releasing the FNC to the U.S. civilian market."

REPLY:
Fact! Ball Park on Retail $2000.00.
Robert Ailes
roberta@fnhusa.com

God Bless,
Zach

If you enjoyed reading about "FN selling civilian FNC" here in TheHighRoad.org archive, you'll LOVE our community. Come join TheHighRoad.org today for the full version!

**jobu07**                                                                                         May 12, 2005, 09:55 PM

FN is becoming our new demi-god... Where is that drooling smiley at?

**Telperion**                                                                                      May 12, 2005, 09:56 PM

Old and busted: HK
New hotness: FN

**Gunsnrovers**                                                                                    May 12, 2005, 10:04 PM

While I won't be able to own any of those as long as I'm in the PRK, I did my part to support FN when I bought one of their HP's earlier this year. :)

Enjoy all the FN chocolatey goodness.

**Kestrel**                                                                                        May 12, 2005, 11:16 PM

$2,000?! $2,000?! Good grief! Do they really expect to sell semi-auto FNCs for $2,000?

**jeff-10**                                                                  May 12, 2005, 11:23 PM

If retail is 2k the actual price will probably be less.

---

**c_yeager**                                                                May 13, 2005, 01:38 AM

$2,000?! $2,000?! Good grief! Do they really expect to sell semi-auto FNCs for $2,000?

Considering the price of fully ninjafied AR-15s I have ZERO doubt that they can and will sell all that they can make at that price.

---

**Commissar Gribb**                                                         May 13, 2005, 03:26 AM

oh man, I need one of these! :D

I too purchase an FN HP earlier this year.

---

**ziadel**                                                                  May 13, 2005, 05:24 AM

a three way comparison, between the FNC, the SCAR, and the XCR would be an interesting read....

---

**Kodiak AK**                                                               May 13, 2005, 05:51 AM

FN Sear prices are going to go thru the roof . Considering ORF is Selling sear ready clones for $2500 they could easily get more for the real deal .

Dang . Need to get a sear while they are still in the 3 K range .

---

**jobu07**                                                                  May 13, 2005, 07:02 AM

$2,000?! $2,000?! Good grief! Do they really expect to sell semi-auto FNCs for $2,000?

Damn straight they plan on selling some at that price! ;) I'll be saving my pennies!

---

**buzz_knox**                                                               May 13, 2005, 08:42 AM

Well, there goes my bank account.

---

**chopinbloc**                                                              May 13, 2005, 10:59 AM

okay, i'm confused will they be offering p-90?

---

**PMDW**                                                                    May 13, 2005, 11:22 AM

Yes. We've already got them on order.

---

**ny32182**                                                                 May 13, 2005, 12:29 PM

An FNC would be tempting. Does it take AR mags?

...I spend too much on guns already.

---

**PMDW**                                                                    May 13, 2005, 12:40 PM

Yes.

---

**Sylvilagus Aquaticus**                                                    May 13, 2005, 01:18 PM

just a FYI, PMDW...

yer site's busted.

Regards,
Rabbit.

---

**boofus**                                                                  May 13, 2005, 03:27 PM

FNCs take regular AR15 mags and... Beta C goodness. :D

I'm going to be getting one for mine as soon as I can afford. If you plan on doing the FNC sear conversion thing you'd better hop on the boat. Prices are approaching $3500-4000 now for sears and installation by Curtis Higgins costs another $600.

---

**Dionysusigma**                                                            May 13, 2005, 03:35 PM

So what's the order of release and dates for the P90, the F2000, and the SCAR?

---

**Master Blaster**                                                          May 13, 2005, 03:37 PM

I can build (putting an upper and a lower of my choice together) with little effort a 16" M4 clone for $700, and a great varmint AR for $900, my varmint shoots .3 moa 5 shot groups, the M4 is quite accurate as well.

Why would I want to spend $2000+ for a FNC that shoots the same round but probably not as well???????? and has fewer configuration and parts options????????

Please educate me, thanks. Any PICS of an FNC SCAR N90????

---

**zach13168**                                                              May 13, 2005, 03:46 PM

Damn, sorry fellas this is the e-mail I just got back from FN, appearently there was a misunderstanding between Mr. Ailes and myself.

