

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS ( )

| | |
|---|---|
| Date: 06/29/2015 | Type of Hearing:   Pretrial Conference |
| Judge: C. Ashley Royal | Court Reporter:    Tammy Fletcher |
| Courtroom Deputy: Lee Anne Purvis | Law Clerk:    Mandy Proctor |

**Case Number: 3:12-v-102(CAR)**

| | | |
|---|---|---|
| FN Herstal, S.A. | Counsel: | Burton Ehrlich<br>Charles Hooker<br>Boris Umansky |
| vs. | | |
| Clyde Armory, Inc., et al. | Counsel: | Paul Linden<br>Glenn Bellamy<br>Michael Daniel |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:1/39**

| | |
|---|---|
| 10:02 | Called to order. Introductions made. Preliminary remarks by the Court. The Court notes review of the proposed pretrial order. |
| 10:06 | The Court inquires into the request that portions of the pretrial order be redacted and hears argument from counsel. |
| 10:09 | The Court inquires into the request for injunctive relief and hears argument from counsel. The Court confirms that there is no agreement on the disputed facts. |
| 10:16 | The Court inquires into the 6 day estimated length of trial and identification of the witnesses and hears from Ehrlich and Bellamy. |
| 10:22 | The Court explains how depositions may be used at trial. The parties must identify designations to be used and exchange with opposing counsel. Any objections must be brought to the Court's attention prior to trial. |
| 10:25 | Discussion re: Plaintiff's proposed voir dire. The Court explains that counsel may not ask questions that are contained on the juror questionnaire. |
| 10:32 | Discussion re: Defendant's proposed voir dire. The Court explains how juror selection will proceed. Counsel will make silent strikes. Each side will have one hour for voir dire. |
| 10:36 | Review and discussion of Plaintiff's motions in limine. The Court will allow Defendant's time to file responsive briefs. |
| 11:01 | Review and discussion of Defendant's motions in limine. The Court cautions counsel not to submit more pages than necessary to the jury. |
| 11:18 | Review and discussion of objections to exhibits. The Court will not rule on objections to exhibits after the |

|       |                                                                                                                         |
|-------|-------------------------------------------------------------------------------------------------------------------------|
|       | trial begins.  The Court cautions counsel re: technical objections.  Counsel should work together on the exhibits.  Exhibits must be offered and admitted at trial. |
| 11:29 | The Court explains how the trial will proceed.                                                                          |
| 11:33 | Erhlich inquires into the exchange of opening statements and the marking of the exhibits.                               |
| 11:35 | Charles Hooker inquires into the use of a summary exhibit.  The Court takes this matter under advisement.               |
| 11:36 | Glenn Bellamy addresses the Court re: brochure exhibit recently produced by Plaintiff.  Erhlich responds.               |
| 11:39 | Argument by Bellamy.  The Court directes Plaintiff to provide information re: same.                                     |
| 11:40 | The Court directs counsel not to have duplicate exhibit numbers.                                                        |
| 11:41 | Counsel are directed to contact the Courtroom Deputy if any issues arise.                                               |
| 11:41 | Adjourned.                                                                                                              |