# APPENDIX A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Athens Division

| | | |
|---|---|---|
| FN Herstal, S.A., | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 1:12-CV-275 (CAR) |
| Clyde Armory, Inc. | ) ) ) | |
| Defendant. | ) | |

**INITIAL DISCLOSURES OF CLYDE ARMORY, INC.**

Pursuant to the provisions of 37 C.F.R. § 2.120(a)(3) and Rule 26(a)(1) of the Federal Rules of Civil Procedure, Petitioner/Opposer Clyde Armory, Inc. (hereinafter "Clyde Armory") hereby serves its Initial Disclosures upon Registrant/Applicant FN Herstal, S.A. (hereinafter "FN"). These initial disclosures are based on Clyde Armory's current knowledge, and it reserves the right to amend or supplement these disclosures based upon its continuing investigation and discovery in this action.

**A.   Individuals likely to have discoverable information**

Pursuant to Fed.R.Civ.P. 26(a)(1)(A), Clyde Armory is informed and believes that the following individuals may be likely to have discoverable information that it may use to support its claims in this action.

    1.    Andrew Clyde (CEO and Owner)
           Clyde Armory, Inc.
           4800 Atlanta Hwy.
           Bogart, GA 30622

Subjects of information: Design, production, delivery, sale, shipment, marketing and promotion of Clyde Armory's goods relevant to this proceeding.

1

    2.      Bret Jamieson (CIO)
             Clyde Armory, Inc.
             4800 Atlanta Hwy.
             Bogart, GA 30622

Subjects of information: Design, production, delivery, sale, shipment, marketing and promotion of Clyde Armory's goods relevant to this proceeding.

These individuals are current employees of Clyde Armory or are otherwise associated therewith, and their interests are represented by Clyde Armory's counsel, Wood, Herron & Evans, LLP. Accordingly, any contact or correspondence should be arranged through Clyde Armory's counsel.

    3.      John Klein (President and owner) and Pat Isaacs (engineer)
             Sage International, Ltd.
             3391 Oscoda, MI
             (989) 739-7000

Subjects of information: Design, ordering, production and delivery of goods bearing Clyde Armory's mark.

    4.      Karin Levine (sales)
             Harris Publications, Inc.
             1115 Broadway, 8th Floor
             New York, NY 10010
             (212) 462-9651

Subjects of information: Ordering and placement of advertisements for Clyde Armory's goods relevant to this proceeding.

    5.      Kelly Bisco (Account Executive)
             *Law Enforcement Product News* and *Law Enforcement Technology*
             Sygnus Business Media, Inc.
             1233 Janesville Ave.
             Fort Atkinson, WI 53538
             (800) 547-7377

Subjects of information:  Ordering and placement of advertisements for Clyde Armory's goods relevant to this proceeding.

      6.      Bob Cole
*S.W.A.T. Magazine*
30001 G Street
Ocean Park, WA 98640
(360) 665-0542

Subjects of information: Ordering and placement of advertisements for Clyde Armory's goods relevant to this proceeding.

**B.**      **Categories and Location of Documents, Data Compilations and Tangible Things**

Clyde Armory believes it or its counsel has documents, electronically stored information and/or tangible things that it may use to support its claims and defenses that fall into the following categories:

      1.      Design, development, production, promotion, marketing, sales and shipment of goods bearing Clyde Armory's SCAR-Stock mark or variations thereof.

      2.      Press releases from FN and third-party publications regarding the U.S military's SCAR project.

The foregoing categories of documents are currently in the possession, custody, or control of Clyde Armory at its Bogart, Georgia, office or its counsel, Wood, Herron & Evans, LLP in Cincinnati, Ohio.  This identification of categories of documents and things does not constitute and should not be construed as an admission or concession as to the discoverability, relevance, or admissibility of any particular document, nor as a waiver of any otherwise applicable claim of attorney-client and/or work product privilege, or any of the rights, including,

but not limited to, confidentiality rights under the terms of any Protective Order to be entered into in this proceeding.

**C.      Computation of Damages**

    N/A

**D.      Insurance Agreement**

    N/A

Dated:  November 16, 2012                    WOOD, HERRON & EVANS, L.L.P.

                                                        By:      *s/ Glenn D. Bellamy*_____
                                                                 Glenn D. Bellamy (admitted *pro hac vice*)
                                                                 2700 Carew Tower
                                                                 441 Vine Street
                                                                 Cincinnati, Ohio 45202
                                                                 (513) 241-2324
                                                                 gbellamy@whe-law.com

                                                                 and

                                        PRIOR, DANIEL & WILTSHIRE, LLC
                                                                Michael C. Daniel
                                                                Georgia State Bar No. 204237
                                                                490 North Milledge Avenue
                                                                Athens, Georgia 30601
                                                                (706) 543-0002
                                                                mdaniel@pdwlawfirm.com

                                                                *Attorneys for Clyde Armory, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **INITIAL DISCLOSURES OF CLYDE ARMORY, INC.** was served via e-mail upon counsel for Plaintiff:

Burton S. Ehrlich (burte@ladas.net)
John P. Luther (jluther@ladas.net)
**Ladas & Parry LLP**
Suite 1600
224 S. Michigan Avenue
Chicago, Illinois 60604


W. Scott Creasman (screasman@taylorenglish.com)
Jeffrey R. Kuester (jkuester@taylorenglish.com)
**Taylor English Duma LLP**
Suite 400
1600 Parkwood Circle
Atlanta, Georgia 30339


this 16th day of November, 2012.

                               /Glenn D. Bellamy/
                               Glenn D. Bellamy

1889848v1