EXHIBIT SHEET

FN Herstel, SA  Case No.: 3:12-CR-102(CAR)

vs.

Clyde Armory, Inc., et al.

PLAINTIFF'S EXHIBITS

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| DX006 | Email between Smith and Clyde. | 7/23/15 A. Clyde | 7/23/15 |
| DX099 | Small Arms Review | 7/23/15 A. Clyde | 7/23/15 |
| DX100 | Small Arms Review |  | 7/23/15 |
| DX113 | Small Arms Review Magazine | 7/21/15 B. Mills | 7/21/15 |
| DX180 | Fed Bix Ops | 7/21/15 F. Spaniel | 7/21/15 |
| DX182 | FNH USA Press Release | 7/21/15 F. Spaniel | 7/21/15 |
| DX188 | ArmyTimes | 7/21/15 F. Spaniel | 7/21/15 |
| DX190 | ArmyTimes | 7/21/15 F. Spaniel | 7/21/15 |
| DX203 | FNH Website page | 7//21/15 B. Mills | 7/21/15 |
| DX208 | Defense gov: contracts for 11/5/07 | 7/22/15 P. Bosschaerts | 7/22/15 |
| DX234 | Clyde Armory Trifold brochure | 7/22/15 J.Smith | 7/22/15 |
| P006 | Clyde's First Amended Answer |  | 7/21/15 |
| P007 | US Registration Certificate |  | 7/21/15 |
| P009 | US Registration Certificate |  | 7/21/15 |

| P018 | Amended Answer | | 7/21/15 |
|---|---|---|---|
| P020 | SCAR assault rifle brochure | 7/22/15<br>P. Bosschaerts | 7/22/15 |
| P021 | FNH Product brochure | 7/22/15<br>P. Bosschaerts | 7/22/15 |
| P023 | Special Weapons Magazine | 7/21/15<br>B. Mills | 7/21/15 |
| P024 | Police & Security News Ad | 7/21/15<br>B. Mills | 7/21/15 |
| P042 | Extra Funds | 7/21/15<br>F. Spaniel | 7/21/15 |
| P044 | Gun Digest Magazine article | 7/21/15<br>B. Mills | 7/21/15 |
| P047 | Jane's Defense Weekly article | 7/22/15<br>P. Bosschaerts | 7/22/15 |
| P048 | Jane's Defense Weekly article | 7/22/15<br>P. Bosschaerts | 7/22/15 |
| P049 | Jane's Eurosatory 2008 article | 7/22/15<br>P. Bosschaerts | 7/22/15 |
| P056 | NRA Magazine Ad | 7/21/15<br>B. Mills | 7/21/15 |
| P057 | Shotgun News August 2009 | 7/21/15<br>F. Spaniel | 7/21/15 |
| P059 | Photos from expo | 7/22/15<br>P. Bosschaerts | 7/22/15 |
| P071 | Small Arms Review Magazine | 7/21/15<br>B. Mills | 7/21/15 |
| P075 | Magazine Covers – excluding first & third pages | 7/21/15<br>B. Mills | 7/21/15 |
| P076 | Import notice | 7/21/15<br>B. Mills | 7/21/15 |
| P077 | Photo of SCAR marking | 7/21/15<br>B. Mills | 7/21/15 |
| P093 | 2011 Advertisement | 7/21/15<br>B. Mills | 7/21/15 |
| P101 | Shipping documents – **SEALED EXHIBIT** | 7/22/15<br>P. Bosschaerts | 7/22/15 |

