Search 🔍

**TOP LINKS**

Subscribe
   Twitter
   AFPS Blogs
   Facebook
   Flickr
   RSS
   Podcasts
   Widgets
   E-Mail

Secretary of Defense
   Speeches
   Travels
   Messages
   Biography
   Other Top Leaders

Press
   Today in DoD
   News Releases
   Press Advisories
   Publications
   Transcripts
   Audio Clips

Photos
   Imagery Archive
   Highlights
   Photo Essays
   Week in Photos

DoD Info
   Post 9/11 GI Bill
   Transferability
   Community
   Relations
   Stars & Stripes
   Recovery Act
   Site Map

**U.S. Department of Defense**
Office of the Assistant Secretary of Defense (Public Affairs)

# Contract

On the Web:
http://www.defense.gov/Contracts/Contract.aspx?ContractID=3641
Media contact: +1 (703) 697-5131/697-5132

Public contact:
http://www.defense.gov/landing/comment.aspx
or +1 (703) 571-3343

**FOR RELEASE AT**
5 p.m. ET

No. 1277-07
November 05, 2007

## CONTRACTS

### NAVY

Canadian Commercial Corporation, General Dynamics Land Systems Canada, Ottawa, Ontario, Canada, is being awarded a $60,204,705 firm fixed priced delivery order modification under previously awarded contract (M67854-07-D-5028) for the purchase of OCONUS field service representatives, Mine Resistant Ambush Protected (MRAP) University, new equipment training, logistics and engineering requirements, logistics demonstration at Red River Army Depot, level of repair analysis, and PLL/ASL (prescribed load list/authorized stock level) sustainment parts. Work will be performed in combat areas of operations in an austere environment, and in Lansing, Mich. and Texarkana, Texas, and work is expected to be completed October 2008. Contract funds will not expire at the end of the current fiscal year. This contract was competitively procured. The Marine Corps Systems Command, Quantico, Va., is the contracting activity.

Tetra Tech EC, Inc., Poulsbo, Wash., is being awarded $7,213,483 for Modification 02 to Task Order #0070 under previously awarded indefinite-quantity/indefinite-delivery, cost-plus-award-fee environmental remedial action contract for Parcel D - Sewer Removal Surveys and Parcel B - Phase V and other survey additions at Hunters Point Shipyard. The work to be performed expands the volume (cubic yards) of soils to be excavated on the current sanitary and storm sewer removal project. An associated extension in the period of performance, as well as associated project management costs and base-wide radiological support tasks is also included. Work will be performed in San Francisco, Calif., and is expected to be completed by May 2008. Contract funds will not expire at the end of the current fiscal year. The Naval Facilities Engineering Command, Northwest, Silverdale, Wash., is the contracting activity (N44255-01-D-2000).

### ARMY

RTKL/KLING (Joint Venture), Baltimore, Md., was awarded on Oct. 31, 2007, a $52,129,284 modification firm-fixed-price contract for final design package for the National Geospatial-Intelligence Agency, East Campus. Work will be performed at Fort Belvoir, Va., and is expected to be completed by March 23, 2008. Contract funds will not expire at the end of the current fiscal year. This bids solicited on Dec. 30, 2005, and one bid was received. The U.S. Army Corps of Engineers, Baltimore, Md., is the contracting activity (W912DR-06-C-0011).

General Dynamics Land Systems Inc., Sterling Heights, Mich., was awarded on Nov. 1, 2007, an $11,246,788 modification to a firm-fixed-price contract for system technical support for the Abrams Tank Program. Work will be performed in Sterling Heights, Mich., and is expected to be completed by Dec. 31, 2011. Contract funds will not expire at the end of the current fiscal year. This is a sole source contract initiated on June 8, 2006. The U.S. Army Tank-Automotive and Armaments Command, Warren, Mich., is the contracting activity (W56HZV-07-C-0046).

Intelligent Automation Corp.*, Poway, Calif., was awarded on Nov. 2, 2007, a delivery order amount of $5,628,429 as part of a $66,317,838 firm-fixed-price contract for hardware to be installed on the Apache Helicopters under the modernization and recapitalization effort. Work will be performed in Poway, Calif. (50 percent), and Columbia, S.C. (50 percent), and is expected to be completed by Nov. 1, 2012. Contract funds will not expire at the end of the current fiscal year. This was a sole source contract initiated on June 19, 2007. The U.S. Army Aviation and Missile Command, Redstone Arsenal, Ala., is the contracting activity (W58RGZ-08-D-0039).

### UNITED STATES SPECIAL OPERATIONS COMMAND

FN Herstal of Herstal, Belgium, was awarded a 10-year indefinite delivery/indefinite quantity contract for the development and production of the Special Combat Assault Rifle in support of U.S. Special Operations Command procurement division in November 2004. There have been eleven delivery orders awarded to date for the procurement of Initial Operational Test and Evaluation and Low Rate Initial Production requirements totaling $11,134,096. The production phase of this contract is anticipated to begin in March 2008. The work will be performed primarily in Herstal, and is expected to be completed by 2014. The contract number is H92222-05-D-0001.

### DEFENSE LOGISTICS AGENCY

Treen Box and Pallet, Bensalem, Pa.,* is being awarded a maximum $5,125,000.00 fixed price with economic price adjustment contract modification for supply of wood pallets. Using service is Defense Distribution Command Depots. Contract funds will not expire at the end of the current fiscal year. This contract is exercising its first option year. There were 11 proposal originally solicited with 9 responses. Date of performance completion is Dec. 4, 2008. The contracting activity is Defense Supply Center Philadelphia, Philadelphia, Pa. (SPM530-06-D-0004).

*Small Business

🖶 Printer-friendly Version                                          ✉ Email A Copy

## Main Menu

- Home
- Today in DOD
- About DOD
  - Leaders
  - Organization
  - Mission
  - History
  - Frequently Asked Questions
  - Available jobs with DOD
- Top Issues
  - Afghanistan
  - Iraq
  - Warrior Care
- News
  - DOD News Page
  - Today in DOD
  - News Releases
  - Press Advisories
  - Publications

**DX208**

CA00141

- o News Transcripts
  - o Speeches
- o Casualty Status (PDF)
  - o Contracts
- o Casualty Releases
  - o Special Reports
  - o Audio Clips
  - o AFPS Articles
- Photos/Videos
  - o The Pentagon Channel
  - o Lead Photo Archive
  - o Photo Essays
  - o Defenseimagery.mil
  - o Week In Photos
  - o News Photos
    - o Videos
  - o DOD/Military Seals
- Military/DOD Websites
  - o U.S. Army
  - o U.S. Marine Corps
  - o U.S. Navy
  - o U.S. Air Force
  - o National Guard
  - o U.S. Coast Guard
  - o All DOD Sites
  - o Unified Combatant Commands
  - o Military/DOD Social Media Sites
    - o Register A Site
  - Contact Us
  - o Frequently Asked Questions
    - o Website Feedback

## Additional Links

- Home
- Today in DOD
- About DOD
- Top Issues
- News
- Photos/Videos
- Military/DOD Websites
  - Contact Us

- DOD Inspector General
- Privacy & Security
- Link Disclaimer
- Recovery Act
  - FOIA
- USA.gov
- No FEAR Act
- Plain Writing Act of 2010

- About DOD
- Join the Military
- DOD Careers
- Web Policy

## Stay Connected



- RSS Feeds
- Podcasts
- Email
- Widgets
- DOD Live Blog
- Facebook
- Twitter
- YouTube
- Flickr

MORE SOCIAL MEDIA SITES »

**DX208**

CA00142