

**FNH USA, LLC**

**2010 DISTRIBUTION AGREEMENT
FOR FN HERSTAL FIREARMS**

THIS DISTRIBUTION AGREEMENT FOR LAW ENFORCEMENT FIREARMS (the "Agreement") is entered into by and between **FNH USA, LLC** ("FNH USA"), a Delaware corporation, having its principal place of business at 1364 Beverly Road, Suite 200, McLean, Virginia 22101, ("Supplier"), and **Clyde Armory** ("Distributor"), having its principal place of business at 165 Ben Burton Road, #D, Athens Bogart, GA 30622.

WHEREAS, Supplier manufactures and markets certain firearms to law enforcement agencies; and

WHEREAS, Distributor desires to be appointed as a non-exclusive authorized distributor of Products (defined below) to state and local law enforcement agencies within the Territory (defined below);

NOW, THEREFORE, in consideration of the mutual covenants contained herein, Supplier and Distributor hereby agree as follows:

1. **DEFINITIONS**
   a. "Customers" means only those bona fide law enforcement agencies of state, municipal local governments, and individuals where permitted by Law, located within the Territory. Supplier reserves the right to sell directly to departments and agencies of the United State Government.
   b. "Products" means those firearms identified in ATTACHMENT A to this Agreement.
   c. "Territory" means the territory with the geographical limits of the State(s) of Georgia.

2. **APPOINTMENT**
   a. Non-Exclusive Relationship. Supplier hereby appoints Distributor as a non-exclusive authorized distributor in the Territory for sale of the Products to the Customers, and Distributor hereby accepts this appointment.
   b. Limitations. Distributor shall not, directly or indirectly, market, promote or sell Products, or offer to sell Products, to any person, company or entity other than Customers located within the Territory, unless expressly authorized to do so in writing by Supplier, at Supplier's option and sole discretion. Failure to comply with this restriction is a material breach of this agreement. Supplier has no responsibility to assist Distributor in obtaining excise tax refunds, and will not process any excise refund request for any exports of supplier's products outside of the territory. Distributor shall, without compensation, refer to Supplier all inquiries and orders received by Distributor from law enforcement agencies located outside the Territory.
   c. Independent Contractor. Distributor shall conduct its business in the purchase and resale of the Products as a principal for its own account and at its own expense and risk. Distributor is an independent contractor and is not an agent or employee of Supplier and has no authority to make any warranties or representations on behalf of Supplier. Distributor shall not engage in any conduct intended to lead third parties to believe it or its employees or agents are agents or partners of Supplier.

3. **SALES AND MARKETING**
   a. Best Efforts. Distributor shall use its best efforts to sell and promote the sale of Products within the Territory, and shall establish, staff, equip and maintain secure facilities and a trained staff for

528718v1

Plaintiff's Exhibit P131

FN102599 CONFIDENTIAL

that purpose. **FNH USA Distributors shall not sub-distribute products to non-authorized distributors.**

    b.    Minimum Purchase. Distributor agrees to maintain representative and ample inventory of the products.

    c.    Promotional Materials. Distributor will feature all Products carried by Distributor in all of Distributor's catalogs prepared for dissemination to Customers. Distributor will not distribute catalogs, fliers and other promotional materials that feature the Products, whether prepared by Distributor or Supplier, to any person, company or entity other than a Customer and any advertising of the Products by Distributor shall be restricted to trade publications directed to law enforcement officers and agencies.

    d.    Trademarks. Distributor hereby acknowledges that it has no interest in or right to use any trademarks, trade names, or other intellectual property rights of Supplier; provided, Distributor may, with Supplier's written consent, use such trademarks, trade names, or other intellectual property rights in marketing the Products and otherwise discharging its duties hereunder. Distributor shall immediately notify Supplier of any third party infringement of any trademarks, trade names or other intellectual property rights of Supplier.

    e.    Supplier Literature. Supplier will furnish Distributor with a reasonable supply of Supplier's sales literature, catalogs, advertising and promotional literature or other materials developed and used by Supplier to promote the Products.

**4.    TERMS AND CONDITIONS OF SALE**

    a.    Prices. The prices, credit terms, anticipations, discounts, and shipping terms applicable to sale by Supplier and purchase by Distributor of the Products (collectively, the "Pricing Terms") are set forth in Supplier's Law Enforcement Price List, a copy of which is attached hereto as ATTACHMENT B. The Pricing Terms are subject to change at any time, at Supplier's option and in its sole discretion, by Supplier's written notice thereof to Distributor. Any new Pricing Terms that Supplier may announce will apply to any unshipped portion of Distributor's orders on file with Supplier on the date of such change, regardless of any prior acceptance of such orders by Supplier.

    b.    Additional Terms and Conditions of Sale. Additional terms and conditions of sale are set forth in ATTACHMENT B attached hereto. The terms and conditions of sale set forth in ATTACHMENT B are subject to change at any time, at Supplier's option and in its sole discretion, by Supplier's written notice thereof to Distributor.

    c.    Inconsistent Terms. Any provision of any purchase order placed by Distributor which is inconsistent with any term of this Agreement, including any applicable term of Supplier's then-current terms and conditions of sale, shall be null and void unless such inconsistent provision is expressly accepted by Supplier in writing.

    d.    Product Modifications. Supplier reserves the right at any time to make changes in Product designs and to add or adapt any of the Products or any model, type, trademark, trade name or specification thereof, without incurring any obligation to furnish or install the same on Products previously sold to Distributor. Supplier further reserves the right to discontinue the manufacture of or to modify any Product or product line without incurring any obligation to furnish a discontinued or unmodified Product to Distributor. In the event that a particular Product is materially changed or modified, Distributor shall have the sole right to cancel any outstanding purchase orders for such Product.

    e.    Cancellation of Orders. Distributor may cancel orders previously placed with and accepted by Supplier by written notice to Supplier. Any such cancellation must be received by Supplier at least

528718v1

thirty (30) days prior to scheduled shipment of the Products by Supplier or a fifteen percent (15%) restocking charge, plus any freight and other shipping costs incurred, will be charged to Distributor. Supplier will honor cancel dates on purchase orders without notice to the Distributor.

    f.    <u>Acceptance</u>. No purchase order shall be binding on Supplier until accepted in writing by a duly authorized employee of Supplier. Supplier may refuse to accept any purchase order for any reason whatsoever. Distributor's purchase orders shall be subject to such reasonable allocation as, in the sole judgment of Supplier, may be necessary or equitable in the event of any shortages of Products at any time. Each shipment against Distributor's purchase orders, whether partial or complete, shall be considered a separate transaction for which Supplier may issue a separate invoice and payment shall be made accordingly.

    g.    <u>Credit Standards</u>. Distributor shall be subject to Supplier standards as to the granting of credit by Supplier to Distributor and Distributor shall fully comply with all payment requirements established by Supplier, as set forth in ATTACHMENT B or otherwise.

    h.    <u>Past Due Amounts</u>. All payments are due in full on the due date, with no deductions, reductions or discounts not explicitly authorized by Supplier. As liquidated damages, Distributor shall pay interest at the rate of one and one-half percent (1.5%) per month on all past due amounts, not to exceed the maximum rate allowed by law, until all such amounts are paid in full. Distributor shall also pay to Supplier $100.00 for any check returned for insufficient funds. Any or all anticipation/cash discounts, early order discounts, volume discounts or rebates will be forfeited if an account or portion thereof is unpaid as of the date due.

    i.    <u>Force Majeure</u>. Supplier shall not be liable for any failure to deliver hereunder, where such failure has been occasioned by fire, embargo, strike, failure to secure materials or products from the usual source of supply, or any other circumstance beyond Supplier's control that prevents Supplier from making deliveries in the normal course of its business.

5.    **REPRESENTATIONS AND WARRANTIES; RETURNS**

    a.    <u>Representations and Warranties</u>. Any express or implied warranties relating to the Products are included in packaging provided with such Products. Products which have been proven defective by FNH USA quality control can be repaired or replaced, or refund at the purchase price, at Supplier's sole option. Supplier makes no other express or implied warranties concerning the Products and SUPPLIER SPECIFICALLY DISCLAIMS ANY WARRANTY OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE WHICH MAY BE IMPLIED BY APPLICABLE STATE, OR FEDERAL LAW. Distributor expressly agrees that it has no right to, and that it shall not make any representations or warranties to any party concerning the Products.

