Company Sensitive

# ACUSPORT DEALER SHOW

## FNH USA LLC
## McLean, VA

**January 20, 2007**

**Rick DeMilt**

Plaintiff's Exhibit

P144

exhibitsticker.com

FN102745
CONFIDENTIAL –
ATTORNEYS' EYES ONLY

# Section 1:

# THE HERSTAL GROUP

- Background
- History

FN102746
CONFIDENTIAL –
ATTORNEYS' EYES ONLY











FN102747
CONFIDENTIAL –
ATTORNEYS' EYES ONLY

# THE HERSTAL GROUP: HISTORY (1)

1889: Fabrique Nationale founded to manufacture 150.000 Mauser rifles ordered by the Belgian Government



FN102748
CONFIDENTIAL –
ATTORNEYS' EYES ONLY

# THE HERSTAL GROUP HISTORY (2)



1898 The company enters into a lasting relationship with American inventor John Moses Browning



FN102749
CONFIDENTIAL –
ATTORNEYS' EYES ONLY

# Section 2:

## FNH USA LLC

- Mission
- Historical Review
- Commercial Network
- Objective & Strategy

FN102750
CONFIDENTIAL –
ATTORNEYS' EYES ONLY






# FNH USA LLC— Mission

- Created in 1998

- Support FN Herstal/Herstal SA Strategic Interests in the United States

- Coordinate Business Development Effort in the US to Include Search for Partnerships

- Pursue Marketing & Sales:

  - FN Military Products to the US Department of Defense, in Coordination with FNM LLC

  - FN Products to Federal, State, Local Law Enforcement Organizations and to the Commercial Sector (i.e: Individual Law Enforcement Officers Programs).

- Develop Training Activities for Law Enforcement and Military

FN102751
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# FNH USA LLC Location



Dulles International

Quantico

Fredericksburg (Crucible)

I-66

Potomac R.

FNH USA LLC McLean, VA

I-270

Pentagon

US Capital

Reagan National Airport

Washington, DC

I-95

Baltimore

| Distance from FNH USA LLC to: | Miles | Travel Time (Min) |
|---|---|---|
| Baltimore | 45 | 60 |
| Capital | 13 | 23 |
| Crucible | 54 | 66 |
| Dulles Int'nl | 16 | 24 |
| Pentagon | 10 | 14 |
| Reagan National | 12 | 19 |

FN102752
CONFIDENTIAL –
ATTORNEYS' EYES ONLY

# Section 3:

# FNH USA LLC

# LAW ENFORCEMENT & COMMERCIAL PRODUCT LINE

FN102753
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# Law Enforcement & Commercial Product Line



## HANDGUNS
- FNP-40
- FNP-45
- FNP-9
- Five-seveN USG

## 5.7x28mm AMMUNITION

**Restricted**
- Duty Round
- Tracer Round
- Subsonic Round

**Non-Restricted**
- Sporting Round
- Lead Free
- Lead Free
- Blank

## SHOTGUNS
- SLP Tactical
- Tactical Police Shotgun
- Self-Loading Police Shotgun

## PATROL BOLT RIFLES
- PBR Ultra Short Action
- PBR XP
- PBR Standard

## SPECIAL POLICE RIFLES
- ◆ FN A1
- ◆ FN A2
- ◆ FN A3 G
- ◆ FN A5 M

## PRECISION SHOOTING RIFLES
- PSR I
- PSR II
- PSR III

FN102754
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# Law Enforcement & Commercial Product Line



**FNAR 7.62x51mm**

**TACTICAL SYSTEMS**
- P90 Series
- F2000 Series
- FNAR Heavy Barrel
- FNAR Light Barrel

**LESS LETHAL**
- Under Barrel Mount
- FN 303

**FN SCAR**
- FN SCAR EGLM
- FN SCAR-Heavy
- FN SCAR-Light

**SEMI-AUTO CARBINES**
- FN PS90 TR Carbine
- FN FS2000 Standard

**MACHINE GUNS**
- MK46 MOD 0
- M249 Series

FN102755
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# FNH FNP 9mm Product Comparison

