

**FNH USA, LLC**

October 19, 2006

Mr. Richard Vasquez
A.T.F- FTB

Dear Mr. Vasquez

In reference to your letter attached, FNH USA, LLC has concluded that we have not imported any firearm utilizing the form 6 that you mention. We came to this conclusion buy checking all the form 6a's for SCAR withdraws to date along with the fact that we do not have a production SCAR to import to you at this time.

    All the Scar's to date that have been imported by FNH USA, LLC are prototype models and we do not want ATF/FTB to test for possible purchase a prototype firearm. We have been advised by FN Herstal that we will probably not have production model Scar's until May 2007. If ATF is still interested in testing a SCAR for possible purchase please let me know and I will advise you when the production models are available next year. ATF would have to send FNH USA, LLC another letter which would allow us to submit the proper paperwork to ATF/Imports for approval.

If you have any additional questions please contact me at (703) 288-1292 or (703) 623-8937.

Sincerely

Charles "Bucky" Mills
Director,
FNH USA, LLC. Sales & Marketing

C/c Sterling Nixon, Chief, Firearms Technology Branch
C/c Kevin L. Boydston, Chief, Firearms and Explosives Imports Branch

Plaintiff's Exhibit
P146

FN102799
CONFIDENTIAL –
ATTORNEYS' EYES ONLY