

**UNITED STATES SPECIAL OPERATIONS COMMAND**
7701 TAMPA POINT BOULEVARD
MACDILL AIR FORCE BASE, FLORIDA 33621-5323

December 10, 2013

FN Herstal, S.A.
Voie De Liege 33
Herstal, Liege 4040
Belgium

Mr Michel Carabin,

Subject: Request for Authorization to Release Controlled Unclassified Information (CUI)

1. The United States Special Operations Command (USSOCOM) has assessed FN Herstal's request regarding authorization to release Controlled Unclassified Information ("CUI") in accordance with Special Operations Federal Acquisition Regulations (SOFARS) 5652.204-9003, which states the contractor must request writing approval for release of any information outside the Contractor's organization any unclassified information pertaining to any part of the contract or any program related to the contract, unless the Contracting Officer has given prior written approval. FN Herstal's request for authorization approval is granted, release of readily available publicly released documents regarding the contact for the Combat Assault Rifle, solicitation and contract award; which are all available to the public for download on the Federal Business Opportunities website, FedBizOps, www.fbo.gov.

2. The request for release of the USSOCOM Joint Operational Requirements Document (JORD) on the Special Operations Force (SOF) Combat Assault Rifle Program is not authorized for release pursuant to 10 U S C 130b. The JORD is an internal Government document that could possible divulge sensitive information regarding techniques and tactics, number of units, discloser of units, locations, and/or personnel names. The disclosure of such information to the public would cause grave damage to SOF.

3. FN Herstal is reminded for Disclosure of Unclassified Information, the contractor shall submit the request to the Contracting Officer at least 45 days before the propose date for release for approval. No release of any restricted information shall be made without specific written authorization by the Contracting Office. Your prompt acknowledgement to this letter is requested. Thank you for your attention to the above. If you have questions concerning the above or any other aspect of this matter, please do not hesitate to contact me at email dorothy.lewis@socom.mil, or Mr Christopher Kernan, Attorney-Advisor at email christopher.kernan@socom.mil.

Respectfully,

DOROTHY LEWIS
Contracting Officer

**Plaintiff's Exhibit P151**

FN102819
CONFIDENTIAL –
ATTORNEYS' EYES ONLY