**FN HERSTAL SALES**

| SALES | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | YTD MAY 2015 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EXTERNAL** | SCAR 16/17 | 401,586 | 352,326 | 4,541,682 | 4,917,760 | 4,391,911 | | | | | | **14,605,265** |
| | SCAR 16 | | | | | | 709,636 | 871,065 | 1,471,031 | 464,476 | 56,817 | **3,573,024** |
| | SCAR 17 | | | | | | 9,699,809 | 5,711,238 | 4,697,890 | 751,047 | - | **20,859,984** |
| **Interco FNA** | SCAR 16S/17S | 42,603 | 34,925 | 205,225 | 2,962,970 | 8,789,313 | | | | | | **12,035,036** |
| | SCAR 16S | | | | | | 2,707,125 | 3,728,580 | 5,676,851 | 1,721,951 | 1,103,993 | **14,938,500** |
| | SCAR 17S | | | | | | 5,731,612 | 8,627,076 | 8,506,517 | 6,119,872 | 2,421,518 | **31,406,595** |
| | | 444,189 | 387,251 | 4,746,907 | 7,880,730 | 13,181,224 | 18,848,182 | 18,937,959 | 20,352,289 | 9,057,346 | 3,582,328 | **97,418,405** |

CONFIDENTIAL ATTORNEYS EYES ONLY

Plaintiff's Exhibit
P217

FN104351
CONFIDENTIAL
ATTORNEY'S EYES ONLY