# Devroye Anne

| | |
|---|---|
| **De:** | Devroye Anne |
| **Envoyé:** | mardi 21 mars 2006 12:59 |
| **À:** | Dello Claude; Renier Pierre; Dillais Louis |
| **Cc:** | Sadowy Barbara; Marnalo Raimondo; Kartheuser André |
| **Objet:** | Eurosatory - Stand FNH USA |

Messieurs,

Ci-après compte rendu de notre réunion d'hier :

- Matériel fourni par FN Herstal :
   - 1 SCAR 5.56 version std + EGLM sous le canon (pas exposé en stand alone)
   - 1 SCAR 7.62 version std
   - 1 SCAR 7.62 version CQC
   - 1 FS2000
   - 1 F2000 Tactical + accessoires + LG
   - 1 P90 (standard ou Tactical - à nous confirmer asap)
   - 1 Five-seveN USG
   - 1 FN303 noir

- Matériel fourni par FNH USA
   - M249 A1
   - M240 E6 (titane)

- Ne seront pas exposées la MK46 et la MK48

- Messages à coordonner entre FNH USA et FN Herstal
   - SCAR = développé par FN Herstal pour les USSOCOM

Action Louis Dillais / Barbara - délai : fin mars 06 - confirmer à GEPRO le matériel ci-dessus

Action GEPRO - délai : asap - vérifier avec André Kartheuser et R&D si SCAR et FS2000 disponibles pour fin mai au plus tard.

Pour rappel, comme convenu lors de réunions précédentes, le P90, le Five-seveN et le FN303 seront livrés nus, sans accessoires. Barbara, nous confirmer STP le modèle souhaité pour le P90 (standard ou Tactical)

Bien à vous,

Anne (8297)

30/05/2006

Plaintiff Exhibits P241