2006 Media Plan

| Publication / Law Enforcement Media | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Jan | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American Cop | | | | | | | | | | | | | HG45 1P/4C 3465.00 | |
| Guns & Weapons: LE | FNP 1P/4C 0.00 | | | | FNP 1P/4C 2663.05 | | LRPR 1P/4C 2663.05 | | FNP 1P/4C 2663.05 | A3 G 1P/4C 2663.05 | FNP 1P/4C 2663.05 | | FNP 1P/4C 2663.05 | FS2000 1P/4C 2663.05 |
| Law Enforcement Product News | FN 303 1P/4C 3587.00 | | 06 Catalog 1P/4C 637.50 | | USG 1P/4C 3587.00 | | FN 303 1P/4C 3587.00 | | A3 G 1P/4C 3587.00 | | HG45 1P/4C 3587.00 | | HG45 1P/4C 3587.00 | |
| Law Enforcement Technology | FN 303/USG 2P/4C 6256.00 | FNP 1P/4C 3128.00 | FNP 1P/4C 3128.00 | P90 1P/4C 3128.00 | LRPR 1P/4C 3128.00 | | SLP 1P/4C 3128.00 | A3 G 1P/4C 3128.00 | Pump 1P/4C 3128.00 | FN 303 1P/4C 3128.00 | LRPR 1P/4C 3128.00 | | HG45 1P/4C 3128.00 | HG45 1P/4C 3128.00 |
| New Jersey Cops | | FN 303* 1P/4C 1327.70 | | | | FN 303* 1P/4C 1327.70 | | | | FN 303* 1P/4C 1327.70 | | | | |
| Police Magazine | | FNP 1P/4C 2401.25 | LRPR 1P/4C 2401.25 | A3 G 1P/4C 2401.25 | | | | LRPR 1P/4C 2401.25 | FNP 1P/4C 2401.25 | | FN 303 1P/4C 2401.25 | | | |
| Police & Security News | FN 303 Back Cover 2796.50 | | FNP 1P/4C 2796.50 | | FNP 1P/4C 2796.50 | | | | | | LRPR 1P/4C 2796.50 | | HG45 1P/4C 2796.50 | |
| SWAT Magazine | | | USG 1P/4C 1273.30 | | FN 303 1P/4C 1273.30 | | | Pump 1P/4C 1273.30 | | SLP 1P/4C 1273.30 | USG 1P/4C 1273.30 | FN 303 1P/4C 1273.30 | | HG45 1P/4C 1273.30 |
| Tactical Response | LRPR 1P/4C 1507.05 | | P90 1P/4C 1507.05 | | FN 303 1P/4C 1507.05 | | SLP 1P/4C 1507.05 | | FNP 1P/4C 1507.05 | | USG 1P/4C 1507.05 | | HG45/LRPR 2P/4C 3014.10 | |
| The Police Chief | | | FNP 1P/4C 3162.00 | FNP 1P/4C 3162.00 | FN 303 1P/4C 3162.00 | | | FNP 1P/4C 3162.00 | | LRPR 1P/4C 3162.00 | | | | |
| **Total LE Media** | $14,146.55 | $5,529.25 | $13,632.30 | $9,964.55 | $18,116.90 | $0.00 | $10,885.10 | $9,964.55 | $13,286.35 | $10,226.35 | $17,356.15 | $1,273.30 | $18,653.65 | $7,064.35 |

