EXHIBIT SHEET

FN Herstel, SA                                  Case No.: 3:12-CV-102(CAR)

    vs.

Clyde Armory, Inc., et al.

DEFENDANT'S   EXHIBITS

|       | DESCRIPTION | IDENTIFIED | ADMITTED |
|-------|-------------|------------|----------|
|       |             |            |          |
| DX002 | Sage Int'l Brochure | 7/22/15 A. Clyde | 7/22/15 |
| DX003 | Draft agreement between Clyde and Sage | 7/22/15 A. Clyde | 7/22/15 |
| DX004 | Properties of contract (cover page) | 7/22/15 A. Clyde | 7/22/15 |
| DX005 | Email between Clyde and Ruger | 7/22/15 A. Clyde | 7/22/15 |
| DX007 | Purchase Order | 7/22/15 A. Clyde | 7/22/15 |
| DX008 | Sage invoice | 7/22/15 A. Clyde | 7/22/15 |
| DX009 | Engraving proof | 7/23/15 A. Clyde | 7/23/15 |
| DX010 | Email w/ photo attachments between Sage & Clyde | 7/23/15 A. Clyde | 7/23/15 |
| DX011 | Photo of revised proof | 7/23/15 A. Clyde | 7/23/15 |
| DX012 | TAPCO invoice 7/18/06 | 7/22/15 A. Clyde | 7/22/15 |
| DX013 | TAPCO invoice 8/23/06 | 7/22/15 A. Clyde | 7/22/15 |
| DX014 | TAPCO invoice 10/20/06 | 7/22/15 A. Clyde | 7/22/15 |
| DX015 | Falcon Indust. Sales receipt | 7/22/15 | 7/22/15 |

|  |  | A. Clyde |  |
| --- | --- | --- | --- |
| DX016 | Falcon Indust. Invoice for logo | 7/22/15 A. Clyde | 7/22/15 |
| DX017 | Falcon Indust. Invoice | 7/22/15 A. Clyde | 7/22/15 |
| DX018 | Falcon Indust. Invoice | 7/22/15 A. Clyde | 7/22/15 |
| DX019 | Falcon Indust. Invoice | 7/22/15 A. Clyde | 7/22/15 |
| DX020 | Ace invoice | 7/22/15 A. Clyde | 7/22/15 |
| DX021 | Ace invoice | 7/22/15 A. Clyde | 7/22/15 |
| DX022 | Email & Guns & Weapons magazine | 7/22/15 A. Clyde | 7/22/15 |
| DX023 | Harris Publications invoice | 7/22/15 A. Clyde | 7/22/15 |
| DX024 | Email from Clyde to Jamieson | 7/22/15 A. Clyde | 7/22/15 |
| DX025 | Law Enforcement Product News ad copy | 7/22/15 A. Clyde | 7/22/15 |
| DX026 | Invoice from Law Enforcement Product News | 7/22/15 A. Clyde | 7/22/15 |
| DX027 | Spreadsheet | 7/23/15 B. Jamieson | 7/23/15 |
| DX028 | Ad copy for Small Arms Review | 7/22/15 A. Clyde | 7/22/15 |
| DX029 – DX053 | Moose Lake Publishing invoices | 7/22/15 A. Clyde | 7/22/15 |
| DX054 – DX058 | SWAT Magazine | 7/22/15 A. Clyde | 7/22/15 |
| DX059 | Receipts from Athens Blueprint | 7/22/15 A. Clyde | 7/22/15 |
| DX062 | Harris Publications invoice | 7/22/15 A. Clyde | 7/22/15 |
| DX063 | SWAT invoice | 7/22/15 A. Clyde | 7/22/15 |

| DX064 | Email correspondence, August 2006 | 7/22/15 A. Clyde | 7/22/15 |
|---|---|---|---|
| DX065 | Invoice to Pro Shootshop 8/29/06 | 7/22/15 A. Clyde | 7/22/15 |
| DX066 – DX093 | Invoices | 7/22/15 A. Clyde | 7/22/15 |
| DX094 – DX095 | FedEx invoices | 7/22/15 A. Clyde | 7/22/15 |
| DX096 | Invoices | 7/22/1/5 A. Clyde | 7/22/15 |
| DX098 | Soldier of Fortune Magazine | 7/22/15 A. Clyde | 7/22/15 |
| DX105 | Small Arms Review, 9/06 | 7/22/15 A. Clyde | 7/23/15 |
| DX106 | Small Arms Review, 10/06 | 7/22/15 A. Clyde | 7/23/15 |
| DX107 – DX122 | Small Arms Review | 7/22/15 A. Clyde | 7/22/15 |
| DX125 – DX141 | Small Arms Review | 7/22/15 A. Clyde | 7/22/15 |
| DX149 | SWAT Magazine 4/09 | 7/22/15 A. Clyde | 7/23/15 |
| DX151 | Defense Review.com | 7/22/15 A. Clyde | 7/23/15 |
| DX152 – DX159 | Photos | 7/23/15 A. Clyde | 7/23/15 |
| DX160 | Summary of sales | 7/23/15 A. Clyde | 7/23/15 |
| DX161 | Email correspondence | 7/23/15 B. Jamieson | 7/23/15 |
| DX163 | PerfectUnion.com | 7/23/15 A. Clyde | 7/23/15 |
| DX175 | TacticalLife.com page SCAR25 Lower | 7/21/15 B. Mills | |
| DX176 | HandlDefense.com page SCAR25 | 7/21/15 B. Mills | 7/23/15 |
| DX177 | HandlDefense.com page SCAR25m | 7/21/15 | 7/23/15 |

|       |                                       | B. Mills           |         |
|-------|---------------------------------------|--------------------|---------|
| DX178 | HandllDefense.com page SCAR47         | 7/21/15<br>B. Mills |         |
| DX200 | Deposition of Charles "Bucky" Mills   | 7/21/15<br>B. Mills |         |
| DX205 | FNH USA 2006 catalog                  | 7/21/15<br>B. Mills | 7/21/15 |
| DX232 | 2006 FNH USA catalog, comm'l/law enf. | 7/21/15<br>B. Mills | 7/21/15 |
| P132  | Invoices                              | 7/22/15<br>B. Mills |         |