EXHIBIT SHEET

FN Herstel, SA                           Case No.: 3:12-CR-102(CAR)

    vs.

Clyde Armory, Inc., et al.
                                         JOINT EXHIBITS

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 19 | Solicitation | 7/21/15<br>F. Spaniel | 7/21/15 |
| 20 | USSOCOM Purchase order | | 7/23/15 |