The SCAR will not be out for several years. As far as I know there are no plans to produce the FNC. We will have the FS2000 in a civilian model also at the end of

this year. The FS2000 is a Bull-Pup style in 5.56 Nato.
roberta@fnhusa.com

Sorry to get your hopes up, and I need to go back to saving up for the XCR
Zach

P.S. A little while ago a post was put up about a civi Sig-550 coming out. So I e-mailed the posters contact and my e-mail was not delivering the message. So then I e-mailed the VP of Sig and he said that there where no current plans to sell it

---

**ny32182**                                                                                          May 13, 2005, 03:48 PM

The main allure with any other .223 platforms that might be coming out (that are popular in other places in the world, but not here) is that they are not ARs.

I have ARs, they perform great, but variety is the spice of life. I would consider other .223 plaforms as well. I'll be looking hardest at the XCR if everything pans out with it.

---

**El Tejon**                                                                                          May 13, 2005, 04:12 PM

Note the operative word "plan". ;)

"I'm from the government and I'm here to help you."
"The check is in the mail."
"Of course I love you, Kristen, Nicole, whatever."
"Best gun I ever owned."
"This gun is deadly accurate."
"We plan on releasing . . ."

---

**jobu07**                                                                                          May 13, 2005, 06:27 PM

As far as I know there are no plans to produce the FNC.

So then I e-mailed the VP of Sig and he said that there where no current plans to sell it

Well aren't you a stick in the mud :(

---

**Dionysusigma**                                                                                          May 13, 2005, 06:45 PM

Master Blaster: I can build (putting an upper and a lower of my choice together) with little effort a 16" M4 clone for $700, and a great varmint AR for $900. My varmint shoots .3 MOA 5 shot groups, and the M4 is quite accurate as well.

Why would (someone) want to spend $2000+ for a FNC that shoots the same round but probably not as well? And, has fewer configuration and parts options?

Please educate me, thanks.
Because some of us don't like ARs, much less DGI (direct gas impingement) systems. ;) I plan on getting a Vector Arms V93 some day because of this. :)

---

**zach13168**                                                                                          May 13, 2005, 07:48 PM

I hate the impingement system, that's why now I will buy the XCR.

Sorry about being a stick in the mud
Zach

---

**beerslurpy**                                                                                          May 13, 2005, 08:16 PM

The F2000 looks like the medicine that the 5.56 needs. Long barrel, compact overall firearm, ambidextrous, no direct impingement, no jamming and light weight. Everything the M4 brings to the table plus more muzzle velocity and more reliability. What is not to love, besides the lack of full auto.

Does the F2000 accept beta drums or will the stock/shoulder get in the way?

---

**hksw**                                                                                          May 13, 2005, 08:33 PM

Hmmm. I think I'm starting to sway away from HK to FN.

---

**natedog**                                                                                          May 13, 2005, 08:36 PM

Why would I want to spend $2000+ for a FNC that shoots the same round but probably not as well???????? and has fewer configuration and parts options????????

I like AR-15s, but they're like, sooo 1965. Variety is good.

---

**zach13168**                                                                                          May 13, 2005, 09:01 PM

While FN has a great record, I'm a little skeptical about the F2000. Most of the bullpups in service today are not known for their reliability M4 is used by Aussie SAS and airborne opposed to the AUG, and the L85 is a well known piece of garbage. While I like the idea of the bullpups there has not been any major successes in that area of firearms. I hope that the F2000 proves me wrong. But with the forward ejector and the myriad of other parts that can potentially break at the worst time, how can that be conducive to reliability. When I buy a firearm reliability comes first, and I will stick to proven conventional designs (not necessarily rifles, but designs) that have been proven. Until the F2000 is proven I will not spend $1700 on it. Upon that I can't wait for the XCR because I am an AR man that recognizes the flaws in the design of the AR, which is a good weapon but not great.

Zach

---

**beerslurpy**                                                                                          May 13, 2005, 09:37 PM

Yeah zach I agree wholeheartedly. But I admire them for trying. If it turns out that street price isnt too bad and they are decently reliable (maxims were plenty reliable with the exact same forward eject design) I would definitely get one. If it doesnt, then nothing ventured nothing lost.

My main reliability worry (before I see one) is how to clear jams without direct access to the ejector port. I mean, if a shell jams, you are going to have to strip down the gun to get at it. Then again, if it has AK like reliability, that wont ever be an issue.

---

**Correia**                                                                                          May 14, 2005, 12:26 AM

beerslurpy, the one I played with allowed direct access to the bolt & chamber area. In the pictures you can see kind of a lump on the top of the stock about where the charging handle of an AR would be. That is a hinged hatch that you can open up. That is how you clear malfunctions and also chamber check.