| P106 | Jane's Website article | 7/22/15 P. Bosschaerts | 7/22/15 |
|---|---|---|---|
| P107 | Master license agreement | 7/22/15 P. Bosschaerts | 7/22/15 |
| P108 | 2008 Military Catalog | 7/21/15 B. Mills | 7/21/15 |
| P110 | 2011 Military Catalog | 7/21/15 B. Mills | 7/21/15 |
| P113 | Combat Arms July 2008 | 7/21/15 F. Spaniel | 7/21/15 |
| P116 | Press Release |  | 7/21/15 |
| P117 | Press Release |  | 7/21/15 |
| P118 | Press Release | 7/21/15 B. Mills | 7/21/15 |
| P120 | Sales spreadsheet – **SEALED EXHIBIT** | 7/22/15 B. Mills | 7/22/15 |
| P123 | FN Herstel Comm'l. Catalog | 7/21/15 B. Mills | 7/21/15 |
| P124 | FN Herstel Military/Law Enf. Catalog | 7/21/15 B. Mills | 7/21/15 |
| P128 | Spreadsheet – **SEALED EXHIBIT** | 7/22/15 P. Bosschaerts | 7/22/15 |
| P131 | 2010 Distribution Agreement | 7/22/15 B. Mills | 7/22/15 |
| P134 | Brochure | 7/21/15 B. Mills | 7/21/15 |
| P137 | Invoice – **w/ redaction of price** | 7/22/15 P. Bosschaerts | 7/22/15 |
| P139 | Equipment custody receipts | 7/21/15 B. Mills | 7/21/15 |
| P141 | Cyber Gun catalog | 7/22/15 P. Bosschaerts | 7/22/15 |
| P142 | 2006 Law Enforcement Trade Shows | 7/21/15 B. Mills | 7/21/15 |
| P144 | Powerpoint presentation | 7/21/15 B. Mills | 7/21/15 |

| P146 | FHN Letter to ATF 10/19/06 | 7/21/15 B. Mills | 7/21/15 |
|---|---|---|---|
| P151 | Letter to FN Herstel from USSOCOM | | 7/21/15 |
| P154 | Email to FNH from SOCOM | | 7/21/15 |
| P155 | Invoices | 7/21/15 B. Mills | 7/21/15 |
| P161 | Promotional flyer | 7/21/15 B. Mills | 7/21/15 |
| P168 | Marketing price quotes | | 7/21/15 |
| P169 | 2009 Dealer List | | 7/21/15 |
| P170 | Invoices for SCAR | | 7/21/15 |
| P180 | July 2005 article | 7/21/15 F. Spaniel | 7/21/15 |
| P195 | Nat'l Defense Article | 7/21/15 F. Spaniel | 7/21/15 |
| P197 | Notice of Award | | 7/21/15 |
| P198 | Solicitation for SCAR Program | | 7/21/15 |
| P204 | Presolicitation | | 7/21/15 |
| P205 | Responses to FNH Interrog. | | 7/21/15 |
| P206 | Clyde's Responses to 2d Interrog. | | 7/21/15 |
| P207 | Supplemental responses | | 7/21/15 |
| P212 | Defendant's responses | | 7/21/15 |
| P214 | July 2006 Article | 7/21/15 F. Spaniel | 7/21/15 |
| P216 | Update on SCAR brand sales – **SEALED EXHIBIT** | 7/22/15 B. Mills | 7/22/15 |
| P217 | Updates on Plaintiff's SCAR brand sales | | 7/21/15 |
| P218 | Photos | 7/21/15 F. Spaniel | 7/21/15 |
| P219 | 2008 FNH USA Product Catalog | | 7/21/15 |

| P220 | 2009 FNH Catalog – Military | | 7/21/15 |
|---|---|---|---|
| P221 | 2010 FNH USA Product Catalog | | 7/21/15 |
| P222 | Brochure, August 2006 | 7/21/15<br>B. Mills | 7/21/15 |
| P224 | Plaintiff's 1st Amended Complaint | | 7/21/15 |
| P225 | Answer to Amended Complaint | | 7/21/15 |
| P226 | Plaintiff Reply and Affirmative Defenses | | 7/21/15 |
| P233 | Videos | | 7/21/15 |
| P234 | Videos | | 7/21/15 |
| P235 | Videos | | 7/21/15 |
| P238 | Web capture from SCARSTOCK | 7/23/15<br>A. Clyde | 7/21/15 |
| P239 | Web capture from Clyde Armory.com | 7/23/15<br>A. Clyde | 7/23/15 |
| P240 | Eurosatory Catalog | 7/22/15<br>P. Bosschaerts | 7/22/15 |
| P241 | Email from Anne Devroye | 7/22/15<br>P. Bosschaerts | 7/22/15 |
| P243 | Promotional photos | 7/21/15<br>B. Mills | 7/21/15 |
| P244 | 2006 Media Plan | 7/21/15<br>B. Mills | 7/21/15 |
| P245 | Photos of rifles – to replace actual rifles | | 7/22/15 |