Supplier shall not be liable for nor defend Distributor for claims brought against Distributor based on the negligence or sales practices of Distributor or its employees.

    b.    <u>Returns</u>. No Product may be returned to Supplier by Distributor without Supplier's prior written consent.

6.    **INDEMNIFICATION**

Distributor shall indemnify and hold Supplier harmless from and against any and all claims, demands, obligations, liabilities and damages of any kind which may be asserted or caused in connection with or arising directly or indirectly out of this Agreement, any breach by Distributor of any provision of this Agreement, whenever asserted, and for all reasonable expenses (including attorneys= fees) which may be incurred by Supplier on account of or arising from any of the foregoing. This indemnification shall survive the expiration or termination of this Agreement.

FN102601
CONFIDENTIAL

7. **TITLES TO GOODS**

Title to goods and risks of loss of goods pass to Distributor when the shipment leaves FNH USA's Warehouse.

8. **REPORTS**

Distributor shall, on a basis and frequency to be determined by Supplier within the exercise of its sole discretion, furnish Supplier with a statement of Distributor's total annual sales (both in unit volume and sales dollars, and categorized by model name and model number) and existing inventory of Products and such additional information, including sales forecasts, as deemed relevant by Supplier. Such reports, as well as any questions regarding this agreement, will have to be addressed to FNH USA LLC, Law Enforcement Division.

8. **EFFECTIVE DATE**

This agreement shall take effect from the date of the signing this Agreement and remain in effect through December 31st of the year in which the Agreement is executed, unless terminated as provided in paragraph 9 below. A new FNH USA Distributor Agreement must be signed for each calendar year.

9. **TERMINATION**

a. Termination. Either party may terminate this Agreement at any time for any reason by giving thirty (30) days prior written notice to the other party. Distributor understands that although Supplier needs no cause to terminate this Agreement, it may do so because of Distributor's non-compliance with the terms of this Agreement, Distributor's failure to maintain an adequate credit relationship with Supplier, delinquent payments from Distributor, the poor reputation of Distributor relationships with Customers, the failure of Distributor to adequately support and promote the Products, or Supplier's decision, in its sole discretion, to terminate the distributorship program in whole or in part. No termination of this Agreement shall relieve Distributor of any obligation to pay any outstanding balance due Supplier. The termination rights set forth herein are in addition to all other remedies available to Supplier at law or in equity.

b. Right to Re-Purchase. In the event that this Agreement is terminated for any reason whatsoever, Supplier shall have the right, but not the obligation, to purchase from Distributor, at Distributor's original invoice cost, all or a portion (as Supplier may elect) of the Products then remaining in Distributor's inventory. To this end, as of the effective date of termination, Distributor shall cease all further sales of the Products and within thirty (30) days thereafter provide to Supplier a written report setting forth the quantity of the Products in Distributor's inventory, categorized by model name and model number, and their original invoice cost. Within thirty (30) days following receipt of the report, Supplier shall identify, by written notice to Distributor, which Products, if any, it has elected to purchase. Distributor shall deliver such Products to Supplier in accordance with Supplier's instructions and the purchase price shall be payable within thirty (30) days following delivery. Distributor shall be entitled to sell off remaining all Products in its inventory of which it shall have become owner to Customers, but to no others.

c. Other Effects of Termination. From and after the date of termination Supplier will have no obligation to make further sales to Distributor or to fill existing orders of Distributor, regardless of Supplier's prior acceptance of such orders. In addition, Distributor shall immediately return to Supplier or destroy, as Supplier directs, all copies of any documents or other materials containing any information of Supplier or furnished by Supplier to Distributor.

FN102602
CONFIDENTIAL

d. *Special Termination Right.* In addition to the termination rights of Supplier set forth in Section 8(a) above, Supplier reserves the unilateral right to terminate this Agreement at any time upon thirty (30) days prior written notice in the event Supplier, in its sole and independent discretion, determines that Distributor has at any time redistributed Products at a price below the suggested wholesale prices set forth in the Pricing Terms or otherwise communicated by Supplier to Distributor.

e. *Exclusion of Claims.* Except as otherwise expressly set forth herein, upon termination of this Agreement for any reason whatsoever, Distributor acknowledges and expressly agrees that Supplier shall not be liable to Distributor and Distributor shall not be entitled to receive any payment from Supplier by virtue of such termination or for any other reason whatsoever. Without limiting the generality of the foregoing, Distributor hereby waives any and all claims for compensation or damages of any kind whatsoever, including any claims based in whole or in part upon the contention that Distributor is entitled to receive any compensation for its expense and/or efforts in connection with this Agreement or any establishment or development of markets for the Products in the Territory.

f. *Survival.* Sections 5, 6, 8, 9 and 10 in their entirety as well as Paragraphs 2(b), and 4(h) of this Agreement, shall survive and remain in full force and effect notwithstanding any termination of this Agreement for any reason whatsoever.

**10.  COMPLIANCE WITH LAWS**

a. *In General.* Distributor must comply with all applicable Federal, State and local laws in the sale of product, and in compliance with BATF and State requirements regulating sale or transfer of firearm or firearms related products. Additionally, sale of any new FNH USA firearm must be made with the cable or trigger lock, and all responsible materials, including manuals, and safety instructions.

Should Distributor be or become aware of any applicable laws or regulations that are inconsistent with the provisions of this Agreement, Distributor shall promptly notify Supplier of such inconsistency. Supplier may, at its option, either waive performance of such inconsistent provisions or terminate this Agreement. Distributor, at its sole expense, shall be responsible for obtaining and maintaining all licenses, permits, authorizations, registrations, and approvals that are required by all appropriate governmental authorities with respect to Distributor's conduct of its business and its performance under this Agreement. Distributor shall furnish to Supplier, upon Supplier's request, written evidence from such governmental authorities of all such licenses, permits, authorizations, registrations, and approvals.

b. *Gun Control Act.* Without limiting the generality of Paragraph 9(a), Distributor represents that it currently has a valid license under the U.S. Gun Control Act and 1968 and encloses a certified copy of this license with this Agreement if Supplier does not already have such a copy. Distributor shall continue to comply with the U.S. Gun Control Act of 1968, and the amendments thereto, and all state and local laws and ordinances while this Agreement is in effect. Distributor agrees to renew its firearms license before its expiration date and will notify Supplier of such renewal by delivering to Supplier a certified copy of such renewal. All of Distributor's orders hereunder shall comply with the provisions of the U.S. Gun Control Act of 1968, as amended.

c. Distributor will sign attached standard "Responsible Firearms Distributor Code of Practice".

**11.  MISCELLANEOUS**

a. *Confidentiality.* Each party shall keep all information regarding this Agreement and any business data learned about the other party strictly confidential, and neither party shall divulge any terms of this Agreement or any business data of the other party to any third party without the express written consent of the other.

527624v2

-4-

b. <u>Assignment</u>. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns. Notwithstanding the foregoing, Distributor may not assign, grant sub-distributorships or otherwise transfer its rights hereunder or any interest therein without the prior written consent of Supplier.

c. <u>Jurisdiction, Venue and Choice of Laws</u>. This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Virginia, without regard to its conflict of law provisions. By entering into this Agreement, Distributor submits itself and its principals individually to personal jurisdiction in the Courts of the Commonwealth of Virginia and agrees that Virginia is the only appropriate venue for any action brought to interpret or enforce any provision of this Agreement, or which may otherwise arise under or relate to the subject matter of this Agreement.

d. <u>Costs and Attorneys' Fees</u>. In the event that either party commences a legal proceeding to enforce any of the terms of this Agreement, the prevailing party in such action shall have the right to recover reasonable attorneys' fees and costs from the other party, to be fixed by a court in the same action. The term "legal proceedings" shall include appeals from a lower court judgment as well as proceedings in the Federal Bankruptcy Court, whether or not they are adversary proceedings or contested matters. In addition, Distributor shall pay to Supplier upon demand all reasonable costs, expenses and fees (including reasonable attorneys' fees), whether or not a suit be instituted or not, incurred by Supplier in protecting or enforcing its rights hereunder and under all agreements, purchase orders and documentation contemplated hereby.

e. <u>Amendments</u>. This Agreement may not be altered, modified, terminated or discharged, and no term may be waived, except by a writing signed by the party against whom such alteration, modification, termination, discharge or waiver is sought, provided, however, that Attachments A, B, and C may be unilaterally changed by Supplier as hereinbefore provided. Without limiting the generality of the foregoing, no modification of or addition to this Agreement shall be effected by Supplier's shipment of Products following receipt of a purchase order or any other document from Distributor containing terms and conditions conflicting with or in addition to the terms and conditions contained in this Agreement.

f. <u>Entire Agreement</u>. This Agreement constitutes the entire understanding of the parties with respect to its subject matter and supersedes any prior or contemporaneous agreements and understandings, written or oral, relating to the subject matter hereof; and any such prior or contemporaneous written or oral agreements and understandings are expressly canceled.

g. <u>FNH USA</u>. This Agreement may be enforced by FNH USA as Supplier; provided, FNH USA shall provide a written designation to Distributor upon the execution of this Agreement (which designation may be changed from time to time by written notice to Supplier) as to which of FNH USA shall be the designated representative of Supplier for all interactions with Distributor.