| Features | FNH FNP-9 | Springfield XD | Glock 17 | H&K USP 9mm | Sig 226 9mm | S&W M&P 9n |
|---|---|---|---|---|---|---|
| Stainless Slide | Yes | Yes | NO | NO | Yes | Yes |
| Beveled Magazine Well | Yes | NO | NO | NO | NO | NO |
| Reversible Mag Release | Yes | Yes, Ambi | NO | Yes, Ambi | NO | Yes |
| Dovetailed Sights | Yes | Yes | NO | Yes | Yes | Yes |
| Interchangeable Back Straps | Yes | NO | NO | NO | NO | Yes |
| M1913 Light Rail | Yes | Yes | Yes | NO | Yes | Yes |
| Comes w/ 3 Magazines | Yes | NO | NO | NO | NO | NO |
| Replaceable Slide Rails | Yes | NO | NO | NO | NO | NO |
| Hammer Forged Barrel | Yes | Yes | Yes | Yes | Yes | NO |
| Retail Price | $479.99 | $549.99 | $579.99 | $699.99 | $699.99 | $589.99 |

*Double Action Only, Single Action Only or Double/Single Action Trigger*

*Arched or Flat Grip Panel*

*Ambi Decockers*

*Dovetailed Sights*

*Replaceable Frame Rails*

*Stainless Slide*

*Beveled Magazine Well*

*Reversible Magazine Release*

*M1913 Accessory Rail*

*Hammer-Forged Barrel*

*(3) 10 o r 16 round Magazines*

FN102756
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# FNP 45 Product Comparison

| Features | FNH FNP .45 | Springfield XD .45 | Glock 21 | H&K USP .45 | Sig 220 .45 |
|---|---|---|---|---|---|
| Magazine Capacity | 14 & 15 rounds | 13 rounds | 13 rounds | 12 rounds | 8 rounds |
| Ambi. Safeties and Slide Release | Yes | NO | NO | NO | NO |
| Ambidextrous Mag Release | Yes | Yes | NO | Yes | NO |
| Dovetailed Sights | Yes | Yes | NO | Yes | Yes |
| Interchangeable Back Straps | Yes | NO | NO | NO | NO |
| M1913 Light Rail | Yes | Yes | Yes | NO | Yes |
| Comes w/ 3 Magazines | Yes | NO | NO | NO | NO |
| Replaceable Slide Rails | Yes | NO | NO | NO | NO |
| Hammer Forged Barrel | Yes | Yes | Yes | Yes | Yes |
| Retail Price | $599.99 | $549.99 | $629.99 | $799.99 | $719.99 |



Dovetailed Sights    Replaceable Frame Rails

Stainless Steel Slide

Ambidextrous safety/de-cocker levers    Hammer Forged Barrel

Double Action/Single Action Trigger    M1913 Accessory Rail

Arched or Flat Grip Panels    Ambidextrous Slide Release

(3) 14 or 15 Round Magazines    Ambidextrous Magazine Release

FN102757
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# Five-seveN USG (1)



- Developed as a replacement of the 9mm for NATO Forces

- Recommended as the next PDW round for NATO

- In use with over 100 State and Local L.E. Agencies

- Tissue Trauma equivalent to .45 ACP hollow point

- .224 Diameter Bullet

- Dealer Price $16.47 per box of 50 rounds-No substantial price increase

- Standard Retail Price of $21.99-$24.99

- Excellent availability of SS195 and SS197

- 20 rounds Magazine

- Unique Offering

FN102758
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# Five-seveN USG (2)

- **5.7x28mm  Only production center fire rifle cartridge capable semi-automatic pistol**

- **10 and 20 Round Magazines.  1.6 lbs. Fully Loaded.**

- **Designed to accompany the P-90 Sub-Machinegun and PS90**

- *Generation 1 Military Pistol*

  -DAO, large trigger guard, fixed sights, smooth grip

- *Generation 2 IOM Pistol*

  -SAO, large trigger guard, Adjustable sights, smooth grip

- *Generation 3 USG Pistol*

  -SAO, std. trigger guard, adjustable sights, checkered grip,

  larger reversible magazine release

- **Now Available in Flat Dark Earth & OD Green!**

- **Low recoil impulse (30% less felt recoil than 9mm)**

FN102759
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# P-90/PS-90



**P-90 USG Sub Machinegun**



**PS-90 USG Carbine**



**P-90 Triple Rail Sub Machinegun**



**PS-90 Triple Rail Carbine**

-5.7x28mm

-10, 30 and 50 Round Magazine Capacity

-26.25" Long (PS-90) 19.85" Long (P-90)

-16.1" Barrel (PS-90)  10.2" Barrel (P-90)

-6lbs. 9oz.