$124,381.35                              $25,718.00


Plaintiff Exhibits

P244

updated 1-31-06

2006 Media Plan

| Commercial Media | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Jan | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American Handgunner | | | USG 1P/4C 4497.35 | | FNP 1P/4C 4497.35 | | USG 1P/4C 4497.35 | | FNP 1P/4C 4497.35 | | USG 1P/4C 4497.35 | | HG45 1P/4C 4497.35 | |
| American Handgunner: Special Catalog Showcase | | | | | 06 Catalog Listing 685.00 | | | | | | | | | |
| American Hunter | | | | | LRPR 1P/4C 32912.00 | | | FNP v2 1P/4C 38720.00 | | | | | | |
| American Rifleman (*50/50 with military; $46655.00) | | | | FNP v2 1P/4C 39656.75 | | | SCAR* 1P/4C 19828.37 | | | FNP 1P/4C 39656.75 | | | | |
| Gun List          1169 | | | | | | | | | | | | | | |
| Gun Week (special focus issue only) | FNP 1P/4C 1024.25 | SDP 1P/4C 1024.25 | | USG 1P/4C 1024.25 | SLP 1P/4C 1024.25 | Pump 1P/4C 1024.25 | | FNP v2 1P/4C 1024.25 | FNP v2 1P/4C 1024.25 | FNP 1P/4C 1024.25 | | | | |
| Gun World | | | A3 G 1P/4C 2203.20 | | | A3 G 1P/4C 2203.20 | A3 G 1P/4C 2203.20 | | | | | | | |
| Guns & Ammo | | FNP 1P/4C 0.00 | LRPR 1P/4C 17849.00 | | FNP 1P/4C 17849.00 | | FNP v2 1P/4C 17849.00 | | | FS2000 1P/4C 17849.00 | | | SCAR 1P/4C 17849.00 | HG45 1P/4C 17849.00 |
| Guns & Ammo: Special Combat Arms/Combat Tactics/Annual Guide | | | FNP 1P/4C 3123.00 | | | | PS90 1P/4C 1976.00 | | | FS2000 1P/4C 0.00 | USG 1P/4C 1976.00 | HG45 1P/4C 3208.00 | | |
| Guns Magazine | | | Pump 1P/4C 4418.30 | FNP 1P/4C 4418.30 | PS90 1P/4C 4418.30 | USG 1P/4C 4418.30 | FNP 1P/4C 4418.30 | | | LRPR 1P/4C 4418.30 | FNP v2 1P/4C 4418.30 | | HG45 1P/4C 4418.30 | SCAR 1P/4C 4418.30 |
| Guns Magazine: Special Catalog Showcase | | | | 06 Catalog Listing 500.00 | | | | | | 07? Catalog Listing 500.00 | | | | |
| Rifle Shooter | | | | | FNP v2 1P/4C 2920.01 | | A3 G 1P/4C 2920.01 | | FS2000 1P/4C 2920.01 | | PS90 1P/4C 2920.01 | | SCAR 1P/4C 2920.01 | |

updated 1-31-06

2006 Media Plan

| Commercial Media | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Jan | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shotgun News | | SDP | FNP | FNP v2 | PS90 | | FS2000 | Pump | PS90 | | FNP | | | |
| | | 1P/4C | 1P/4C | 1P/4C | 1P/4C | | 1P/4C | 1P/4C | 1P/4C | | 1P/4C | | | |
| | | 0.00 | 2359.00 | 2359.00 | 2359.00 | | 2359.00 | 2359.00 | 2359.00 | | 2359.00 | | | |
| Shooting Illustrated | | FNP | | FNP | PS90 | FNP v2 | USG | | A3 G | | | | | |
| | | 1P/4C | | 1P/4C | 1P/4C | 1P/4C | 1P/4C | | 1P/4C | | | | | |
| | | 2442.05 | | 2442.05 | 2442.05 | 2442.05 | 2442.05 | | 2442.05 | | | | | |
| Shooting Sports USA | | | | | | FNP v2 | USG | Pump | | | | FNP | | |
| | | | | | | 1P/4C | 1P/4C | 1P/4C | | | | 1P/4C | | |
| | | | | | | 2095.25 | 2095.25 | 2095.25 | | | | 2095.25 | | |
| Shooting Times | | | USG | PS90 | A3 G | | FNP | FS2000 | FNP v2 | SLP | | HG45 | HG45 | SCAR |
| | | | 1P/4C | 1P/4C | 1P/4C | | 1P/4C | 1P/4C | 1P/4C | 1P/4C | | 1P/4C | 1P/4C | 1P/4C |
| | | | 0.00 | 8,898.00 | 8,898.00 | | 8,898.00 | 8,898.00 | 8,898.00 | 8,898.00 | | 8,898.00 | 8,898.00 | 8,898.00 |
| Total Commercial Media | $1,024.25 | $3,466.30 | $32,246.65 | $59,298.35 | $78,004.96 | $9,979.85 | $49,434.33 | $75,363.80 | $22,140.66 | $72,346.30 | $16,170.66 | $14,201.25 | $38,582.66 | $31,165.30 |