**beerslurpy**                                                   May 14, 2005, 01:51 AM

Corr, what was your opinion of the gas system and the action? I assume it was some sort of gas piston. Can you give me a feel for how it worked?

---

**zach13168**                                              May 14, 2005, 12:51 PM

Correia, I know that the XCR and F2000 are both in different classes of weapons, but which do you prefer and why?

Thanks
Zach

---

**aquapong**                                               May 15, 2005, 09:27 AM

FN does have quite a lineup of rifles I would love to purchase. Unfortunately they are working to develop "smart" guns, so FN is on my boycott list.

---

**hksw**                                                    May 15, 2005, 10:44 AM

Unfortunately they are working to develop "smart" guns, so FN is on my boycott list.

Eh, just as long as they keep selling guns without that technology, I'll buy. There will be a growing market for some people and law enforcement departments who feel that 'smart' guns will benefit them. (Doesn't mean you have to buy into it also.) Why not develop something for that market?

---

**PMDW**                                                 May 15, 2005, 11:35 AM

Unfortunately they are working to develop "smart" guns, so FN is on my boycott list.

Unless they're working to make them mandatory, or turning all their guns into "smart guns" I din't see a reason to boycott.

They're just putting another option out there for the people who think they need them.

---

**Correia**                                               May 15, 2005, 01:13 PM

Between the two? XCR will be the one that I get. But I'm biased. I was the first civilian outside of Robarm employees that got to shoot the XCR prototype. It is actually a very simple gun, that takes all of the features that everybody likes, and molds them into one really effective package. I was also the first person to bench test one for accuracy, and with a 14 inch barrel that had over 5,000 rounds of full auto through it, I was still right around MOA using PMC ammo, with most of the groups being three or four shots touching or almost touching, and that was without really even taking the chance to play with it. This will easily be a sub MOA gun, combined with what should turn out to be a super reliable action. The bolt and carrier impresses the heck out of me each time I see it. Big and simple. No spring loaded ejector, big lugs. Totally free floated. Monolithic upper with all the rails. FAL style charging handle w/ izzy style forward assist. Totally ambi. Really groovy bolt release.

I'm actually pretty excited about the XCR.

Now I have not shot an F2000. Only played with one at SHOT for awhile. I have not seen the gas system, well actually I stripped it, but I didn't pay attention to the gas system, as what I was really intrigued by was the shell lifter/forward ejection. FN gets major points for going out on a limb and trying something different. But that is also why I won't buy one of the first batch. I'm going to let somebody else find out if it is reliable. The bolt/lifter system looks pretty straight forward, and it seems well put together. And I would love to get one eventually as I love bullpups. But the next $1000+ rifle I get (and I'm poor, so that doesn't happen real often) is going to be an XCR. (except for the custom mega Vepr I'm building which will come out to over $1000 when I'm done, but my wife does not need to know that!) :D

---

**JG**                                                   May 15, 2005, 01:50 PM

But the next $1000+ rifle I get (and I'm poor, so that doesn't happen real often)

A poor accountant, you don't hear about that too often.;)

---

**Correia**                                               May 16, 2005, 01:39 PM

Oh, we're out there though. :)

---

If you enjoyed reading about "FN selling civilian FNC" here in TheHighRoad.org archive, you'll LOVE our community. Come join TheHighRoad.org today for the full version!

# 7 Concealed Carry Myths:

Ad concealedcarryconfidence.org

Sad Truth on why Most CCW Americans are Training to make good Victims:

vBulletin® v3.8.6, Copyright ©2000-2014, Jelsoft Enterprises Ltd.

# EXHIBIT E
## TO
# SUPPLEMENTAL DECLARATION
# OF UMANSKY

Could the FN PS90 Civilian be CA legal if they made a 10rd mag? [Archive] - Calguns.net

Calguns.net > POLITICS, LITIGATION AND ACTIVISM > California 2nd Amend. Political Discussion & Activism > Could the FN PS90 Civilian be CA legal if they made a 10rd mag?

PDA

**View Full Version : Could the FN PS90 Civilian be CA legal if they made a 10rd mag?**

---

**417gunslinger**        12-01-2005, 9:31 PM

Just wondering,

Could the new Civilian version of the FN PS90 be California Legal if someone produced a 10 rd magazine for it? I saw Impactguns.com taking orders for them.