FN102604
CONFIDENTIAL

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the date or dates written below.

| FNH USA, LLC | DISTRIBUTOR |
|---|---|
| Signature_____ | Signature _Andrew S. Clyde_ |
| Typed Name: _Louis Dillais_ | Typed Name: _ANDREW S. CLYDE_ |
| Title: _President & CEO_ | Title: _OWNER / CEO_ |
| Date: _____ | Date: _3/4/2010_ |
| | |
| Signature_____ | Signature _[signature]_ |
| Typed Name: _Ken Pfau_ | Typed Name: _Ken Pfau_ |
| Title: _Vice President_ | Title: _SVP LE Commercial Sales_ |
| Date: _____ | Date: _3/4/2010_ |

527624v2

-6-

FN102605
CONFIDENTIAL

## ATTACHMENT A

## PRODUCTS

- All Class I Products and Accessories

- All Class III Law Enforcement Products and Accessories

- All FN 303 Products and Accessories

    (Ref: Attached FNH USA LLC Price Lists)

FN102606
CONFIDENTIAL

-8-

# ATTACHMENT B

Pricing, Terms and Conditions of Sale

---

## As defined by enclosed Price Sheet

527624v2

FN102607
CONFIDENTIAL

## Responsible Firearms Distributor Code of Practice

The retail sale of firearms and ammunition is regulated by numerous federal, state and local laws and regulations. As a responsible retailer of firearms and ammunitions, I pledge to fully comply with these laws and to also apply the following standards of responsible firearms and ammunition retailing.

**Before selling a firearm or ammunition to any individual, I will:**
- Provide all manufacturer-supplied instruction manuals and related information on new firearms
- Offer instruction on the operation of new and pre-owned firearms
- Offer free safety literature
- Advise of the availability of local firearms safety or hunter safety instruction and urge first-time purchasers to attend an appropriate safety course.

**I will not knowingly buy or sell:**
- Stolen guns
- Firearms illegally altered in any way
- Firearms which are obviously in an unsafe operating condition
- Firearms which are being purchased for illegal delivery to an unauthorized individual ("straw purchase")

**I will not knowingly sell firearms and ammunition to anyone who:**
- Is underage
- Cannot produce adequate proof of residence
- Is obviously under the influence of alcohol or drugs

I will not knowingly misrepresent the condition of any gun I sell.

I will keep all required records and fully cooperate with all law enforcement officials when requested to do so in the course of business.

I recognize that the sale of firearms is a serious responsibility, and I pledge to meet that responsibility.

Distributor _Andrew S. Clyde_   OWNER   3/4/2010.
(Please sign)

This code is furnished as a public service by the Sporting Arms and Ammunition Manufacturers' Institute and the National Shooting Sports Foundation.

MUST MAIL IN ORIGINAL INK SIGNED COPIES

527624v2

-9-

**FNH USA, LLC**
**Clyde Armory**
**2006-2012 Sales Summary All Products**

| Sum of Price Row Labels | 2008Q2 | 2008Q3 | 2008Q4 | 2009Q1 | 2009Q2 | 2009Q3 | 2010Q1 | 2010Q2 | 2010Q3 | 2010Q4 | 2011Q1 | 2011Q2 | 2011Q3 | 2011Q4 | 2012Q1 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 Commercial Catalogs | | | | | | | | | | | | | | | | |
| 3P1 Tact Sling w/Bknl | | | | | | | | | | | 60 | | | | | 60 |
| FN A1A 308 DBM 20 FLUT | | | | | | | 1,266 | 1,243 | | 6,216 | | | | | | 8,727 |
| FN SLP Mark 1 Shotgun | 655 | | | | | | 665 | | | 685 | | | | | | 1,985 |
| FN SLP Standard | 748 | | | | | | 759 | | | 759 | | 602 | | | | 3,069 |
| FN303 Fill Station Adapt | | | | | | | | | | | | | 242 | | | 242 |
| FNA1 308 DBM A3 24 | 1,131 | | | | | | 1,188 | | | | | | | | | 3,450 |
| FNAR .308 20rd Magazine | | | | | | | 50 | | | | | | | | | 50 |
| FNAR Heavy .308 20" 20rd | | | | | | | 1,050 | | | | | | | | | 1,050 |
| FNAR Std .308 16" 20rd | | | | | | | 1,061 | | | | | | | | | 1,061 |
| FNP40 DASA BK NS 14rd | | | | 439 | | | | | | | | | | | | 865 |
| FNP40 DASA SS 14rd | 355 | 426 | | | | | | | | | | | | | | 355 |
| FNP40 DASA SS NS 14rd | | | | 439 | | | | | | | | | | | | 439 |
| FNP40 USG DASA MS FDE | | | | 404 | | | | | | | | | | | | 404 |
| FNP-45 15rd Magazine | | | | | | | 31 | | | | | | | | | 31 |
| FNP45 DASA MS FDE 14rd | 415 | | | 456 | | | 467 | | | 467 | | | | | | 1,391 |
| FNP45 DASA SS CMore 14rd | | | | | | | | | 30 | | | | | | | 415 |
| FNP45 DASA MS BLK | | | | | | | | | | | | | | | | |
| FNP45 Tactical FDE | | | | | | | 700 | | 700 | 700 | | | | | | 1,400 |
| FNP45 USG 14rd BF Blk | | | | | | | 467 | | | | | | | | | 2,100 |
| FNP45 USG 14rd BF SS MS | | | | | | | 467 | | | | | 467 | | | | 1,858 |
| FNP9 DASA SS 16rd | 355 | | | 456 | | | | | | | | | | | | 923 |
| FNX-40 14rd Mag Blk | | | | | | | | | | | | | | | | 355 |
| FNX-40DA/SA MS BK/BK14rd | | | | | | | | 409 | 30 | | | | | | | 30 |
| FNX-40DA/SA MS BK/SS14rd | | | | | | | | 409 | | | | | | | | 409 |
| FNX-9 17rd mag Blk | | | | | | | | | 30 | | | | | | | 30 |
| FNX-9DA/SA MS BK/BK 17rd | | | | | | | | | | | | | | | | 409 |
| FNX-9DA/SA MS BK/SS 17rd | | | | | | | | | 30 | | | | | | | 409 |
| FS2000 T ACT BK 30rd | | | | | | 1,599 | | | | | | | | | | 1,599 |
| FS2000 Tact OD 30rd | | | | | | 1,599 | | | | | | | | | | 1,599 |
| Fv-sN FDE 20 Adj | 699 | | | | | 2,160 | | | | | | | | | | |
| Fv-sN Std Blk 20 | | | | | | | | | | | | | | | | |
| Fv-sN USG Blk 20 Adj | 1,398 | | | 2,817 | | | 766 | | | 766 | 766 | | | | | 3,625 |
| Fv-sN USG Mag 20rd | | | | | 720 | | | | | | 140 | | | | | 766 |
| Fv-sN USG OD 20 Adj | 699 | | | | 24 | | | | 1,533 | | | | | | | 24 |
| M249 Bolt Assy. | | | | | 2,880 | | | 4,524 | 766 | | | | | | | 5,876 |
| M249 SAW 5.56mm MG | | | 42 | | 132 | 88 | 32 | 32 | | | | | | | | 140 |
| Magazine 50rd P90/PS90 | | | | | | | | | 30 | | | 25 | | | | 287 |
| Magazine Assembly DBM | | | | | | | | | | | | | | | | 64 |
| MK46 MOD 1 | | | | | | | | 14,038 | 6,735 | | | | | | | 6,735 |
| MK48 Mod 1 | | | | | | | | | | | | | | | | 14,038 |
| P90 TR Selective Fire | | | | | | | | | | | | | 1,260 | 1,260 | | 2,521 |
| Projectiles, Inert Powder | | | | | | | | | | | | | | | | 282 |
| Projectiles, Pava Powder | | | | | | | | | | | | | 445 | 445 | | 890 |
| Projectiles, Pink | | | | | | | | | | | | | | 273 | 273 | |
| PS90 TR BK 30rd | | | | | | | | | 1,268 | | | | | | | 1,268 |
| PS90 TR OD 30rd | | | | | | | | | 1,268 | | | | | | | 1,268 |
| SCAR 16 FDE 10" 30rd COC | | | | | | | | | | | | | | | | |
| SCAR 16/17 LE Owners Man | | | 30 | | | | 1,568 | | | | | | | 1,799 | | 1,799 |
| SCAR 16S BK 16" 30rd | | | | | | | | 5,314 | 1,771 | | | | | | | 7,085 |
| SCAR 16S BK 18" 30rd | | | | | | | | 8,856 | 3,542 | | | | | | | 15,737 |
| SCAR 16S FDE 16"30rd | | | | | | | | | 2,207 | | | | | | | 6,622 |
| SCAR 17 STD BK 16" 20rd | | | | | | | | | 3,775 | 4,414 | | 1,771 | 3,993 | | | 7,768 |
| SCAR 17S BK 16" 20rd | | | | | | | | 1,665 | | | | | | | | 1,799 |
| SPR Magazine DBM | | | | | | | | | | | | | | | | 30 |
| SPRA5 308 DBM 20 FLUT | | | | | | | | | | | | | | | | 1,665 |
| SS190 Ball Duty 500rd | | | | | | | | | | 757 | | 378 | | 378 | | 1,514 |
| SS195 LF 2000rds | | | | | | | | | | | | 700 | | 700 | | 1,400 |
| TPS Col Stk 18 Fix Choke | 532 | | | | | | | | | | | | | | | 532 |