-Available with black reticule USG Sight or Triple Rail sighting options

-Opaque (White) reticule standard sight discontinued

-Ambidextrous Controls

-Low recoil impulse (30% less than 9mm)

FN102760
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# FNH Tactical Shotgun Product Comparison

| Features | FNH Tactical | Rem. 870 MAX | Moss. 590 SP | Wilson Combat SSTD-AS |
|---|---|---|---|---|
| Pistol Grip | Yes | Yes | NO | NO |
| Collapsible Stock | Yes | NO | NO | NO |
| Ported | Yes | NO | NO | Yes |
| Backbored | Yes | NO | NO | NO |
| Adj.Ghost Ring Rear Sight | Yes | Yes, Limited Adjustability | Yes | Yes, Limited Adjustability |
| Adjustable Front Sight | Yes | NO | NO | NO |
| Removable Choke Tubes | Yes | NO | NO | NO |
| Barrel Length | 18" | 18" | 20" | 18" |
| Magazine Capacity | 7 Rounds | 7 Rounds | 8 Rounds | 7 Rounds |
| Optic Rail | Yes | NO | NO | NO |
| Speed Pump Action | Yes | NO | NO | NO |
| Rotating Bolt | Yes | NO | NO | NO |
| Price | $679.99 | $820.00 | $419.99 | $1,164.99 |

AR-15 Collapsible Stock

AR-15 Sights and M-1913
Rail

AR-15 Pistol Grip
and Trigger Guard

Rotating Bolt w/ Speed Pump
Action

7 Round Magazine

Ported Barrel w/Removable
Choke Tubes

OR

Ported and Backboard
Barrel w/ Fixed Tactical
Choke

FN102761
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# FNH Self-Loading Shotgun Product Comparison

| Features | FNH SLP | Rem. 11-87 Police | Benelli M4 Tactical | Benelli M2 Tactical |
|---|---|---|---|---|
| Gas Operated | Yes | Yes | Yes | NO, Inertia, more recoil |
| Two Gas Pistons | Yes | NO | NO | NO |
| Captured Gas O-Ring | Yes | NO | NO | NO |
| Backbored | Yes | NO | NO | NO |
| Adj.Ghost Ring Rear Sight | Yes | Simple Rifle Sights | Yes | Yes |
| Removeable Choke Tubes | Yes | NO | Yes | Yes |
| Barrel Length | 18" | 18" | 18.5" | 18.5" |
| Magazine Capacity | 6 Rounds | 6 Rounds | 4 Rounds | 5 Rounds |
| Optic Rail | Yes | NO | Yes | NO |
| Price | $949.99 | $849.99 | $1400 | $1050 |

Synthetic Stock and Forend

Picatinny Rail

Adjustable/Removable 3-Dot Ghost Ring Rear Sight

35% Less Recoil Than Inertia Recoil Actions

Interchangeable Choke Tubes

6 Round Magazine

Light and Heavy Gas Pistons Included

FN102762
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# FNH SLP Mk 1 Product Comparison

| Features | FNH SLP Mk 1 | Rem. 1100 Competition | Benelli M2 Tactical |
|---|---|---|---|
| Gas Operated | Yes | Yes | NO, Inertia, more recoil |
| Two Gas Pistons | Yes | NO | NO |
| Captured Gas O-Ring | Yes | NO | NO |
| Back-bored Barrel | Yes | NO | NO |
| Picatinny Optics Rail | Yes | NO | NO |
| Removable Choke Tubes | Yes | NO | Yes |
| Barrel Length | 22" | 22" | 18.5" |
| Magazine Capacity | 8 Rounds | 8 Rounds | 5 Rounds |
| Fiber Optic Front Sight | Yes | Yes | NO |
| Price | $899.99 | $849.99 | $1050 |