$433,677.36                    $69,747.96

updated 1-31-06

P244.0004

## 2006 Media Plan

| Trade Media | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Jan | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shooting Industry | SDP 1P/4C 3529.20 | SDP/FNP 2P/4C 7058.40 | SDP 1P/4C 3529.20 | SDP 1P/4C 3529.20 | SDP 1P/4C 3529.20 | SDP/FNP v2 2P/4C 7058.40 | SDP 1P/4C 3529.20 | PS90/FS2000 2P/4C 7058.40 | Pump 1P/4C 3529.20 | FNP v2 1P/4C 3529.20 | LRPR 1P/4C 3529.20 | SLP 1P/4C 3529.20 | SDP '07/HG45 2P/4C 7058.40 | SDP '07/SCAR 2P/4C 7058.40 |
| Shooting Industry: Special Catalog Showcase | | | | 06 Catalog Listing 425.00 | | | | | 06 Catalog Listing 425.00 | | | | | |
| Shooting Sports Retailer | SDP 1P/4C 0.00 | | Pump 1P/4C 3472.25 | | SDP/FNP v2 2P/4C 6944.50 | | SDP/FS2000 2P/4C 6944.50 | | LRPR 1P/4C 3472.25 | | USG 1P/4C 3472.25 | | SDP '07/HG45 2P/4C 6944.50 | |
| SHOT Show Directory | | SDP 1P/4C 3500.00 | | | | | | | | | | | | |
| SHOT Business | FNP 1P/4C 4160.75 | SDP/FNP 2P/4C 8321.50 | | SDP/FNP 2P/4C 8321.50 | | SDP 1P/4C 8321.50 | | SDP/FNP v2 2P/4C 8321.50 | | FNP v2 1P/4C 4160.75 | | LRPR 1P/4C 4160.75 | SDP '07/HG45 2P/4C 8321.50 | SDP '07/SCAR 2P/4C 8321.50 |
| Total Trade Media | $7,689.95 | $18,879.90 | $7,001.45 | $12,275.70 | $10,473.70 | $15,379.90 | $10,473.70 | $15,379.90 | $7,426.45 | $7,689.95 | $7,001.45 | $7,689.95 | $22,324.40 | $15,379.90 |

$127,362.00        $37,704.30

updated 1-31-06

2006 Media Plan

| Distributor Catalogs | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Jan | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AmChar | | SDP IFC 800.00 | | | | | | | | | | | | |
| Bill Hicks | | | | | | | | | | | | | | |
| Ellet Brothers | | | | | | | | | | | | | | |
| Lipseys 2006 Catalog | | SDP 1P/4C 2000.00 | | | | | | | | | | | | |
| Jerry's Sport Center | | SDP 2000.00 | | | SDP 2000.00 | | | SDP 2000.00 | | | FNP 2000.00 | | | |
| RSR | | | | | | | | | | | | | | |
| Total Distributor Media | $4,000.00 | $800.00 | $0.00 | | | | | | | | | | | |
| Total Media Expenses | | | | | | | | | | | | | | |

*special NJ statement in ad    <mark>pd by 05 budget</mark>

Buyer's Guides
Law Enforcement Product News

updated 1-31-06