417

---

**C.G.**        12-01-2005, 9:39 PM

Just wondering,

Could the new Civilian version of the FN PS90 be California Legal if someone produced a 10 rd magazine for it? I saw Impactguns.com taking orders for them.

417

I just went their site and the answer is no; just like the Beretta Storm it has a thumbhole stock.

---

**PanzerAce**        12-01-2005, 10:41 PM

Just wondering,

Could the new Civilian version of the FN PS90 be California Legal if someone produced a 10 rd magazine for it? I saw Impactguns.com taking orders for them.

417

WHY?!

seriously, there would be no point to that weapon. the point of the P90 is that it is in addition to the FNFN, but with a 50 round mag. If you were to nerf it all the way down to 10 rounds, I would rather get the FNFN, atleast that you can carry concealed.

---

**Josh**        12-01-2005, 11:11 PM

i also dont need 4 different handguns in .45 acp but I have them.

It just because I want to and they are fun. I also dont need a sportbike to ride around, I could honestly ride just as hard and fast on a more comfortable bike, but I have it because i wanted it.

i think that if they blocked off the thumb hole it could be legal but then it would be odd to handle.

---

**tenpercentfirearms**        12-02-2005, 2:38 PM

i think that if they blocked off the thumb hole it could be legal but then it would be odd to handle.That would be a sight to see!

---

**Anonymous Coward**        12-03-2005, 12:37 PM

Ted, good analysis!

However I think this is a too restrictive interpretation of the forend.

3) Redesign the forward vertical grip to a horizontal forend.

I don't think the forend is a grip, because you cannot hold up the rifle with this alone. E.g. you cannot put your thump in the hole to get a grip.

If the PS90N forend was a forward grip, then a magazine for a AR or M1A would be a forward grip too, because you can grip it to further stabilize the rifle.

---

**BigAL**　　　　　　　　　　　　　　　　　　　　　　　　　　12-03-2005, 1:35 PM

Here is a pic of what I'm guessing the civi version of the P90 will wind up looking like. Looks like they just made the barrel longer. And FN seems obsessed with OD green for stocks. I hear they ship with 30 round mags but will accept the 50 rounders w/o modification.

http://img.photobucket.com/albums/v482/sysgln/P4160190.jpg

And here's a bunch of cool FN stuff on a table.
http://img207.imageshack.us/img207/4615/111my.jpg

---

**bu-bye**　　　　　　　　　　　　　　　　　　　　　　　　　12-03-2005, 2:05 PM

Am I the only one who thinks its butt-ugly? Yuck

Anyway it would be very easy to make it a fixed mag gun. Reloading would be easy with the mag already on top like that. A little redesign of the mag and its good to go.

---

**Anonymous Coward**　　　　　　　　　　　　　　　　　　　12-03-2005, 2:24 PM

Since the thumbhole for the support hand grasp is part of the trigger guard, it would require redesign since it would be impractical to block off the opening.

Oh, I didn't think the that whole was meant to get both your trigger finger and the thumb of the other hand in there. But from that picture of that lady handling it it seems possible. I guess then you'd have to modify the forend.

---

**BigAL**　　　　　　　　　　　　　　　　　　　　　　　　　12-03-2005, 5:28 PM

I live in a "free state" but really have no interest in either the P90 or FN2000, no matter how space age they look. They really dont do anything my ARs don't do already. While I applaud FN for making these available to the public I have a sneaking suspicion one of the motivating factors was that they are not selling as well as FN would like to military and LEO. Hopefully they will make a killing on these guns and #1: Will also decide to make the SCAR available to civilians ASAP, which I am interested in and #2: Will convince other gunmakers to offer similar non-PC guns like AUG, 55X, etc.

---

**artherd**　　　　　　　　　　　　　　　　　　　　　　　　12-03-2005, 10:02 PM

Ted, good analysis!

However I think this is a too restrictive interpretation of the forend.

I don't think the forend is a grip, because you cannot hold up the rifle with this alone. E.g. you cannot put your thump in the hole to get a grip.

If the PS90N forend was a forward grip, then a magazine for a AR or M1A would be a forward grip too, because you can grip it to further stabilize the rifle.

Sending an example to the DOJ might be a good start, I do not know their criteria for determine a foward PG. If it is the same as a standard PG (web of hand, etc.) then we may or may not be OK.

This of course would be with a version of the gun with the 'thumbhole' stock filled completely in... and with 10 round mags...

vBulletin® v3.8.7, Copyright ©2000-2014, vBulletin Solutions, Inc.