FN102609 CONFIDENTIAL

| Grand Total |
|---|
| 6,987 |
| 1,557 |
| 3,240 |
| 5,041 |
| 4,212 |
| 2,248 |
| 10,542 |
| 39,474 |
| 24,092 |
| 15,044 |
| 1,672 |
| 6,698 |
| 3,993 |
| 5,107 |
| 716 |
| 130,624 |

FN102610
CONFIDENTIAL

Clyde Armory Sales 2008-2012

| Sales Order | Ship Date | Order Date | Invoice Date | Invoice Number | Purchase Order | Item Number | Description | Quantity Invoiced | Price | Discount Percent | List Price | Cost | Year | Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SO10661 | 4/29/2008 | 4/29/2008 | 4/29/2008 | IV10244 | 2459 | 3868929120 | Fv-svN USG Blk 20 Adj | 2.0 | 699.00 | 0.00% | $ 699.00 | 615.27 | 2008 | 2008Q2 |
| SO10661 | 4/29/2008 | 4/29/2008 | 4/29/2008 | IV10244 | 2459 | 3868929230 | Fv-svN FDE 20 Adj | 2.0 | 699.00 | 0.00% | $ 699.00 | 616.45 | 2008 | 2008Q2 |
| SO10661 | 4/29/2008 | 4/29/2008 | 4/29/2008 | IV10244 | 2459 | 17703 | TPS Col Stk 18 Fix Choke | 2.0 | 532.00 | 0.00% | $ 532.00 | 399.13 | 2008 | 2008Q2 |
| SO10661 | 4/29/2008 | 4/29/2008 | 4/29/2008 | IV10244 | 2459 | 3088929010 | FN SLP Standard | 2.0 | 748.00 | 0.00% | $ 748.00 | 667.86 | 2008 | 2008Q2 |
| SO10661 | 4/29/2008 | 4/29/2008 | 4/29/2008 | IV10244 | 2459 | 3088929022 | FN SLP Mark 1 Shotgun | 2.0 | 655.00 | 0.00% | $ 655.00 | 612.64 | 2008 | 2008Q2 |
| SO10661 | 4/29/2008 | 4/29/2008 | 4/29/2008 | IV10244 | 2459 | 21792 | FNA1 308 DBM A3 24 | 1.0 | 1,131.00 | 0.00% | $ 1,131.00 | 750.31 | 2008 | 2008Q2 |
| SO10767 | 5/15/2008 | 4/22/2008 | 5/15/2008 | IV10951 | 2435 | 47915 | FNP45 DASA SS CMore 14rd | 1.0 | 415.00 | 0.00% | $ 415.00 | 357.28 | 2008 | 2008Q2 |
| SO10767 | 5/15/2008 | 4/22/2008 | 5/15/2008 | IV10951 | 2435 | 47834 | FNP40 DASA SS 14rd | 1.0 | 355.00 | 0.00% | $ 355.00 | 285.00 | 2008 | 2008Q2 |
| SO10767 | 5/15/2008 | 4/22/2008 | 5/15/2008 | IV10951 | 2435 | 47830 | FNP9 DASA SS 16rd | 1.0 | 355.00 | 0.00% | $ 355.00 | 283.45 | 2008 | 2008Q2 |
| SO10767 | 5/15/2008 | 4/22/2008 | 5/15/2008 | IV10951 | 2435 | 3868929120 | Fv-svN USG Blk 20 Adj | 1.0 | 699.00 | 0.00% | $ 699.00 | 615.27 | 2008 | 2008Q2 |
| SO10661 | 6/17/2008 | 4/29/2008 | 6/19/2008 | IV12663 | 2459 | 3868929240 | Fv-svN USG OD 20 Adj | 2.0 | 699.00 | 0.00% | $ 699.00 | 612.07 | 2008 | 2008Q2 |
| SO13032 | 7/1/2008 | 5/29/2008 | 7/10/2008 | IV13552 | 2506 | 21792 | FNA1 308 DBM A3 24 | 1.0 | 1,131.00 | 0.00% | $ 1,131.00 | 750.31 | 2008 | 2008Q3 |
| SO13058 | 7/1/2008 | 5/29/2008 | 7/10/2008 | IV13553 | 2497 | 47847 | FNP40 DASA BK NS 14rd | 2.0 | 426.00 | 0.00% | $ 426.00 | 338.90 | 2008 | 2008Q3 |
| SO18179 | 11/5/2008 | 1/14/2008 | 11/5/2008 | IV17578 | 2651 | 3810110093 | Magazine 50rd P90/PS90 | 50.0 | 42.00 | 0.00% | $ 42.00 | 10.93 | 2008 | 2008Q4 |
| SO18479 | 11/19/2008 | 11/18/2008 | 11/22/2008 | IV17906 | 2718 | 3835980040 | FS2000 TACT BK 30rd | 2.0 | 1,599.00 | 0.00% | $ 1,599.00 | 1,248.55 | 2008 | 2008Q4 |
| SO18479 | 11/19/2008 | 11/18/2008 | 11/22/2008 | IV17906 | 2718 | 3830000000 | FS2000 Tact OD 30rd | 1.0 | 1,599.00 | 0.00% | $ 1,599.00 | 1,469.30 | 2008 | 2008Q4 |
| SO18464 | 1/16/2009 | 11/17/2008 | 1/21/2009 | IV19033 | 2715 | 3868929120 | Fv-svN USG Blk 20 Adj | 2.0 | 699.00 | 0.00% | $ 699.00 | 615.27 | 2009 | 2009Q1 |
| SO18477 | 2/12/2009 | 11/18/2008 | 2/13/2009 | IV19538 | 2709 | 3868929120 | Fv-svN USG Blk 20 Adj | 2.0 | 699.00 | 0.00% | $ 699.00 | 615.27 | 2009 | 2009Q1 |
| SO18464 | 2/13/2009 | 11/17/2008 | 2/17/2009 | IV19604 | 2715 | 3868929120 | Fv-svN USG Blk 20 Adj | 3.0 | 699.00 | 0.00% | $ 699.00 | 615.27 | 2009 | 2009Q1 |
| SO19421 | 2/21/2009 | 12/18/2008 | 2/21/2009 | IV19688 | 2762 | 3071A1210 | SPR Magazine DBM | 4.0 | 30.00 | 0.00% | $ 30.00 | 12.34 | 2009 | 2009Q1 |
| SO20540 | 3/4/2009 | 2/19/2009 | 3/5/2009 | IV20205 | 2807 | 47577 | FNP45 USG 14rd BF Blk | 2.0 | 456.00 | 0.00% | $ 456.00 | 371.59 | 2009 | 2009Q1 |
| SO20540 | 3/4/2009 | 2/19/2009 | 3/5/2009 | IV20205 | 2807 | 47938 | FNP45 DASA MS FDE 14rd | 3.0 | 456.00 | 0.00% | $ 456.00 | 359.83 | 2009 | 2009Q1 |
| SO20540 | 3/4/2009 | 2/19/2009 | 3/5/2009 | IV20205 | 2807 | 47962 | FNP40 USG DASA MS FDE | 3.0 | 404.00 | 0.00% | $ 404.00 | 305.42 | 2009 | 2009Q1 |
| SO20540 | 3/4/2009 | 2/19/2009 | 3/5/2009 | IV20205 | 2807 | 47847 | FNP40 DASA BK NS 14rd | 2.0 | 439.00 | 0.00% | $ 439.00 | 338.90 | 2009 | 2009Q1 |
| SO20540 | 3/4/2009 | 2/19/2009 | 3/5/2009 | IV20205 | 2807 | 47849 | FNP40 DASA SS NS 14rd | 2.0 | 439.00 | 0.00% | $ 439.00 | 328.99 | 2009 | 2009Q1 |
| SO20540 | 3/13/2009 | 2/19/2009 | 3/16/2009 | IV20566 | 2807 | 3868929120 | Fv-svN USG Blk 20 Adj | 5.0 | 720.00 | 0.00% | $ 720.00 | 615.27 | 2009 | 2009Q1 |
| SO19998 | 4/7/2009 | 1/26/2009 | 4/8/2009 | IV21831 | 2783 | 3810110093 | Magazine 50rd P90/PS90 | 100.0 | 44.00 | 0.00% | $ 44.00 | 10.93 | 2009 | 2009Q2 |
| SO22294 | 4/9/2009 | 2/19/2009 | 4/9/2009 | IV21974 | 2807 | 3810110093 | Magazine 50rd P90/PS90 | 100.0 | 44.00 | 0.00% | $ 44.00 | 10.93 | 2009 | 2009Q2 |
| SO20540 | 4/9/2009 | 2/19/2009 | 4/9/2009 | IV21974 | 2807 | 3868929120 | Fv-svN USG Blk 20 Adj | 5.0 | 720.00 | 0.00% | $ 720.00 | 615.27 | 2009 | 2009Q2 |
| SO20540 | 5/6/2009 | 2/19/2009 | 5/8/2009 | IV23261 | 2807 | 3868929240 | Fv-svN USG OD 20 Adj | 5.0 | 720.00 | 0.00% | $ 720.00 | 612.07 | 2009 | 2009Q2 |
| SO20540 | 5/6/2009 | 2/19/2009 | 5/8/2009 | IV23261 | 2807 | 3866100030 | Fv-svN USG Mag 20rd | 50.0 | 24.00 | 0.00% | $ 24.00 | 8.73 | 2009 | 2009Q2 |
| SO22294 | 5/18/2009 | 4/1/2009 | 5/18/2009 | IV23677 | 2892 | 3810110093 | Magazine 50rd P90/PS90 | 25.0 | 44.00 | 0.00% | $ 44.00 | 10.93 | 2009 | 2009Q2 |
| SO22294 | 5/20/2009 | 4/1/2009 | 5/20/2009 | IV23826 | 2892 | 3868929240 | Fv-svN USG OD 20 Adj | 3.0 | 720.00 | 0.00% | $ 720.00 | 612.07 | 2009 | 2009Q2 |
| SO22294 | 5/20/2009 | 4/1/2009 | 5/20/2009 | IV23826 | 2892 | 3868929240 | Fv-svN USG OD 20 Adj | 3.0 | 720.00 | 0.00% | $ 720.00 | 612.07 | 2009 | 2009Q2 |
| SO22294 | 5/20/2009 | 4/1/2009 | 5/20/2009 | IV23826 | 2892 | 3868929240 | Fv-svN USG OD 20 Adj | 2.0 | 720.00 | 0.00% | $ 720.00 | 612.07 | 2009 | 2009Q2 |
| SO20540 | 5/27/2009 | 2/19/2009 | 5/27/2009 | IV23889 | 2807 | 47579 | FNP45 USG 14rd BF SS MS | 2.0 | 456.00 | 0.00% | $ 456.00 | 367.79 | 2009 | 2009Q2 |
| SO22294 | 8/27/2009 | 4/1/2009 | 8/27/2009 | IV26887 | 2892 | 3810110093 | Magazine 50rd P90/PS90 | 100.0 | 44.00 | 0.00% | $ 44.00 | 10.93 | 2009 | 2009Q3 |
| SO22294 | 8/27/2009 | 4/1/2009 | 8/27/2009 | IV26887 | 2892 | 3810110093 | Magazine 50rd P90/PS90 | 25.0 | 44.00 | 0.00% | $ 44.00 | 10.93 | 2009 | 2009Q3 |