**Synthetic Stock and Forend**

**Cantilevered Optics Rail/Rear Sight**

**Fiber-Optic Front Sight**

**35% Less Recoil Than Inertia Recoil Actions**

**Light and Heavy Pistons Included**

**8 Round Magazine Tube**

**Invector Choke Tubes**

**Fastest Cycling Shotgun in the World–12 rounds in 1.44 Seconds!**

FN102763
CONFIDENTIAL –
ATTORNEYS' EYES ONLY





Special Police Rifle (SPR A3G)

FN102764
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# FNH SPR and PBR vs. Remington Comparison

| Feature | FN SPR | FN PBR | Remington PSS | Difference |
|---|---|---|---|---|
| Hard Chrome Plated Barrel | YES | NO | NO | Rem.=Plain Barrel |
| Hammer Forged | YES | YES | YES | |
| Target Barrel Crown | YES | YES | NO | Rem.=Simple Concave Crown |
| Steel Trigger Guard | YES | YES | NO | Rem.=Aluminum |
| Steel Floorplate | YES | YES | NO | Rem.=Aluminum |
| .0001 Headspace | YES | YES | NO | |
| .0002 Headspace | N/A | N/A | NO | Rem.=? |
| Magnum Receiver | YES | YES | NO | Rem. Standard .308 receiver |
| 3 Position Safety | YES | YES | NO | Rem. 2-position |
| Field Strippable Bolt | YES | YES | NO | Rem.=Needs Special Tool |
| Scope Rail | YES | YES | NO | FN uses $130 Rail |
| 8-40 Base Screws | YES | YES | NO | Rem.=6/32 Screws |
| Detachable Magazine | YES | YES | NO | Floorplate Only |
| McMillan Stock | YES | NO | NO | HS Precision Varmint Stock |
| Hand Lapped Bolt | YES | NO | NO | Rem.=Production Rifle |
| Bolt Lugs Squared /Action Trued | YES | NO | NO | Rem.=Production Rifle |
| Adjustable Trigger | YES | YES | NO | Rem. Trigger has to be adjusted by gunsmith |
| Flat Edges on Receiver | YES | YES | NO | Rem. Has rounded receiver which can cause twisting. |

Remington PSS Market Price $800-$900, +$130 for rail + $100 for new threaded screw holes + $500 for barrel and installation = $1530 and you would still not have a McMillan Stock ($400), a three position safety ($200), adjustable trigger ($150), steel floorplate and trigger guard ($185) in all costing an additional $935!
FN SPR for $1,300 or a Remington 700 PSS for $2,465 (not including gunsmithing labor costs for everything else but the barrel.)   Note: The PSS would still not have a hammer-forged/hard chrome plated barrel with a barrel life of +20,000 rounds.

FN102765
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# SPR vs. 700P Comparison
## Squared Action vs. Rounded Action





The SPR's pre '64 action is designed to have a square bottom profile. Because the action has more surface area touching the stock, the action experiences far less torque or twist during firing, thus enhancing accuracy. The SPR also has a much more substantial recoil lug, which is integrated into the machining of the receiver. All SPR rifles, regardless of caliber, feature a WSM magnum receiver. This is a much stronger, stiffer receiver than a production 700P.

The 700P action is rounded. This design has less surface contact with the stock, allowing much more opportunity to toque or twist during firing. The 700P also has a much smaller recoil lug than a SPR and it is not integral to the receiver. It is common knowledge that when you enhance the accuracy of a 700P, you must weld in a larger recoil lug. This excess cost is eliminated with a SPR action.

FN102766
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# SPR vs. 700P Comparison

*Scope Base and Screw Size*



All SPR rifles come with an expensive one-piece picatinny scope rail with 20 MOA of elevation built into it. This is the same set up the U.S. Military uses and allows the shooter to engage targets at extended distances without having to use up all the elevation in the scope. 700P rifles do not come with any type of base.

Another advantage of the SPR over the 700P is that is uses much more substantial 8-40 base screws as opposed to the 700P which uses much smaller 6-40 screws. This is important in securing the base and scope to the rifle.

The military also uses the larger screws on their rifles.