Page 1 of 4

FN102611
CONFIDENTIAL

Clyde Armory Sales 2008-2012

| SO# | Date1 | Date2 | Date3 | Inv# | Cat# | SKU | Description | Qty | Price | Disc | Ext | Year | Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SO20540 | 8/31/2009 | 2/19/2009 | 8/31/2009 | IV27074 | 2807 | 3868929230 | Fx-svN FDE 20 Aq | 5.0 | 720.00 | 0.00% | $ 616.45 | 2009 | 2009Q3 |
| SO22294 | 8/31/2009 | 4/1/2009 | 8/31/2009 | IV27131 | 2892 | 3868929230 | Fx-svN FDE 20 Aq | 2.0 | 720.00 | 0.00% | $ 616.45 | 2009 | 2009Q3 |
| SO22294 | 9/10/2009 | 4/1/2009 | 9/11/2009 | IV27451 | 2892 | 3868929230 | Fx-svN FDE 20 Aq | 3.0 | 720.00 | 0.00% | $ 616.45 | 2009 | 2009Q3 |
| SO28103 | 2/8/2010 | 1/29/2010 | 2/13/2010 | IV30916 | DIST.CAT.01 | 2010MLE | 2010 MIL/LE Catalogs | 1.0 | 0.00 | 0.00% | $ - | 2010 | 2010Q1 |
| SO28839 | 2/27/2010 | 2/23/2010 | 2/28/2010 | IV31665 | 3987 | 3868929122 | Fx-svN Std Blk 20 | 10.0 | 766.36 | 0.00% | $ 539.29 | 2010 | 2010Q1 |
| SO28839 | 2/27/2010 | 2/23/2010 | 2/28/2010 | IV31665 | 3987 | 47577 | FNP45 USG 14rd BF Blk | 5.0 | 467.27 | 0.00% | $ 371.59 | 2010 | 2010Q1 |
| SO28839 | 2/27/2010 | 2/23/2010 | 2/28/2010 | IV31665 | 3987 | 47579 | FNP45 USG 14rd BF SS MS | 5.0 | 467.27 | 0.00% | $ 387.38 | 2010 | 2010Q1 |
| SO28839 | 2/27/2010 | 2/23/2010 | 2/28/2010 | IV31665 | 3987 | 47938 | FNP45 DASA MS FDE 14rd | 5.0 | 467.27 | 0.00% | $ 367.79 | 2010 | 2010Q1 |
| SO28839 | 2/27/2010 | 2/23/2010 | 2/28/2010 | IV31665 | 3987 | 75502 | FNAR Heavy .308 20" 20rd | 2.0 | 1,050.45 | 0.00% | $ 359.83 | 2010 | 2010Q1 |
| SO28839 | 2/27/2010 | 2/23/2010 | 2/28/2010 | IV31665 | 3987 | 75510 | FN SLP Standard | 3.0 | 1,188.29 | 0.00% | $ 879.24 | 2010 | 2010Q1 |
| SO28839 | 2/27/2010 | 2/23/2010 | 2/28/2010 | IV31665 | 3987 | 3088929022 | FN A1A .308 DBM A3 24 | 2.0 | 1,268.47 | 0.00% | $ 596.74 | 2010 | 2010Q1 |
| SO28839 | 2/27/2010 | 2/23/2010 | 2/28/2010 | IV31665 | 3987 | 3088929010 | FN SLP Mark 1 Shotgun | 3.0 | 664.86 | 0.00% | $ 634.82 | 2010 | 2010Q1 |
| SO28839 | 2/27/2010 | 2/23/2010 | 2/28/2010 | IV31665 | 3987 | 3108929100 | FNAR .308 20rd Magazine | 4.0 | 50.00 | 0.00% | $ 55.83 | 2010 | 2010Q1 |
| SO28839 | 2/27/2010 | 2/23/2010 | 2/28/2010 | IV31665 | 3987 | 3108929310 | FNAR Std 308 16" 20rd | 2.0 | 1,061.26 | 0.00% | $ 761.29 | 2010 | 2010Q1 |
| SO28839 | 2/27/2010 | 2/23/2010 | 2/28/2010 | IV31665 | 3987 | 62614-01 | Magazine Assembly DBM | 4.0 | 32.00 | 0.00% | $ 10.91 | 2010 | 2010Q1 |
| SO28911 | 2/27/2010 | 2/26/2010 | 2/28/2010 | IV31694 | 3058 | 47456-2 | FNP-45 15rd Magazine | 6.0 | 31.00 | 0.00% | $ 13.77 | 2010 | 2010Q1 |
| SO29170 | 3/25/2010 | 2/23/2010 | 3/25/2010 | IV32133 | 3987 | 98501 | SCAR 16S FDE 16" 30rd | 15.0 | 1,567.57 | 0.00% | $1,355.29 | 2010 | 2010Q1 |
| SO28839 | 4/6/2010 | 2/23/2010 | 4/6/2010 | IV32367 | 3987 | 66805 | FNP45 Tactical FDE | 3.0 | 700.00 | 0.00% | $ 494.98 | 2010 | 2010Q1 |
| SO28839 | 4/6/2010 | 2/23/2010 | 4/6/2010 | IV32367 | 3987 | 98521 | SCAR 16S BK 16" 30rd | 1.0 | 1,771.17 | 0.00% | $1,474.47 | 2010 | 2010Q1 |
| SO28839 | 4/6/2010 | 2/23/2010 | 4/8/2010 | IV32416 | 3987 | 75530 | SPR A5 .308 DBM 20 FLUT | 2.0 | 1,664.86 | 0.00% | $1,036.32 | 2010 | 2010Q1 |
| SO29506 | 4/9/2010 | 4/9/2010 | 4/12/2010 | IV32493 | 3081-1 | 68826 | FNX-9DA/SA MS BK/SS 17rd | 5.0 | 409.09 | 0.00% | $ 326.40 | 2010 | 2010Q2 |
| SO29390 | 4/15/2010 | 4/11/2010 | 4/15/2010 | IV32514 | 3096 | 66806 | FNP45 Tactical FDE | 10.0 | 700.00 | 0.00% | $ 494.98 | 2010 | 2010Q2 |
| SO29170 | 4/19/2010 | 3/16/2010 | 4/19/2010 | IV32588 | 3081 | 98501 | SCAR 16S FDE 16"30rd | 1.0 | 1,771.17 | 0.00% | $1,355.29 | 2010 | 2010Q2 |
| SO29490 | 4/21/2010 | 4/8/2010 | 4/22/2010 | IV32739 | 3100 | 75510 | FN A1A .308 DBM 20 FLUT | 4.0 | 1,243.10 | 0.00% | $ 937.38 | 2010 | 2010Q2 |
| SO29490 | 4/21/2010 | 4/8/2010 | 4/22/2010 | IV32739 | 3100 | 62614-01 | Magazine Assembly DBM | 8.0 | 32.00 | 0.00% | $ 10.91 | 2010 | 2010Q2 |
| SO30094 | 4/21/2010 | 4/8/2010 | 4/22/2010 | IV32739 | 3100 | 2010COM | 2010 Commercial Catalogs | 4.0 | 0.00 | 0.00% | $ - | 2010 | 2010Q2 |
| SO30094 | 5/20/2010 | 5/20/2010 | 5/21/2010 | IV33300 | BP10007 | 2010COM | 2010 Commercial Catalogs | 2.0 | 0.00 | 0.00% | $ - | 2010 | 2010Q2 |
| SO30111 | 5/20/2010 | 5/20/2010 | 5/21/2010 | IV33300 | BP10007 | 2010MLE | 2010 MIL/LE Catalogs | 2.0 | 0.00 | 0.00% | $ - | 2010 | 2010Q2 |
| SO30111 | 5/21/2010 | 5/21/2010 | 5/25/2010 | IV33367 | COM1007 | 2010COM | 2010 Commercial Catalogs | 2.0 | 0.00 | 0.00% | $ - | 2010 | 2010Q2 |
| SO30156 | 5/26/2010 | 5/25/2010 | 5/25/2010 | IV33417 | 4370 | 3868929120 | M249 SAW 5.56mm MG | 1.0 | 4,524.32 | 0.00% | $2,690.25 | 2010 | 2010Q2 |
| SO30156 | 5/26/2010 | 5/25/2010 | 5/27/2010 | IV33417 | 4370 | 66856 | FNX-40DA/SA MS BK/SS 14rd | 5.0 | 409.09 | 0.00% | $ 326.40 | 2010 | 2010Q2 |
| SO28839 | 5/26/2010 | 5/25/2010 | 5/27/2010 | IV33525 | 3987 | 66805 | FNP45 Tactical FDE | 10.0 | 766.36 | 0.00% | $ 510.79 | 2010 | 2010Q2 |
| SO28107 | 5/26/2010 | 5/23/2010 | 5/31/2010 | IV33525 | 3987 | 66856 | Fx-svN USG Blk 20 Aq | 5.0 | 409.09 | 0.00% | $ 326.40 | 2010 | 2010Q2 |
| SO28839 | 5/28/2010 | 5/23/2010 | 5/31/2010 | IV33525 | 3987 | 9348199 | FNX-40DA/SA MS BK/SS 14rd | 1.0 | 4,524.32 | 0.00% | $2,690.25 | 2010 | 2010Q2 |
| SO29107 | 5/26/2010 | 5/31/2010 | 5/31/2010 | IV33553 | 3070 | 66852 | FNX-40DA/SA MS BK/BK 14rd | 6.0 | 409.09 | 0.00% | $ 326.40 | 2010 | 2010Q2 |
| SO29170 | 6/2/2010 | 2/23/2010 | 6/2/2010 | IV33566 | 3987 | 98521 | SCAR 16S BK 16" 30rd | 15.0 | 1,771.17 | 0.00% | $1,474.47 | 2010 | 2010Q2 |
| SO29170 | 6/4/2010 | 3/16/2010 | 6/4/2010 | IV33651 | 3081 | 98521 | SCAR 16S BK 16" 30rd | 15.0 | 1,771.17 | 0.00% | $1,474.47 | 2010 | 2010Q2 |
| SO30159 | 6/4/2010 | 5/25/2010 | 6/4/2010 | IV33664 | 3129 | 98501 | SCAR 16S FDE 16"30rd | 4.0 | 1,771.17 | 0.00% | $1,355.29 | 2010 | 2010Q2 |
| SO30159 | 6/4/2010 | 5/25/2010 | 6/4/2010 | IV33664 | 3129 | 98501 | SCAR 16S FDE 16"30rd | 4.0 | 1,771.17 | 0.00% | $1,474.47 | 2010 | 2010Q2 |
| SO29170 | 6/24/2010 | 3/16/2010 | 6/25/2010 | IV34099 | 3081 | 98501 | SCAR 16S FDE 16" 30rd | 4.0 | 1,771.17 | 0.00% | $1,355.29 | 2010 | 2010Q2 |