FN102767
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# Field Striping Bolt



The pre '64 action of the SPR also has another unique feature. The field strippable bolt is very important because it can be disassembled without tools and therefore can be cleaned, lubricated and inspected at anytime. The 700P requires a special tool and some finesse to disassemble the bolt. It is not considered *field strippable*.

FN102768
CONFIDENTIAL –
ATTORNEYS' EYES ONLY





**FNAR**

| Feature | FNH-USA FNAR | Armalite AR-10T | DSA SA58 | DPMS LRT-SASS |
|---|---|---|---|---|
| Sub-MOA Accurate | YES | No | No | No |
| Rotary Forged Barrel | YES | No | No | No |
| Hard Chrome Plated Barrel | YES | No | No | No |
| Fully Adjustable Stock | YES | No | No | No |
| Adjustable Comb Height | YES | No | No | No |
| Adjustable Length of Pull | YES | No | No | YES |
| Interchangeable Barrel | YES | No | No | No |
| Handguard Rails | YES | No | No | YES |
| Ambi. Magazine Release | YES | No | No | No |

FN102769
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# F-2000/FS-2000



F-2000 Tactical



FS-2000 Tactical



F-2000 Standard

FS-2000 Standard

- Compact Bull pup Design
- In service with several countries
- 17.30" Barrel (FS-2000) 15.75" Barrel (F-2000)
- 29.1" Length
- 7 lbs. 10 oz.
- Uses Standard USGI 30rd. Magazines (will not work with non-USGI magazines)
- Short-stroke gas piston
- Forward Ejection
- System completely sealed against dust, dirt and debris
- Ambidextrous controls

FN102770
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# SCAR Light and Heavy



CQC 10" Barrel

CQC 13" Barrel

Standard 14" Barrel

Standard 16" Barrel

Long 18" Barrel

Long 20" Barrel

- Most Heavily Tested Combat Rifle In History
- Complete Modularity, Rapid Adaptability, and Unmatched Reliability
- Interchangeable Barrels (in less than five minutes without loss of zero)
- 82% Parts Commonality Between Variants Of Different Calibers
- 99% Parts Commonality Between Variants Of Same Caliber
- 90,000 Round Service Life/ 35,000 Barrel Life
- Completely Ambidextrous
- Short-Stroke Gas Piston
- Hammer-Forged, Hard-Chrome Plated Barrels For Match Accuracy
- Enhanced Telescoping/Folding Stock
- Chosen by USSOCOM (Special Operations Command)

FN102771
CONFIDENTIAL –
ATTORNEYS' EYES ONLY

# Section 4: 2008 Marketing Strategy

FN102772
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# US MARKET ENVIRONMENT

## POTENTIAL CHANGES IN THE US MARKET ENVIRONMENT OVER THE NEXT 5 YEARS

- 2008 and part of 2009 should remain very positive for the firearms market.

- **By the end of 2009, if the US Government (Administration + Congress) shifts to 100% to the Democrats, which is likely, restrictive arms legislation will be passed. Major initiatives might be:**

  o  Restoration of the Assault Weapon Ban limiting magazine capacity

  o  Tight restrictions on importation related to firearms. Imported firearms will have to comprise key components (frames, receivers) and be finalized in the US.
  FN will have to be creative to find appropriate solutions to abide by the US regulations while preserving sufficient workload at Herstal.
  Recommendation is for the HERSTAL GROUP to immediately set up a Task Force to explore all possible avenues.

FN102773
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# Marketing Overview

- Marketing Strategy
→ Focus on Brand Recognition and Market Penetration

2008 focus will be on...

**Investing in support of FNH USA distribution to increase dealership base.**

**Building consumer demand to drive sales for FN product line at the dealer level and expand FN brand recognition.**



FN102774
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



2008 Action Plan

Promotional Mix

FN102775
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan



**ADVERTISING**

## Advertising Goals

- Support products line and new products with increased Advertising and Editorial coverage.

- Growth Web advertising to support monthly promotions and sponsor FNH USA related website (Five SeveN Forum etc.)

- Major sponsorship on the Outdoor Channel TV

- Significantly expand communications and marketing actions toward consumers (Consumers driven promotions)

- Link the LE Markets to the Military. Build FNH Brand.