FN102612 CONFIDENTIAL

Clyde Armory Sales 2008-2012

| Order | Date1 | Date2 | Date3 | Ref | Num | Code | Description | Qty | Price | Disc | Total | Line | Year | Quarter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SO29107 | 6/24/2010 | 3/10/2010 | 6/30/2010 | IV34147 | 3070 | 49500 | MK48 Mod 1 | 1.0 | 14,037.84 | 0.00% | $ 14,037.84 | $ 7,395.00 | 2010 | 2010Q2 |
| SO29170 | 7/9/2010 | 3/16/2010 | 7/13/2010 | IV34293 | 3081 | 98561 | SCAR 17S BK 16" 20rd | 5.0 | 1,887.39 | 0.00% | $ 1,887.39 | $ 1,490.33 | 2010 | 2010Q3 |
| SO28839 | 7/13/2010 | 2/23/2010 | 7/13/2010 | IV34453 | 3987 | 98561 | SCAR 17S BK 16" 20rd | 5.0 | 1,887.39 | 0.00% | $ 1,887.39 | $ 1,490.33 | 2010 | 2010Q3 |
| SO28839 | 7/13/2010 | 2/23/2010 | 7/14/2010 | IV34453 | 3987 | 47694-2 | FNX-9 17rd mag Blk | 6.0 | 30.00 | 0.00% | $ 30.00 | $ 7.91 | 2010 | 2010Q3 |
| SO28839 | 7/13/2010 | 2/23/2010 | 7/14/2010 | IV34469 | 3987 | 47695-2 | FNX-40 14rd Maj Blk | 6.0 | 30.00 | 0.00% | $ 30.00 | $ 7.91 | 2010 | 2010Q3 |
| SO30159 | 7/13/2010 | 5/25/2010 | 7/14/2010 | IV34469 | 3129 | 98561 | SCAR 17S BK 16" 20rd | 4.0 | 1,887.39 | 0.00% | $ 1,887.39 | $ 1,490.33 | 2010 | 2010Q3 |
| SO30848 | 7/15/2010 | 7/9/2010 | 7/16/2010 | IV34515 | 4569 | 47577 | FNP45 USG 14rd BF Blk | 4.0 | 467.27 | 0.00% | $ 467.27 | $ 371.59 | 2010 | 2010Q3 |
| SO29390 | 7/19/2010 | 4/1/2010 | 7/20/2010 | IV34618 | 3096 | 66810 | FNP-45 Tac DA/SA MS BLK | 10.0 | 700.00 | 0.00% | $ 700.00 | $ 494.99 | 2010 | 2010Q3 |
| SO30362 | 7/30/2010 | 6/7/2010 | 7/31/2010 | IV34860 | 3113 | 98763 | SCAR 17 STD BK 16" 20rd | 2.0 | 2,207.21 | 0.00% | $ 2,207.21 | $ 1,560.13 | 2010 | 2010Q3 |
| SO29107 | 8/17/2010 | 3/10/2010 | 8/23/2010 | IV35177 | 3070 | 46200 | MK46 MOD 1 | 1.0 | 6,735.14 | 0.00% | $ 6,735.14 | $ 4,467.60 | 2010 | 2010Q3 |
| SO31604 | 8/27/2010 | 8/26/2010 | 8/30/2010 | IV35290 | 4802 | 98501 | SCAR 16S FDE 16" 30rd | 3.0 | 1,771.17 | 0.00% | $ 1,771.17 | $ 1,357.50 | 2010 | 2010Q3 |
| SO31797 | 9/16/2010 | 9/10/2010 | 9/17/2010 | IV35536 | 4855 | 3868929120 | Fv-svN USG Blk 20 Adj | 3.0 | 766.36 | 0.00% | $ 766.36 | $ 511.23 | 2010 | 2010Q3 |
| SO31797 | 9/16/2010 | 9/10/2010 | 9/17/2010 | IV35536 | 4855 | 3868929240 | Fv-svN USG OD 20 Adj | 3.0 | 766.36 | 0.00% | $ 766.36 | $ 512.03 | 2010 | 2010Q3 |
| SO31797 | 9/16/2010 | 9/10/2010 | 9/17/2010 | IV35536 | 4855 | 3818950160 | PS90 TR OD 30rd | 1.0 | 1,267.57 | 0.00% | $ 1,267.57 | $ 733.10 | 2010 | 2010Q3 |
| SO31797 | 9/16/2010 | 9/10/2010 | 9/17/2010 | IV35536 | 4855 | 3848950060 | PS90 TR BK 30rd | 1.0 | 1,267.57 | 0.00% | $ 1,267.57 | $ 736.69 | 2010 | 2010Q3 |
| SO31987 | 9/27/2010 | 9/23/2010 | 9/29/2010 | IV35818 | Printed Material | 2010MLLE | 2010 M/LLE Catalogs | 2.0 | 0.00 | 0.00% | $ - | $ - | 2010 | 2010Q3 |
| SO32087 | 9/29/2010 | 9/29/2010 | 9/30/2010 | IV35902 | 3239 | 98501 | SCAR 16S FDE 16" 30rd | 6.0 | 1,771.17 | 0.00% | $ 1,771.17 | $ 1,357.50 | 2010 | 2010Q3 |
| SO32087 | 9/29/2010 | 9/29/2010 | 9/30/2010 | IV35902 | 3239 | 98521 | SCAR 16S BK 16" 30rd | 4.0 | 1,771.17 | 0.00% | $ 1,771.17 | $ 1,474.90 | 2010 | 2010Q3 |
| SO32087 | 9/29/2010 | 9/29/2010 | 9/30/2010 | IV35902 | 3239 | 3868929120 | Fv-svN USG Blk 20 Adj | 4.0 | 766.36 | 0.00% | $ 766.36 | $ 511.23 | 2010 | 2010Q3 |
| SO32347 | 11/16/2010 | 10/15/2010 | 11/16/2010 | IV36846 | 3249 | 10700000 | SS190 Ball Duty 500rd | 2.0 | 378.38 | 0.00% | $ 378.38 | $ 130.85 | 2010 | 2010Q4 |