- BUILT FOR THEM, BUILT FOR YOU!

FN102776
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan



ADVERTISING

## Advertising Key Elements

- Print Advertising

  → **5 full multicolor ads creation campaign (Production include conception, photography, design)**

  → **150 full pages insertions (4 colors insertions)**

- Broadcast Sponsorships

  → **TV (Outdoor Channel: Guns and Ammo TV and the Outdoor Channel, Shot Show TV, NRA TV & Discovery Channel 'Future Weapons').**

- Web Advertising (**Banner Advertising and e-blast letter**)

  → **16 sites (Guns & Ammo...)**

FN102777
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan

## Advertising Key Elements

Media Insertions Increased (FNH USA will be present all along 2008 with 150 insertions). FNH USA has secured 7 front covers for 2008. FNH USA will have major coverage through the year in...

- Law Enforcement Technology, Guns & Weapons For Law Enforcement, Law and Order, Police & Security News, The Police Chief, Special Weapons for Military and Police, Tactical Response, SWAT....

- American Rifleman, American Handgunner, Guns & Ammo, Shotgun News, Shooting Times, Shooting Sports USA, Women and Guns, Handguns, American Handgunner, Combat Handgun ...

- Shooting Industry, Shooting Sports Retailer, Shot Business, Shooting Illustrated, Gun Buyer's guide, America First Freedom...



2008 February cover of G&A

FN102778
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan

## Advertising Key Elements

For the first time this year, FNH USA will have on-line advertising program. Key websites to launch new products and/or exclusive editorial features coverage.

www.handgunsmag.com
www.shootingtimes.com
www.shotgunnews.com
www.rifleshootermag.com
www.tacticalresponse.com
www.lawandorder.com
www.policeone.com
www.gunsandammomag.com

FN102779
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan

## Advertising Key Elements (TV)

- Personal Defense TV and Gun and Ammo TV Sponsorship

- FNH USA will receive (178) 30 second commercials to air during 3rd and 4th quarter of 2008 on TOC/TOCHD

- FNH USA will receive (78) 5 second sponsorship ads ("This program is brought to you by FNH USA') in Guns and Ammo TV and PDT

- FNH USA will receive editorial coverage within the shows.

- FNH USA's logo will be included in all print ads that feature the TV logo page and online

- FNH USA products will be used within DVDs and videos in 2008. Guaranteed household minimum delivery 170,000 per week/ 4,420,00 per 26 weeks per show (Per Outdoor Channel)

FN102780
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan



**PUBLIC RELATIONS**

## Public Relations Goals

### Influence the media influencers:

- Negotiate cover features through media buys
- Expand long-term editorial options with distribution channel partners

## Public Relations Key Elements

- **Media: 5 press events (2 to 3 days for each event)**
  - Includes full Media invitation for 20 to 40 journalists (accommodation, travel, transportation, range time, ammunition...)

FN102781
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan – PR Schedule (1)

| PUBLICATION | FEATURE | DATE |
|---|---|---|
| **POLICE** | -FNP-40/FNP-9 (Smith)<br>-News Release on C-More Sight Promo on policemag.com<br>-PS90 Carbine Review in Arsenal Section (Detty) | Spring 2008<br>Oct 2007, November 2007<br>January 2008 |
| American Cop | Tactical Lights | New Product Spot Light- 1st Q, 2008 |
| American Rifleman | FNP 45 | MARCH (Wiley Clapp) |
| Armada International (Keggler) | Tactical Lights | Requested samples |
| Book on Counterterrorism (Thompson) | FS 2000 | End of 2008 |
| Combat Arms | FS 2000 and other FN guns- review (Sweeney) | March or April 2008 |
| Concealed Carry (Todd Burgreen) | Tactical lights review – very enthusiastic | TBD – article submitted |
| Cops | PS 90- FNP 45 | TBD- samples just got there |
| Gun Digest (Brian Lovett) | Tactical lights | Asked for images, specs |
| Gun World | FNP 45 COVER and center spread feature<br>FS 2000<br>PBR Article<br>Tactical Lights (Pridgen) | March 2008<br>Best of Modern Assault Weapons  review (Thompson)<br>January 2008<br>Tactical Gear column |
| Guns | FNP-40 (Huntington)<br>FNP-45 review (Ayoob) | Gun of the Month<br>Early 2008 |
| Guns & Ammo | FNP 45 COVER<br>Tactical Lights<br>Handgunning Column – PS-90 (photo and mention) | FEB/MARCH 2008<br>Asked for specs, images (Scott Rupp)<br>December 2007 |
| Guns & Weapons for LE (Grassi) | Five-SeveN USG<br>PS-90 | 2008 |
| Handguns | FNP 45 COVER | FEB 2008 |
| Harris Pubs (Mike Boyle) | Tactical lights | Specs, samples, photos |
| Law & Order | Tactical Lights<br>Tactical Lights Detailed Review | November 2007 – Gear Column.<br>Underway (Sanow) |