| SO31797 | 10/11/2010 | 9/10/2010 | 10/12/2010 | IV36024 | 4855 | 66810 | FNP-45 Tac DA/SA MS BLK | 5.0 | 700.00 | 0.00% | $ 700.00 | $ 494.99 | 2010 | 2010Q4 |
| SO32984 | 12/10/2010 | 12/2/2010 | 12/13/2010 | IV37282 | 5137 | 3088929010 | Fv-svN USG Blk 20 Adj | 4.0 | 766.36 | 0.00% | $ 766.36 | $ 511.23 | 2010 | 2010Q4 |
| SO32984 | 12/10/2010 | 12/2/2010 | 12/13/2010 | IV37282 | 5137 | 3088929022 | FN SLP Mark 1 Shotgun | 3.0 | 759.46 | 0.00% | $ 759.46 | $ 640.31 | 2010 | 2010Q4 |
| SO32932 | 11/29/2010 | 11/29/2010 | 11/30/2010 | IV37055 | 3295 | 3868929120 | Fv-svN USG Blk 20 Adj | 5.0 | 766.36 | 0.00% | $ 766.36 | $ 511.23 | 2010 | 2010Q4 |
| SO33298 | 12/21/2010 | 12/21/2010 | 12/22/2010 | IV37597 | SO29490 | 75510 | FN A1A 308 D6M 20 FLUT | 1.0 | 1,243.10 | 0.00% | $ 1,243.10 | $ 937.38 | 2010 | 2010Q4 |
| SO33298 | 12/21/2010 | 12/21/2010 | 12/22/2010 | IV37597 | SO29490 | 75510 | FN A1A 308 D6M 20 FLUT | 1.0 | 1,243.10 | 0.00% | $ 1,243.10 | $ 937.38 | 2010 | 2010Q4 |
| SO33298 | 12/21/2010 | 12/21/2010 | 12/22/2010 | IV37597 | SO29490 | 75510 | FN A1A 308 D6M 20 FLUT | 1.0 | 1,243.10 | 0.00% | $ 1,243.10 | $ 937.38 | 2010 | 2010Q4 |
| SO33300 | 12/21/2010 | 12/21/2010 | 12/22/2010 | IV37598 | SO29490 | 98763 | SCAR 17 STD BK 16" 20rd | 2.0 | 2,207.21 | 0.00% | $ 2,207.21 | $ 1,560.13 | 2010 | 2010Q4 |
| RMA10670 | 12/21/2010 | 12/20/2010 | 12/22/2010 | IV37606 | SO30362 | 98763 | SCAR 17 STD BK 16" 20rd | -2.0 | 2,207.21 | 0.00% | $ 2,207.21 | $ 1,560.13 | 2010 | 2010Q4 |
| RMA10671 | 12/21/2010 | 12/20/2010 | 12/22/2010 | IV37607 | SO29490 | 75510 | FN A1A 308 D6M 20 FLUT | -4.0 | 1,243.10 | 0.00% | $ 1,243.10 | $ 937.38 | 2010 | 2010Q4 |
| SO32933 | 12/27/2010 | 11/29/2010 | 12/27/2010 | IV37658 | 3295 | 10700000 | SS190 Ball Duty 500rd | 40.0 | 378.38 | 0.00% | $ 378.38 | $ 130.85 | 2010 | 2010Q4 |
| SO33456 | 12/30/2010 | 12/28/2010 | 12/31/2010 | IV37864 | 5276 | 3868929230 | Fv-svN FDE 20 Adj | 2.0 | 766.36 | 0.00% | $ 766.36 | $ 512.03 | 2010 | 2010Q4 |
| SO33456 | 1/18/2011 | 12/28/2010 | 1/19/2011 | IV37864 | 5276 | 3868929120 | Fv-svN USG Blk 20 Adj | 6.0 | 766.36 | 0.00% | $ 766.36 | $ 511.23 | 2011 | 2011Q1 |
| SO33456 | 1/18/2011 | 12/28/2010 | 1/19/2011 | IV37981 | 5276 | 3868929240 | Fv-svN USG OD 20 Adj | 2.0 | 766.36 | 0.00% | $ 766.36 | $ 512.03 | 2011 | 2011Q1 |
| SO33913 | 2/22/2011 | 2/11/2011 | 2/28/2011 | IV38741 | 3358 | 9348412 | M249 Bolt Assy. | 3.0 | 139.55 | 0.00% | $ 139.55 | $ 79.35 | 2011 | 2011Q1 |
| SO35143 | 4/26/2011 | 4/20/2011 | 4/26/2011 | IV40334 | 3421 | 3810110093 | Magazine 50rd P90/PS90 | 10.0 | 25.00 | 0.00% | $ 25.00 | $ 13.92 | 2011 | 2011Q2 |
| SO35143 | 4/26/2011 | 4/20/2011 | 4/26/2011 | IV40334 | 3421 | 50003 | 3Pt Tact Sling w/Bin | 10.0 | 60.00 | 0.00% | $ 60.00 | $ 27.47 | 2011 | 2011Q2 |
| SO35143 | 4/26/2011 | 4/20/2011 | 4/26/2011 | IV40334 | 3421 | 10700012 | SS195 LF 2000rds | 2.0 | 700.00 | 0.00% | $ 700.00 | $ 628.82 | 2011 | 2011Q2 |
| SO35235 | 4/28/2011 | 4/25/2011 | 4/28/2011 | IV40410 | 5 | 3868929240 | Fv-svN USG OD 20 Adj | 3.0 | 766.36 | 0.00% | $ 766.36 | $ 510.35 | 2011 | 2011Q2 |
| SO35235 | 4/28/2011 | 4/25/2011 | 4/28/2011 | IV40410 | 5 | 3088929010 | FN SLP Standard | 1.0 | 801.80 | 0.00% | $ 801.80 | $ 640.31 | 2011 | 2011Q2 |
| SO35235 | 4/28/2011 | 4/25/2011 | 4/28/2011 | IV40410 | 5 | 98501 | SCAR 16S FDE 16" 30rd | 3.0 | 1,771.17 | 0.00% | $ 1,771.17 | $ 1,544.76 | 2011 | 2011Q2 |