FN102782
CONFIDENTIAL –
ATTORNEYS' EYES ONLY

# 2008 Action Plan – PR Schedule (2



| Law Officer | Five-SeveN (Sgt. C. Boyd) | September 2007 "Staging Area" column |
| --- | --- | --- |
| Police & Security News | Border Patrol Release<br>FNP-45 Major Feature<br>FNAR | November Issue- Less Lethal<br>January Shot Show issue (Walt Rauch)<br>Will cover when sample available |
| SHOT Business | Tactical Lights<br>Expanded FN Story | SHOT Daily<br>Shot show image |
| Shotgun News | FNAR COVER<br>PBR (Kokalis) | FEB Shot Show Issue- Dave Fortier<br>Late Spring 2008 |
| Special Operations Technology | Tactical Lights | Requested images |
| Special Weapons for LE (Grassi) | Five-SeveN USG, PS 90 | 2008 |
| SWAT | SCAR (Thompson)<br>FS2000 (Thompson)<br>SLP-Mark I (Gelhaus) | October Issue<br>March or April<br>TBD |
| Tactical Response | Tactical Lights | Nov/Dec 2007 – Tactical Gear column |
| Tactical Weapons (Thompson) | FS 2000 | Last half of 2008 |
| The New Firearms Business (Hausman) | Tactical lights | Asked for images, samples |
| Special Weapons for Military and Police 2007 | PS90 Article (Cutshaw) | Gun Test, Nov. 2007 |
| Officer.com | Full news releases on:<br>Viper and FN-Striker 6 w/ photos | November 2007 |
| Shot Business | SCAR- LE Round-up | Late Spring 2008 |
| Shooting Industry | Range Discount Program<br>Eric Polis appointment | November 2007<br>November 2007 |
| Shooting Times | PBR XP (Simpson)<br>FNP 357 SIG | COVER May issue<br>Requested for story; pending |
| Policeone.com | News Releases in Entirety:<br>Shooter's Pack<br>Tactical Lights<br>5.7 x 28mm Ammo<br>Free C-More Sight | October, Nov<br>October, Nov |

FN102783
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan

**Direct Marketing**



DIRECT
MARKETING

## Direct Marketing Goals

- Reach the right FN Customer (Gun owner with certain income)

## Direct Marketing Key Elements

- Purchase of specialized customer database/ E-Blast
- Newsletters and postcards / Announcements creations
- 4 Direct Mail Campaigns (to 20,000 select / potential customers)

FN102784
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan



SALES
PROMOTION

## National / Regional Sales Support Goals

- Distributors, dealers and sales reps support

## National / Regional Sales Support Key Elements

- Promotional items (giveaways)
- Merchandising (POP, banners...)
- Sponsorship (NRA, GOA, IACP, Industry Competitions, Charity Sponsorships...)
- SPIF (~ 15,000 Shooter packs with holster / cleaning kit... and special promotions)
- Distributors co-op advertising and FN Handgun Showcase events: dealer days and range program

FN102785
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan



## Interactive Goals

- Product promotion and information diffusion
- Incentive to smart / first line buyers

## Interactive Key Elements

- You Tube
- Digital Production (Creation of video)
- Blog Sponsorship
- FN Store on FNH USA website