Page 3 of 4

FN102613 CONFIDENTIAL

Clyde Armory Sales 2008-2012

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SO35142 | 6/8/2011 | 4/20/2011 | 6/9/2011 | IV41371 | 3421 | 3818900493 | P90 TR Selective Fire | 3.0 | 1,260.36 | 0.00% | $ 1,260.36 | $ 632.61 | 2011 | 2011Q2 |
| SO35142 | 6/8/2011 | 4/20/2011 | 6/15/2011 | IV41604 | 3421 | 10700000 | SS190 Ball Duty 500rd | 4.0 | 378.38 | 0.00% | $ 378.38 | $ 130.85 | 2011 | 2011Q2 |
| SO35235 | 6/15/2011 | 4/25/2011 | 6/17/2011 | IV41675 | 5 | 47577 | FNP45 USG 14rd BF Blk | 3.0 | 467.27 | 0.00% | $ 467.27 | $ 397.30 | 2011 | 2011Q2 |
| SO35235 | 6/24/2011 | 4/25/2011 | 6/27/2011 | IV41820 | 5 | 47938 | FNP45 DASA MS FDE 14rd | 3.0 | 467.27 | 0.00% | $ 467.27 | $ 375.37 | 2011 | 2011Q2 |
| SO28839 | 9/21/2011 | 2/23/2010 | 9/21/2011 | IV43449 | 3987 | 98561 | SCAR 17S BK 16" 20rd | 1.0 | 1,996.40 | 0.00% | $ 1,996.40 | $ 1,551.55 | 2011 | 2011Q3 |
| SO30974 | 9/21/2011 | 7/15/2010 | 9/21/2011 | IV43450 | 3170 | 98561 | SCAR 17S BK 16" 20rd | 8.0 | 1,998.40 | 0.00% | $ 1,998.40 | $ 1,551.55 | 2011 | 2011Q3 |
| SO37118 | 10/3/2011 | 9/30/2011 | 10/5/2011 | IV43708 | 3524 | 10700012 | SS195 LF 2000ra | 4.0 | 700.00 | 0.00% | $ 700.00 | $ 628.82 | 2011 | 2011Q4 |
| SO37125 | 10/6/2011 | 9/30/2011 | 10/6/2011 | IV43717 | 3529 | 48153 | FN303 Fill Station Adapt | 1.0 | 242.00 | 0.00% | $ 242.00 | $ 143.82 | 2011 | 2011Q4 |
| SO37125 | 10/6/2011 | 9/30/2011 | 10/6/2011 | IV43717 | 3529 | 48048610 | Projectiles, Inert Powde | 10.0 | 282.00 | 0.00% | $ 282.00 | $ 200.48 | 2011 | 2011Q4 |
| SO37125 | 10/6/2011 | 9/30/2011 | 10/6/2011 | IV43717 | 3529 | 48048600 | Projectiles, Pava Powder | 3.0 | 445.00 | 0.00% | $ 445.00 | $ 305.48 | 2011 | 2011Q4 |
| SO35142 | 10/24/2011 | 4/20/2011 | 10/26/2011 | IV44074 | 3421 | 3818900493 | P90 TR Selective Fire | 7.0 | 1,260.36 | 0.00% | $ 1,260.36 | $ 632.61 | 2011 | 2011Q4 |
| SO37117 | 10/26/2011 | 9/30/2011 | 10/27/2011 | IV44147 | 3524 | 10700000 | SS190 Ball Duty 500rd | 10.0 | 378.38 | 0.00% | $ 378.38 | $ 130.85 | 2011 | 2011Q4 |
| SO37407 | 12/27/2011 | 11/2/2011 | 12/30/2011 | IV44956 | 3537 | 98701 | SCAR 16 FDE 10" 30rd CQC | 1.0 | 1,799.00 | 13.40% | $ 2,077.48 | $ 1,444.83 | 2011 | 2011Q4 |
| SO37407 | 12/27/2011 | 11/2/2011 | 12/30/2011 | IV44956 | 3537 | 98997 | SCAR 16/17 LE Owners Man | 1.0 | 0.00 | 0.00% | $ - | $ 4.90 | 2011 | 2011Q4 |
| SO38140 | 1/20/2012 | 1/13/2012 | 1/23/2012 | IV45182 | 3596 | 48048555 | Projectiles, Pink | 4.0 | 273.00 | 0.00% | $ 273.00 | $ 194.48 | 2012 | 2012Q1 |
| SO38140 | 1/20/2012 | 1/13/2012 | 1/23/2012 | IV45182 | 3596 | 48048600 | Projectiles, Pava Powder | 2.0 | 445.00 | 0.00% | $ 445.00 | $ 305.48 | 2012 | 2012Q1 |

FN102614
CONFIDENTIAL