FN102786
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan



**Sales Support**

## Sales Support Key Elements

- Interact with our clients (Distributors / Dealers / Consumers / LE Leaders / Police Officer)
- Generate New leads
- 40 Trade Shows through the year
- 30 Product Demonstrations

FN102787
CONFIDENTIAL –
ATTORNEYS' EYES ONLY




# 2008 Action Plan

## • Consumers oriented promotions

- Buy a FNP9/40 and get a free Shooter's pack
- Buy a PS90 and get a free C-More Sight
- Buy a Five SeveN and get your first 200 rounds free

**Sales Support**






FN102788
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# FNH USA 2008 Stocking Dealer Program





# 2008 Action Plan



Sales Support Goals

**Sales Support**

- **Stocking Dealer Program:**

  – Purchase a FS2000 Carbine, FNP-9 Handgun, FNP-40 Handgun, PS90 Carbine, FNP-45 Handgun, Five SeveN Handgun and get a free Five SeveN.

  – Purchase two or more stocking dealer programs, receive the free Five SeveN and a Tactical Police Shotgun for each program.



FN102790
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan

**Sales Support Goals**

**Sales Support**

- **Show Specials:**

## Pistol Pack Promotion

- Purchase one (1) FNP 9 Pistol (any model)
- Purchase one (1) FNP 40 Pistol (any model)
- Purchase one (1) FNP 45 Pistol (any model)
- Purchase one (1) Five-SeveN Pistol (any model)
- And receive a FREE FNP 45 Pistol DA/SA Matte Black

## Flashlight Promotion

- Purchase one (1) case of the SS197 (part # 10700016) and receive a FREE FN Tactical Flashlight valued at $ 229.69

## 30 mm Ring Promotion

- For each Purchase of an FN SPR or PBR, receive a set of custom made FN high grade Steel 30 mm rings absolutely FREE valued at $ 199.00

FN102791
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# 2008 Action Plan

## 50% Discount = $6,771 in Profit!

### FNH-USA 4 + 1 Pistol Pack Promotion
*BUY 3-FNP's and 1-Five-seveN Pistol and receive a FNP .45 Free!*
**$600 in Free Goods!**

### FNH-USA 6 + 1Stocking Dealer Package
*Buy 1-FS2000, 1-PS-90, 1-FsN, and 3-FNP's and receive a Five-seveN pistol Free!*
**$960 in Free Goods!**

### FNH-USA 12 + 4 Stocking Dealer Package
*Buy 2-FS2000, 2-PS-90, 2-FsN, and 6-FNP's and receive*
*TWO- Five-seveN pistols*
**AND**
*TWO Tactical Police Shotguns Free!*
**$3,438 in Free Goods!!!**

### FNH-USA Ammunition Package
*Buy1 Case of SS197 Ammunition and get a FNH Tactical Flashlight Free!*
**$215 Retail Value!**

*If you buy a Pistol Pack Promotion and a Multiple Stocking Dealer Package and make a profit of 20% off the 16 purchased guns you will make $3,733.24 profit. If you add that profit to the Free Goods from both the package and promo, you will make $6,771 in total profit which is a discount of 50%!*

- Buy 16 get 5 Free!

FN102792
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



# FNH USA.

## Certificate of Appreciation

In recognition of your attendance of the

2003 Jeusport – FNH USA, LLC Product Seminar, January 13, 2003

FHN USA, LLC IS PLEASED TO AWARD YOU AN

"FN FNP PISTOL (9mm or 40 S&W)"

This offer is valid when combined with the purchase of a 2000 FN Law Enforcement or a 2003 FN Tactical Dealer Program Qualifying product. Includes the FNP Pistol (9mm with three 10 round magazines (P-9Q), FNP 40 with three 14 round magazines (P-40) and that there is a cost with three 10 round magazines (P-9M), or the FNP 40 that has Earth with three 14 round magazines (P-9W).

This certificate is presented by:

*Zach DeWitt*

Senior Vice President of Sales and Marketing FNH USA, LLC

FN102793
CONFIDENTIAL –
ATTORNEYS' EYES ONLY



PLEASE ENJOY THE SHOW AND SEE YOU AT THE FN BOOTH



FNH USA

FN102794
CONFIDENTIAL –
ATTORNEYS' EYES ONLY