Paul Hochstrate                                    2/28/2014

Page 3

20:4 51:11,18
courses (2) 8:14,16
court (1) 1:1
cover (11) 30:21
   31:2,11,16 38:12
   45:20 46:7 51:6
   51:23 56:16,18
cqc (6) 16:22 18:25
   20:13,14 38:1
   39:3
create (1) 17:13
created (3) 28:4,8
   57:22
creation (2) 28:2,3
crossexaminatio...
   3:4,8 52:21 65:1
ct (1) 2:21
current (1) 6:24
currently (2) 6:16
   36:17
cut (4) 22:9 31:22
   40:14,17
cycles (1) 30:13

        D
d (16) 2:6 3:1,21
   20:22,24,25 21:3
   21:6,9,11 44:3,11
   44:13,15 50:20
   51:4
daigle (2) 22:18,19
date (5) 1:13 33:25
   38:18,19 67:24
dates (3) 15:3,4
   54:20
day (1) 66:12
days (3) 5:21 6:1,6
dc (1) 8:25
dealings (1) 58:18
defendant (2) 1:7
   2:3
defendants (12)
   3:10 7:6,7,11
   14:16 21:18 33:20
   34:4 37:11 44:2
   44:21 48:20

defense (8) 9:12
   14:11 26:22 38:14
   38:20,22 51:7
   52:7
defenses (1) 23:22
degree (2) 8:11,14
degrees (8) 32:19
   32:21 33:6,8,9,11
   33:11 39:23
deliver (2) 11:11
   12:13
delta (1) 20:22
department (1)
   65:6
depicted (1) 57:16
depiction (1) 57:22
deponent (2) 2:17
   5:2
deposition (12)
   1:13 4:5 5:1,11,25
   8:1,2 34:5 46:10
   65:18 68:6,9
depositions (1)
   7:12
deputy (1) 2:24
describe (2) 9:9
   33:3
describing (1) 24:1
description (6)
   3:12 15:7 19:8
   29:23 39:11 49:18
design (8) 12:13
   18:4,8,8,17 19:6
   19:10 27:20
designate (3) 5:24
   6:9 61:21
designated (1) 38:5
designates (1)
   61:22
designation (3)
   20:15 32:6 60:22
designations (1)
   5:22
designed (4) 13:22
   32:14 33:1 35:10

designer (4) 9:1,4
   10:12,13
designers (1) 10:13
designing (1) 18:8
develop (2) 10:18
   12:13
developed (2)
   11:23 16:10
development (1)
   22:23
didnt (11) 13:3,20
   15:12 26:16 27:12
   32:10 36:17 41:22
   42:8 53:18 64:14
dieso (9) 2:23 3:8
   5:18 6:13 37:7
   64:20,24 65:1,15
difference (1) 9:21
different (11) 9:9
   14:12 17:3,7,25
   20:9 21:2,2 28:22
   38:21 63:8
differentiate (1)
   29:22
direct (3) 3:4 5:6
   38:19
disclose (1) 58:19
disclosed (1) 58:24
disclosing (1) 58:25
discuss (1) 12:22
discussed (3) 5:19
   58:17,22
discussing (1) 16:4
discussion (1)
   50:23
distinguish (1)
   29:24
distinguished (1)
   47:1
district (2) 1:1,1
division (1) 1:2
document (19) 7:16
   14:23 34:5 37:17
   38:4,7,25 39:1,15
   40:10 43:7 44:8

45:1,18,19 47:5
   48:25 49:4 52:8
documentation (3)
   27:9,11,17
documents (9) 8:3
   20:19 45:7,8
   51:11 57:7 59:13
   59:15,19
doesnt (2) 60:11
   61:21
dont (27) 8:14 9:16
   13:12,17 17:2
   22:24 25:25 26:2
   26:11 27:12 28:20
   28:21 29:9 31:23
   43:4 46:2 47:16
   51:1 55:3 56:5,17
   56:21 57:25 58:7
   59:17 60:18,23
double (1) 31:23
draft (2) 11:16
   12:22
draftsman (1) 9:3
drawing (8) 42:5
   42:15 57:6,9,16
   57:20 61:11,25
drawings (5) 19:8
   27:14,16 56:5
   58:23
driven (7) 28:18
   29:12,18,22 30:14
   30:17 35:5
drives (1) 30:11
due (1) 36:1
duly (2) 5:3 68:4

        E
e (1) 3:1
earlier (5) 20:20
   48:6 54:3 60:1
   62:2
easier (1) 7:13
edict (1) 26:11
edit (1) 28:6
edition (1) 34:12
education (1) 8:8

educational (1) 8:7
ehrlich (32) 2:14
   3:4,6 6:4 19:15
   24:13 25:11 28:21
   29:13 31:4 41:13
   42:4,7 48:3,15
   52:13,17,20,21
   60:10,20 61:5,15
   61:24 62:1,11,24
   64:7,19,22,25
   65:17
either (2) 19:23
   28:21
electric (1) 9:3
electronics (1) 8:24
emailed (1) 7:21
employed (5) 6:16
   6:20 22:21 68:8
   68:10
employee (1) 68:9
employer (4) 5:13
   7:19 9:8,23
employers (1)
   19:21
employment (1)
   8:21
ended (1) 65:18
ends (1) 47:6
engineer (4) 6:25
   9:1 22:23 65:5
engineering (3)
   8:12 51:16 65:6
entered (1) 62:6
enters (3) 30:2,2,4
entire (2) 22:7
   40:15
entities (2) 9:19
   38:21
entity (1) 38:22
entries (2) 23:23,25
ergonomic (1)
   17:11
errors (1) 6:8
esq (2) 2:6,14
etcetera (1) 36:1

Paul Hochstrate                                                    2/28/2014

**Page 4**

evaluation (1)
  12:14
evans (1) 2:4
everybody (2) 19:5
  65:8
exact (1) 9:16
exactly (2) 22:24
  29:9
examination (7)
  3:4,5,7 5:6 61:7
  63:1 68:6
examinations (1)
  3:2
examined (2) 5:5
  68:5
examiner (1) 23:17
example (1) 40:11
exceed (1) 18:13
excuse (1) 57:21
exhibit (37) 3:14,15
  3:16,18,20,21,22
  3:23 7:5,6,6,7,11
  14:16,21 21:18,23
  33:20,24 34:4
  37:11,16 44:2,7
  44:21 45:1,23
  47:8,9,10 48:20
  48:25 49:12,22
  51:23 57:12 61:8
exhibits (6) 3:10,25
  7:13 50:16 51:5
  52:23
expires (2) 66:21
  68:17
explanation (1)
  29:21
extension (1) 40:15
eyes (1) 5:24

**F**

fact (7) 25:18 26:24
  31:2 32:24 33:16
  46:23 49:18
facts (1) 48:4
fair (1) 31:5
familiar (7) 9:25

14:5 16:15,25
  17:1 31:7 35:16
familiarity (1)
  31:10
family (4) 17:14,16
  46:20 49:15
far (1) 22:4
february (3) 1:13
  66:4 68:4
fedbizopps (1) 14:6
fellow (1) 23:16
field (2) 8:12,21
file (2) 43:11 51:20
files (1) 59:18
finalist (3) 26:24
  27:2,5
finalists (1) 26:21
finally (2) 37:1
  46:17
financially (1)
  68:10
find (4) 43:11,22
  50:9 57:7
finished (2) 21:1,7
firearm (1) 44:19
firearms (4) 9:11
  23:17,19,20
first (15) 5:3 7:5
  15:4,22 21:3
  23:21 24:3 28:16
  28:18 29:11 30:14
  35:23 36:4 45:18
  59:10
firsthand (4) 13:15
  51:1 55:3 58:1
fit (1) 18:3
five (1) 9:2
florida (1) 36:11
fn (13) 1:4 2:8 13:7
  24:6,10,19 26:18
  52:18 53:21 54:18
  60:5,25 67:2
followed (1) 49:24
following (3) 16:20
  16:21 68:4

followon (2) 53:19
  64:14
follows (3) 5:5 30:2
  30:9
followup (3) 52:17
  61:6,24
forces (1) 24:5
foregoing (2) 66:4
  66:13
forest (1) 22:9
formal (1) 8:8
forth (4) 6:8 9:10
  18:14 30:25
found (2) 43:25
  47:23
foundation (5)
  19:15 24:13 31:4
  41:14 52:14
four (2) 21:1,2
fourth (1) 20:25
free (1) 23:18
front (11) 30:4,11
  33:25 38:12 45:19
  51:6 52:4,24
  56:16,18 61:8
fulfill (1) 16:9
full (1) 22:2
further (6) 32:17
  61:5,24 62:24
  68:8,9

**G**

gas (15) 10:24
  29:25 30:2,2,4,8,9
  36:19 39:6,7
  46:18,19 47:2
  49:14,15
gases (1) 36:1
gbellamy (1) 2:7
general (1) 2:24
generally (4) 9:22
  10:11 14:9 20:8
georgia (1) 1:1
getting (3) 25:7
  56:22 60:17
give (4) 12:20 13:3

29:23 52:10
given (3) 15:4
  56:20 68:7
glenn (3) 2:6 37:8
  59:8
globe (2) 42:21
  52:5
go (23) 5:10 7:3
  11:14 19:6,17,22
  21:9 25:2 41:6,16
  43:11 48:18 52:11
  52:13 56:7,19
  58:3 61:18,20
  62:12 64:8,22,25
goes (6) 30:1,4,4,8
  30:9 64:7
going (16) 8:12
  11:11,20 12:20,24
  16:19 19:6,9 21:9
  36:12 37:4 41:19
  45:15 46:11 50:22
  63:16
good (2) 18:8 37:7
gotten (1) 55:17
gov (1) 14:6
government (2)
  14:5 41:4
grip (1) 40:21
guess (4) 41:9
  55:19 58:13 59:16
gun (21) 11:21 18:5
  18:10 26:14,15,15
  26:16,17 35:25
  36:16,18,18,19,21
  36:23 37:1,2,3
  52:6 63:14,16
guns (13) 11:24
  12:13 18:18,18
  21:2 23:4 26:10
  26:12 27:6 36:17
  54:6 63:23 64:1
guy (1) 14:2

**H**

hand (3) 33:25 56:5
  68:11

handed (5) 7:10
  14:20 44:6,25
  48:24
handing (3) 21:22
  34:3 37:16
handle (1) 27:13
handled (1) 27:13
happen (1) 33:9
happens (1) 30:6
hartford (2) 1:15
  2:21
head (2) 60:24,24
heading (2) 15:9,14
heard (2) 13:14,19
heavy (4) 16:12,16
  16:18 17:23
heckler (1) 13:9
held (2) 1:14 12:3
hereto (1) 68:10
herron (1) 2:4
herstal (8) 1:4 2:8
  13:7 24:6 52:18
  60:25 61:2 67:2
hes (2) 23:16 28:8
high (1) 8:7
history (1) 7:3
hochstrate (10)
  1:13 2:17 3:3 5:2
  5:9,9 66:3,9,13
  68:4
hole (2) 30:3,10
host (1) 10:19
hot (1) 36:1
hotel (1) 1:14
hour (1) 36:15

**I**

id (1) 64:24
idea (2) 37:3 63:16
ideally (1) 17:19
identification (8)
  7:8 14:18 21:20
  33:22 37:13 44:4
  44:23 48:22
il (1) 2:12
ill (3) 7:3 9:22

Paul Hochstrate                                          2/28/2014

**Page 5**

49:11
**illustrated (1)**
 31:11
**illustration (6)**
 30:20 31:25 39:15
 40:11 41:7,8
**illustrations (2)**
 32:12 40:10
**im (18)** 9:5,19
 15:24 21:22 23:17
 27:18 28:20 29:1
 41:21 42:22 45:15
 50:22 51:3 53:11
 54:7 56:19 57:4
 59:16
**images (1)** 35:13
**impingement (5)**
 10:24 29:25 36:19
 46:19 49:15
**inaccurate (1)**
 57:20
**inch (1)** 10:24
**inches (1)** 18:3
**including (1)** 66:4
**incorrect (3)** 21:8
 44:19 53:10
**indicate (3)** 5:18
 19:14 42:3
**indicated (4)** 20:21
 23:12 47:6,13
**indicates (6)** 18:21
 38:13 43:9,16,18
 51:24
**indicating (2)** 18:2
 32:8
**indication (4)**
 26:14 42:15 43:1
 52:10
**indicator (1)** 61:13
**industry (5)** 12:3
 14:11 22:5 36:10
 36:11
**information (9)**
 12:20 55:1,5,8,11
 55:14,18,22 64:5

**initial (3)** 11:9 12:5
 54:17
**initiated (1)** 10:3
**inset (3)** 31:13,16
 31:25
**inside (1)** 30:5
**insignia (2)** 52:5
 62:15
**instance (1)** 50:2
**instructs (1)** 19:21
**integrated (1)**
 33:17
**intellectual (1)** 56:5
**intended (2)** 42:3
 51:25
**interacts (1)** 30:5
**interested (1)** 68:10
**interesting (1)**
 32:13
**internet (1)** 55:17
**interrupt (1)** 41:21
**introduce (1)** 28:18
**involved (3)** 12:10
 27:16 53:4
**involvement (2)**
 10:7,10
**isnt (6)** 40:15 54:10
 57:2 59:21 60:6
 62:8
**issue (2)** 22:7 34:1
**issuing (1)** 15:23
**items (1)** 5:24
**ive (6)** 6:22 7:10
 8:9 9:13 14:24
 44:25

**J**

**january (1)** 9:7
**jdieso (1)** 2:25
**jobs (2)** 14:10,11
**joseph (1)** 2:23
**judge (1)** 19:20
**june (6)** 43:16,19
 47:21 50:6,15
 54:15
**junior (1)** 9:3

**jurat (1)** 66:1

**K**

**kept (4)** 35:25
 36:22 51:11,17
**kevin (1)** 14:2
**kind (8)** 25:25 26:3
 26:14 29:3,22
 30:1 46:2 65:12
**kinds (1)** 53:25
**kit (2)** 40:5,6
**knew (6)** 13:4,5,5
 16:17 36:16 63:13
**know (52)** 9:16
 12:24 13:1,12,20
 19:3 22:1,4,16,24
 23:13 24:15,19,21
 24:22 26:3,11,16
 26:18 27:22 29:9
 34:10,19 36:14
 40:6 41:8,10,16
 42:2,25 43:4,8,18
 43:20 45:8 46:1,2
 48:10 50:11,25
 51:10 54:24 55:3
 56:21 57:20 58:7
 59:5,17 60:7,5
 63:24 64:3 65:8
**knowledge (17)**
 13:15 26:6,8 42:2
 42:10 48:13,19
 51:1 53:3 55:11
 55:16,23,24 56:22
 58:1 64:13 66:5
**knowledgeable (1)**
 23:20
**known (3)** 10:1,4
 14:6
**koch (1)** 13:9

**L**

**l (6)** 1:25 4:1 5:3
 67:2 68:3,17
**labeled (1)** 39:1
**labeling (1)** 61:12
**ladas (2)** 2:9,15

**large (2)** 11:23
 18:10
**late (1)** 35:11
**latest (3)** 43:24
 47:23 50:8
**lead (1)** 10:12
**left (5)** 9:17 25:21
 26:20 28:11 30:21
**length (2)** 17:24
 18:1
**lengths (1)** 18:13
**letter (2)** 47:16,17
**lever (2)** 32:14 33:5
**lewis (1)** 13:11
**light (4)** 16:11,15
 16:17 17:23
**limitations (1)**
 18:15
**line (4)** 15:22 24:6
 64:1 67:5
**lines (1)** 29:11
**list (1)** 13:3
**lists (1)** 15:2
**little (2)** 7:3 33:2
**llc (3)** 2:19 38:14
 51:8
**llp (2)** 2:4,9
**logo (2)** 42:23 62:8
**long (4)** 6:20 7:1
 18:2,3
**longer (1)** 18:6
**look (7)** 15:15,20
 20:19 31:12,21
 43:23 45:13
**looked (4)** 43:24
 57:6 58:8,14
**looking (5)** 12:21
 28:23 29:6 37:3
 64:1
**looks (5)** 15:1,6
 40:4,5,14
**lot (3)** 11:16 18:1,6
**lower (4)** 32:14
 40:13 41:20 42:14
**lsr (2)** 1:25 68:17

**M**

**m (4)** 5:1 37:10,10
 65:18
**m14 (1)** 39:8
**m16 (3)** 10:23
 46:19 49:15
**m4 (5)** 10:20,20,21
 46:19 49:15
**machine (1)** 13:11
**magazine (9)** 18:4
 18:7 22:4,5,11
 32:5 34:1,8,12
**magazines (2)**
 54:22,22
**main (1)** 10:25
**maintenance (1)**
 40:1
**making (2)** 27:16
 38:22
**manual (35)** 3:20
 3:21,22,23 20:21
 21:8,10 30:22
 31:3,8,11,17
 37:12,20 38:10,17
 43:12,14 44:3,12
 44:19,22 45:5,21
 46:6 48:7,11,14
 48:21 49:3 51:25
 52:9,11 56:15,17
**manuals (17)** 27:22
 28:4,5,9 32:3
 43:10 50:18 52:23
 53:5,8 56:2,6,6,11
 56:20,23 57:9
**manufactured (4)**
 8:24 24:5 60:5
 61:13
**manufacturer (8)**
 36:12 42:16 43:2
 60:6,8 61:22
 62:22 63:24
**manufacturers (5)**
 24:16 25:25 26:4
 26:13 62:4
**manufacturing (9)**

Paul Hochstrate                                        2/28/2014

2:19 5:13 6:19,21
9:12,14 11:22,23
13:16
**march (1)** 68:11
**mark (6)** 7:5 14:15
28:7 62:3 63:15
63:16
**marked (19)** 7:8,10
14:18,20 21:20,22
26:13 33:22 34:3
37:13,16 44:4,6
44:23,25 48:22,25
51:7 62:21
**marking (4)** 7:13
26:4 41:20 53:9
**markings (1)** 25:25
**match (1)** 21:11
**materials (2)** 5:25
40:2
**math (1)** 9:5
**matter (2)** 5:19
58:24
**maximized (1)**
17:13
**mean (12)** 10:15
14:12 19:3 23:1
24:25 25:4 27:3
33:10 37:21 42:4
56:8 63:20
**meaning (1)** 19:14
**means (1)** 43:19
**meant (3)** 27:4
51:17 60:21
**measure (1)** 18:18
**mechanical (1)**
30:12
**meet (3)** 11:19
13:23 36:15
**meeting (2)** 36:11
36:15
**meetings (3)** 12:3
12:15,18
**memorized (1)**
15:12
**mentioned (4)**

10:21 12:2 17:25
63:18
**met (2)** 18:19 36:13
**michigan (1)** 2:11
**middle (4)** 1:1
32:11 46:17 49:13
**military (3)** 9:25
10:25 36:20
**mind (1)** 8:11
**missing (1)** 31:21
**model (8)** 22:22
23:1,2,5,8,10
35:10,16
**modular (2)** 10:18
17:20
**mom (1)** 11:21
**moment (2)** 7:4
20:19
**months (1)** 7:2
**morgan (1)** 1:14
**motors (1)** 8:25
**move (2)** 33:10
39:22
**moves (2)** 33:5,7
**moving (1)** 17:11
**multi (1)** 10:18

**N**

**n (2)** 3:1 4:1
**name (9)** 5:7 6:22
8:20 9:17 19:25
20:3 26:13 62:4
67:22
**named (1)** 68:4
**names (3)** 5:15 9:9
9:9
**need (2)** 17:22 18:6
**needed (2)** 13:23
43:12
**neither (2)** 5:25
68:8
**net (1)** 2:15
**never (8)** 21:1,7
44:16 50:20,24
60:14 62:8,14
**new (3)** 2:20 14:10

23:17
**newly (1)** 32:14
**normally (2)** 47:15
47:16
**notary (4)** 4:6 5:3
66:18 68:3
**noted (1)** 66:4
**notice (1)** 51:7
**notion (1)** 26:17
**november (2)**
54:18,19
**number (13)** 15:10
15:11,13 26:7
38:7 41:6 43:8,11
43:13 47:5,9
49:23 62:23

**O**

**o (1)** 4:1
**oath (2)** 66:13 68:6
**objection (15)**
19:15 24:13 31:4
41:13 42:4,7 48:3
48:15 52:13 60:7
60:16 61:15 62:10
64:7,9
**objections (1)**
19:18
**october (4)** 3:18
33:21 34:9 54:18
**offerors (1)** 18:22
**oh (10)** 2:5 29:1,2
30:16 32:10 38:19
46:5 50:25 54:8
64:2
**okay (79)** 5:17 6:11
6:12,14 7:15,18
8:6,15 9:5,15,18
9:24 12:10,18
13:13 14:3 15:14
16:19 18:12 19:20
19:21 21:5,12,15
21:25 22:21 23:5
23:8,15 24:24
25:7 26:3 27:2,19
27:21 29:2,7,15

29:18 31:5,25
32:3,10,11 33:2
34:24 35:18 36:9
37:6,14 38:8,12
38:20 39:25 40:22
41:10,23 43:6,24
44:18 45:10,13
46:5,9,13,16
48:24 50:22,25
51:2,23 52:19
57:13 60:21 62:24
63:2 64:16,25
65:15
**once (1)** 28:4
**ones (2)** 14:1 53:11
**op (1)** 30:11
**open (2)** 11:21 61:8
**operate (1)** 32:19
**operated (5)** 35:24
36:6 39:7 46:18
49:14
**operating (1)** 39:8
**operation (2)** 24:4
47:2
**operational (1)**
56:1
**operations (2)** 10:1
15:23
**operator (1)** 57:9
**operators (33)** 3:20
3:21,22,23 20:21
21:8,10 27:21
30:22 31:3,8,17
37:12,20 43:10,12
44:3,11,22 45:4
45:21 48:7,11,13
48:21 49:3 50:17
51:25 52:9,11,22
53:5 56:1
**opportunity (2)** 6:7
52:17
**opposed (2)** 25:7
32:20
**opposing (1)** 59:7
**option (1)** 17:19

**order (2)** 5:20 9:16
**ordinary (1)** 51:11
**organization (2)**
9:25 11:13
**original (4)** 3:25
15:16 46:1 49:7
**otis (1)** 40:5
**outcome (1)** 68:10

**P**

**p (1)** 4:1
**package (1)** 27:14
**page (45)** 3:2,12
18:20 20:1 22:11
22:17 25:15,20
26:19 28:10,22
30:19,19 32:4,5,7
32:8,11 33:25
34:12 35:8,9,20
38:6 39:1,14,25
40:9,11 43:6
45:12,17 46:5,16
46:17 47:4 49:11
49:13,21,22 57:7
57:10 61:9 66:5
67:5
**pages (2)** 22:8 40:3
**paperwork (1)**
11:17
**paragraph (8)**
18:12,21 23:21
24:3 26:20 28:16
32:12,17
**parameters (1)**
13:21
**parenthesis (2)**
15:25 32:20
**parenthetical (1)**
32:22
**park (1)** 2:20
**parry (1)** 2:9
**part (22)** 12:5,12
18:17,23 27:13,20
27:20 28:18 33:14
34:13 36:4 38:10
42:11,12,25 43:8

Paul Hochstrate                                                    2/28/2014

43:10,13 47:5,9
49:23 55:20
**participant (1)**
13:19
**participated (1)**
24:23
**participating (1)**
13:2
**participation (4)**
11:5,6 20:4 28:1
**parties (2)** 68:8,10
**parts (3)** 17:12
21:4 23:4
**pass (1)** 6:10
**paul (10)** 1:13 2:17
3:3 5:2,9 65:2
66:3,9,13 68:4
**people (4)** 11:12
13:4 26:9 36:13
**percent (1)** 41:24
**person (1)** 68:4
**personal (1)** 51:20
**personally (1)**
66:12
**phase (23)** 11:9,14
11:15 12:2,11,12
12:16 13:2 25:1,2
27:5 41:18 54:19
62:6,6 63:4,9,11
63:13,24 64:4,10
64:15
**photo (5)** 23:22
25:18 28:10 34:19
34:20
**photograph (1)**
57:14
**photographs (2)**
25:24 35:9
**pick (1)** 64:1
**picked (2)** 11:14
26:15
**picture (1)** 56:16
**pictured (1)** 22:16
**pictures (2)** 35:17
58:23

**piston (22)** 28:18
29:11,18,22 30:8
30:10,14,17 35:5
35:24 36:6,16,17
36:18,18,21,23,25
37:2,3 39:7 47:2
**place (2)** 5:20
11:25
**plaintiff (3)** 1:4 2:8
60:25
**players (1)** 11:8
**please (3)** 5:8 44:10
49:2
**plus (1)** 52:6
**point (3)** 9:22
53:22 63:17
**politician (1)** 63:22
**pop (1)** 11:21
**portion (2)** 22:6
42:3
**position (5)** 6:24
7:1 33:6,7 65:2
**positions (1)** 39:19
**possible (3)** 55:12
65:11,14
**possibly (1)** 7:21
**preconceived (1)**
26:17
**preparation (1)**
48:7
**present (1)** 5:15
**preserve (1)** 19:18
**prevented (1)**
58:25
**previous (2)** 7:12
24:4
**prior (2)** 8:20 12:2
**probably (2)** 8:18
36:21
**procurement (1)**
15:24
**produce (2)** 20:5,8
**produced (1)** 20:9
**product (11)** 18:22
18:23 51:15 53:23

56:7,8,12 60:11
60:14,19 62:7
**production (1)** 54:6
**products (2)** 54:1
62:3
**program (37)** 3:15
10:3,4,5,7 11:5
14:17 15:2,17,21
16:4 18:16 20:3,3
20:5,6,18 21:6,13
22:20 24:17 26:5
26:25 36:7 38:23
48:2 50:24 53:23
54:3,9,10 55:22
60:3 61:22 62:18
63:6 64:5
**programs (2)** 14:12
61:2
**prohibited (1)**
62:17
**project (3)** 10:14
10:15 19:13
**projects (2)** 14:13
14:14
**promote (1)** 56:12
**property (2)** 41:4
56:6
**proposal (1)** 18:23
**propose (1)** 19:9
**protective (1)** 5:20
**prototype (5)** 23:4
23:4,6 50:11
53:24
**prototypes (3)** 54:5
54:10,13
**prove (3)** 11:10,19
12:7
**provide (6)** 18:22
48:10 55:5,7,10
59:19
**provided (19)**
13:22 14:1 19:12
27:22 30:22 31:17
38:4 41:12 45:6
46:3 49:4 54:13

59:13,15,18,24
62:8,14 63:3
**providing (3)** 45:25
55:21 56:1
**public (9)** 4:6 5:4
55:15 60:15 63:19
63:22 64:6 66:18
68:3
**purports (2)** 34:24
35:2
**purpose (1)** 14:8
**purposes (3)** 19:24
22:7 34:4
**pursuant (2)** 5:11
7:20
**pursuing (1)** 8:10
**pushing (1)** 36:22
**put (6)** 26:10 37:4
41:18 42:8 62:22
63:3
**putting (2)** 18:9
41:20

---
### Q
**quarter (1)** 17:9
**quarters (1)** 16:22
**question (3)** 19:17
60:18 64:20
**questions (4)** 52:15
52:18 61:5 62:25
**quite (5)** 23:18
27:12 42:22 59:16
60:18
**quote (3)** 17:13,14
62:7

---
### R
**r (2)** 23:13 34:17
**radisson (1)** 1:14
**rampant (2)** 42:20
52:5
**read (7)** 15:18
22:14 34:25 41:11
46:20 49:16 57:8
**reading (2)** 4:4
29:14

**reads (1)** 26:20
**ready (1)** 19:6
**realized (1)** 19:5
**reason (3)** 7:11
41:17 67:5
**reasoning (1)** 41:25
**recall (1)** 18:14
**recap (1)** 50:16
**received (7)** 7:22
56:15
**receiver (11)** 17:10
20:13 27:6 32:14
40:14,15 41:11,20
42:14,16 43:2
**recess (1)** 37:10
**recognize (6)** 14:23
15:10 34:20 37:17
44:7 48:25
**record (8)** 5:11
10:22 37:14 48:4
64:22,23,24 68:6
**recorded (1)** 5:14
**records (3)** 51:14
51:15,16
**recrossexaminati...**
3:6 62:1
**rectangular (1)**
31:14
**redirect (5)** 3:5,7
61:7 63:1 64:8
**reduced (1)** 68:6
**refer (1)** 9:19
**referred (1)** 54:2
**referring (5)** 9:19
11:1 16:7 37:24
50:2
**refers (2)** 24:3
31:13
**reflect (1)** 57:17
**registered (1)** 52:3
**related (1)** 68:8
**relating (1)** 55:22
**relationship (5)**
59:2 60:3 65:9,12
65:12

| | | | | |
|---|---|---|---|---|
| relationships (1) 9:10 | rifle (18) 10:4,24 10:25 13:22 16:3 20:2 24:5,10 33:17 35:9,24 36:6 39:8 51:25 52:10 60:9,22 63:3 | 39:19 41:2 | 50:18 52:9,10 60:2 61:12,13 | shared (1) 64:5 |
| relative (1) 68:9 | | sake (1) 49:12 | scarls (2) 18:23 21:16 | sheryl (5) 1:25 5:3 67:2 68:3,17 |
| released (4) 11:17 15:3 56:7,8 | | sample (1) 18:22 | scf (1) 15:24 | shooting (1) 22:5 |
| relevant (2) 9:20 22:8 | | samples (1) 18:23 | school (1) 8:7 | shop (2) 22:22 23:1 |
| | | saw (2) 19:13 53:9 | scope (1) 64:8 | shortcut (1) 20:3 |
| remember (5) 17:2 17:9 26:9,10 27:12 | rifles (18) 10:18 15:8,25 18:24 20:6,16,17 21:12 24:15 26:4 27:9 27:24 28:11 33:17 35:13,14 48:1 50:12 | saying (1) 60:19 | searched (1) 59:18 | showing (2) 40:13 40:15 |
| | | says (29) 15:22 16:9,14,19 22:11 22:23 24:6 25:16 28:11,17,17 29:3 30:21 31:16 32:18 34:12 35:10 37:23 38:1 39:6 40:1 41:4 42:25 46:17 46:18 49:13 52:4 52:6,8 | second (1) 18:20 | shown (9) 25:18,22 35:10,13 40:2,12 41:7,8 42:15 |
| reporter (5) 1:25 5:14,16 67:2 68:1 | | | secrecy (4) 63:13 63:18,19,19 | shows (9) 25:21 28:10 39:15,19 40:22 43:8 47:20 50:5 62:7 |
| represented (1) 5:12 | | | secretary (1) 2:24 | |
| representing (3) 2:3,8,17 | right (34) 5:23 12:6 12:8 14:5 17:15 19:25 23:9,11 25:10,16 28:11 29:6,13 30:20 32:2,2,6,9 43:16 45:22 47:20,22 50:5 51:5 52:24 54:4,9 57:3 58:10 58:12 59:20,20,25 65:3 | | see (36) 6:7 16:1,23 19:1 21:9 22:12 23:23 24:8 25:24 25:25 26:1,22 28:20,21 29:3,8,9 29:15 31:1,23,23 32:10,15,23 34:13 35:11,21 36:1 39:3,9 45:13,18 49:22 56:17,17,17 | side (4) 11:18 25:16 25:21 28:12 |
| requested (1) 59:19 | | scar (58) 3:15 10:5 10:16 11:5 12:22 14:17 15:2,8,12 15:17,21 16:1,6,7 16:10,11,12,15,16 16:17,17 17:14,16 19:13,25 20:3,17 20:18,22 22:12,20 24:17 26:5,24 28:14 30:14 32:25 33:17 34:13 35:14 35:21 36:7 37:20 38:23 44:20 48:2 53:19 54:3,9,9 60:2,6,9,11,14,19 60:22 63:6 | | signed (1) 4:5 |
| required (4) 15:7 18:22 27:11,23 | | | | signing (1) 4:4 |
| requirement (11) 16:10 27:8 32:19 33:14 35:24 36:5 36:6,23,24 40:7 48:10 | | | | similar (3) 39:8 46:19 49:15 |
| | | | seeing (1) 64:1 | single (1) 45:12 |
| | | | seen (5) 7:16 14:24 21:23 34:5 45:1 | sir (2) 5:7 6:16 |
| | | | selector (6) 32:14 32:19 33:5 39:16 39:16 40:22 | sit (1) 57:19 |
| requirements (4) 11:20 13:21 19:11 58:20 | righthand (1) 38:6 | | | site (2) 30:4,11 |
| | robinson (1) 13:18 | | | size (2) 18:3,15 |
| | rod (2) 30:11 39:8 | | semi (5) 33:7,11,11 39:20 41:2 | skim (1) 45:15 |
| reserve (1) 5:23 | role (1) 12:4 | | | skimming (2) 15:20 49:10 |
| restriction (3) 55:21,25 56:4 | rotation (4) 33:6,8 33:9 39:23 | | senator (1) 63:25 | slaying (1) 22:9 |
| restrictions (1) 64:4 | rough (2) 15:6,6 | scarh (5) 16:13 17:12,21 18:25 19:3 | send (1) 28:7 | small (13) 3:16,18 11:22 18:9 21:19 22:1,2,3,5 23:3 26:19 33:21 34:8 |
| result (1) 58:20 | roughly (1) 18:1 | | sentence (3) 28:17 33:3 36:2 | |
| retained (1) 3:25 | round (7) 18:5,6,9 57:23 58:3,8,14 | | | smaller (4) 10:23 18:11 31:14 42:13 |
| rev (1) 43:16 | | | separately (1) 36:13 | |
| review (11) 3:16,18 5:21 6:2,7 21:19 22:1,2,3 33:21 34:8 | rounds (3) 17:24 18:1,9 | scarl (41) 3:20,21 3:22,23 16:12,18 17:12,20 18:24 30:23 31:7,17 37:12,23 39:2,3 41:4 42:3,11,12 42:25 44:3,11,22 45:4,21 46:24 47:14 48:9,14,21 49:3,19 50:2,12 | september (3) 3:16 21:19 34:2 | sniper (1) 16:23 |
| | rule (1) 19:19 | | sequentially (1) 7:13 | socom (35) 10:1,4 10:19 12:4,13,15 13:25 14:4 17:17 21:12 24:16 36:12 36:13,13 38:23 48:1,11 50:12 54:2,7,8,10,14 55:22 56:9,23 |
| revised (1) 43:19 | run (3) 13:4 14:6 63:22 | | serial (3) 26:6 41:6 62:23 | |
| revision (6) 43:25 47:17,20,23 50:5 50:8 | | | serpentine (1) 52:3 | |
| | ——— S ——— | | server (1) 51:21 | |
| revisions (1) 43:21 | s (11) 1:4 2:8,11,14 4:1,1 10:25 16:22 36:20 41:4 67:2 | | share (1) 5:25 | |
| ribbon (2) 25:8,12 | safe (4) 33:6,10 | | | |

Paul Hochstrate                                    2/28/2014

| | | | |
|---|---|---|---|
| 57:1,23 58:18 | 16:20,21 17:8 | **supply (1)** 6:9 | 61:12 | **think (2)** 25:11 |
| 60:3 62:3,8,14,18 | 18:24 20:12 25:17 | **supposed (2)** 62:20 | **terms (3)** 53:5 | 27:14 |
| 63:3 | 32:21 33:5 38:1 | 62:22 | 58:18 62:4 | **thinking (1)** 51:3 |
| **socoms (7)** 11:5 | 39:3 | **sure (7)** 18:18 | **tested (3)** 24:7,11 | **thirds (1)** 30:3 |
| 20:1 32:18 33:14 | **start (2)** 8:6 9:6 | 23:18 27:18 28:5 | 63:23 | **thought (2)** 17:18 |
| 35:23 36:5 58:20 | **started (1)** 36:16 | 37:9 42:22 59:16 | **tester (1)** 63:22 | 23:17 |
| **sof (4)** 10:4 15:24 | **state (6)** 5:4,7,10 | **sv (1)** 16:23 | **testified (2)** 5:5 | **three (18)** 9:13 17:7 |
| 16:3 20:2 | 8:10,13 68:3 | **switch (3)** 39:16,16 | 62:2 | 18:24 20:9,11 |
| **sold (1)** 60:14 | **statement (1)** 24:10 | 40:22 | **testify (1)** 68:5 | 21:3 23:23,25 |
| **solicitation (20)** | **states (2)** 1:1 15:22 | **sworn (2)** 5:3 68:5 | **testifying (1)** 60:1 | 26:21 27:6 39:1 |
| 3:15 11:9,20 | **status (1)** 27:2 | **symbol (1)** 38:13 | **testimony (3)** 58:11 | 39:19 45:17 46:5 |
| 12:22 14:17 15:2 | **stipulated (1)** 4:4 | **synopsis (4)** 15:1 | 66:4 68:7 | 46:12,13,16 49:12 |
| 15:3,6,10,11,13 | **stock (1)** 10:25 | 15:15,16,21 | **testing (3)** 21:4 | **threshold (1)** 16:11 |
| 15:17,23 17:18 | **store (1)** 11:21 | **system (5)** 30:8 | 26:15 62:4 | **thumb (1)** 32:9 |
| 19:11 26:11 27:7 | **stored (1)** 51:21 | 35:25 39:8 46:19 | **text (6)** 26:20 28:16 | **time (11)** 9:13 |
| 27:8 42:12 54:17 | **strategic (1)** 10:1 | 49:15 | 29:1 32:11 35:20 | 13:20 23:16,18 |
| **solicitations (3)** | **street (2)** 1:14 2:5 | | 35:23 | 35:19 37:7 49:23 |
| 11:16 14:10 64:14 | **stuff (1)** 55:16 | **T** | **thank (6)** 5:10 | 50:24 52:16 53:22 |
| **somebody (1)** | **style (1)** 67:2 | **t (2)** 4:1,1 | 52:16,20 64:17,19 | 53:25 |
| 55:18 | **subheading (2)** | **take (4)** 8:16 31:13 | 65:16 | **title (3)** 22:24 23:18 |
| **somebodys (1)** | 29:4 35:21 | 37:7 50:22 | **thanks (1)** 65:17 | 52:8 |
| 63:15 | **subject (2)** 58:24 | **taken (2)** 66:4 68:9 | **thats (33)** 6:4 9:16 | **today (10)** 5:12 |
| **someones (1)** 51:20 | 64:9 | **talk (2)** 32:3 59:10 | 15:10 16:13,14 | 46:7 52:16 54:3 |
| **sorry (6)** 15:24 | **submission (3)** | **talked (6)** 17:17 | 21:6 22:4,23,24 | 57:19 58:17,22 |
| 28:20 29:1 41:21 | 38:22 40:7 48:11 | 20:12 27:21 38:20 | 24:5 26:18,18 | 59:8,19 60:1 |
| 56:19 57:4 | **submissions (4)** | 48:6 54:21 | 30:6,13 32:10,21 | **told (2)** 36:25 37:1 |
| **sort (2)** 56:15 60:2 | 20:6 26:21 32:25 | **talking (9)** 9:22 | 37:2 38:11 39:19 | **tool (1)** 13:11 |
| **spacing (1)** 31:23 | 48:14 | 26:9 28:17 39:2 | 41:17,19 42:1,21 | **top (10)** 22:16 |
| **speaking (2)** 9:20 | **submit (6)** 17:3,4,6 | 39:17 52:22 53:11 | 44:11 45:4,21 | 23:22 25:21 28:10 |
| 20:8 | 19:7 21:5 27:5 | 54:7 61:11 | 47:1 57:14 58:11 | 28:23 30:20,21 |
| **special (2)** 15:23 | **submitted (13)** | **talks (3)** 17:11 | 59:23 61:23 64:17 | 35:8 37:23 40:1 |
| 24:4 | 17:7 18:16 20:16 | 18:12 23:22 | 65:15 | **topic (1)** 46:11 |
| **specs (1)** 17:1 | 21:12 24:16 26:5 | **technical (6)** 8:13 | **thereof (1)** 45:23 | **topics (1)** 8:1 |
| **speculate (1)** 55:4 | 27:9,15,23 33:18 | 8:16,21 18:25 | **theres (14)** 6:22 | **total (4)** 33:6,9,12 |
| **speculation (1)** | 48:1,1 50:11 | 19:4,7 | 26:19 30:20 32:12 | 39:23 |
| 42:7 | **subpoena (6)** 3:14 | **tell (25)** 8:8 10:10 | 35:20,20 36:20 | **tower (1)** 2:4 |
| **speculative (1)** | 5:11 7:8,18,20,22 | 11:4 12:10 13:3 | 38:6,13 39:15 | **toy (1)** 23:6 |
| 41:13 | **subscribed (1)** | 14:8 20:24 21:25 | 42:20 52:4 59:23 | **tracking (1)** 38:7 |
| **spell (1)** 5:7 | 66:13 | 22:3 33:25 34:7 | 60:21 | **trade (1)** 56:2 |
| **spiral (1)** 45:19 | **suite (1)** 2:10 | 37:19 40:2,12 | **theyre (8)** 37:3,4 | **trademark (2)** |
| **spoke (2)** 40:23 | **superior (1)** 9:3 | 41:1,16,24 44:7 | 51:15,15,17,20,22 | 42:21 52:4 |
| 44:13 | **supervision (1)** | 45:3,20 49:2 | 63:23 | **transcript (4)** 4:5 |
| **spoken (1)** 59:7 | 68:6 | 51:10 58:6 59:17 | **thing (1)** 60:2 | 5:22 6:7 67:1 |
| **square (1)** 31:14 | **supplied (4)** 20:11 | 62:21 | **things (4)** 10:19 | **transcription (1)** |
| **standard (10)** | 20:13,20 48:14 | **telling (1)** 36:19 | 15:7 28:7 53:5 | 6:8 |
| | | **term (2)** 19:13 | | |

Paul Hochstrate                                                    2/28/2014

travel (1) 32:20
trees (1) 22:9
true (2) 66:4 68:6
truth (3) 66:13
  68:5,5
trying (1) 9:5
tube (3) 30:4 40:16
turn (17) 18:20
  22:10 25:20 30:19
  32:4 34:11 35:8
  38:25 39:14,25
  40:9 43:6 45:17
  46:5 47:4 49:11
  49:21
turned (1) 12:23
two (20) 7:2 9:17
  16:10 17:21,22
  25:2 28:11,18
  29:11 30:3 34:13
  35:9 40:3 54:19
  63:9,12,13 64:4
  64:10,15
type (67) 3:20,21
  3:22,23 17:8,8,8,9
  20:10,10,11,11,22
  20:24,25,25 21:6
  21:9,11 24:1
  25:16,21 28:12,14
  28:19 29:3,12,13
  29:18 30:14,25
  31:7,18 34:13
  35:2,5,21 37:12
  37:20,23 39:6,12
  44:3,11,11,13,15
  44:22 45:4,21
  46:15,15,15,17,23
  46:24 47:14,14,18
  47:19 48:21 49:3
  49:14,19 50:3,20
  52:9
types (5) 17:7 20:9
  21:2,2 48:9

U

u (4) 4:1 10:25
  36:20 41:4

ultimately (1)
  11:12
umc (1) 8:24
understand (6)
  5:19 7:19 11:18
  19:17 25:3 60:18
understanding (9)
  5:20 12:19 27:3
  54:20 56:25 62:19
  62:20 63:8,11
understood (3) 6:2
  6:4 19:25
united (2) 1:1
  15:22
units (1) 11:11
unnecessarily (1)
  18:10
unwritten (3) 35:24
  36:5,6
update (3) 43:12
  53:4,7
updated (3) 21:11
  53:1,17
updates (2) 53:8,14
upper (3) 17:9
  20:13 27:6
use (1) 42:14
uses (1) 36:20
usually (2) 30:11
  43:10

V

variant (2) 16:23
  17:4
variants (6) 16:21
  16:25 17:2,3,6
  20:12
various (1) 15:4
veil (2) 63:13,18
version (15) 10:23
  16:15,16,21 20:14
  20:14 21:7 35:5
  38:1,2 39:3,3
  47:25 51:4 60:9
versions (3) 17:21
  17:22 46:14

versus (1) 30:8
view (1) 25:16
vinc (1) 2:5
vs (2) 1:5 67:2

W

waiting (1) 21:9
want (10) 11:12
  17:19 22:1 34:9
  36:4 37:5 58:23
  63:15,25 64:23
wanted (9) 10:19
  11:22,23 12:20,21
  12:24 18:5 26:12
  33:8
wasnt (5) 11:20
  27:20 30:16 44:20
  51:3
waterbury (2) 8:13
  8:16
way (3) 18:8 30:3
  63:15
weapon (17) 17:20
  18:4 24:6 28:19
  29:12,19,22 30:13
  30:15,17 39:6
  46:18,23 49:14
  57:17,22 61:14
weapons (12) 17:14
  17:16 18:15 20:9
  20:11 22:12 29:25
  30:1 34:13 46:20
  49:16 50:18
website (2) 14:6,9
weeks (2) 38:5
  59:12
weigh (1) 18:18
weight (2) 18:13,15
went (4) 8:13 21:6
  36:10 43:22
west (1) 2:21
weve (5) 6:1 38:7
  52:22 54:21 58:22
whats (10) 6:24
  25:22 31:10 39:1
  40:12 42:19 53:7

57:16,17 65:2
whelaw (1) 2:7
whichever (1) 21:3
whos (1) 22:16
win (1) 41:19
wit (1) 68:4
witness (9) 4:5
  28:23 29:15 52:19
  60:8,17 64:10
  68:7,11
won (6) 24:21,22
  24:24 25:1 54:18
  60:9
wondering (1)
  19:20
wood (1) 2:4
words (1) 41:10
work (1) 19:12
worked (8) 8:24,25
  9:2,13 16:18
  22:20,22 23:16
working (4) 9:6
  10:14 21:1 51:3
works (1) 20:25
wouldnt (8) 18:7
  26:16 36:14,21
  38:11 57:19 63:24
  63:25
wound (2) 8:11,12
writing (5) 41:1,3
  42:20 62:15 68:6
written (1) 54:23
wrong (1) 36:20
wrote (1) 23:19

X

x (1) 3:1
x31354 (2) 47:9
  49:23

Y

year (1) 11:25
years (6) 6:23 8:9
  8:15,20 9:1,2
yeske (5) 1:25 5:3
  67:2 68:3,17

yesterday (3) 45:6
  49:5 59:11
york (1) 23:17
youll (3) 25:20
  30:19 35:8
youre (5) 11:1
  60:19 62:16 65:6
  65:13
youve (3) 8:19
  58:17 62:2

Z

zeroes (1) 41:5

0

0000028 (2) 1:25
  68:17
02879 (1) 32:6
04 (3) 43:16 47:21
  50:6
06110 (1) 2:21

1

1 (4) 7:11 9:1 10:24
  18:3
10 (2) 37:10,10
100 (1) 41:24
11 (2) 39:14 65:18
12cv275 (1) 1:5
14 (2) 3:15 10:24
16 (1) 39:25
1600 (1) 2:10
17 (1) 39:25
180 (2) 32:21 33:6
1960s (1) 35:11
1980 (1) 8:18
1985 (2) 9:7,7

2

2 (5) 9:1,7 10:24
  18:3,3
2003 (3) 12:1 36:11
  54:18
2004 (10) 12:1
  38:14 43:19 50:15
  51:7 53:1,15,17

54:15,19
**2006 (7)** 3:16,18
21:19 33:21 34:2
34:9 55:15
**2014 (5)** 1:13 66:4
66:12 68:4,11
**2018 (1)** 68:17
**21 (2)** 3:16 65:18
**224 (1)** 2:11
**2700 (1)** 2:4
**28 (3)** 1:13 66:4
68:4
**29 (2)** 6:23 8:20

**3**

**3 (2)** 1:5 9:1
**30 (5)** 5:21 6:1,6
22:11 37:10
**31 (5)** 40:9,11
57:10 61:9 68:17
**3124271300 (1)**
2:13
**33 (1)** 3:18
**34 (1)** 32:5
**37 (2)** 3:20 57:7
**38 (1)** 5:1
**39 (1)** 37:10

**4**

**44 (2)** 3:21,22
**441 (1)** 2:5
**45 (2)** 33:11,11
**45202 (1)** 2:5
**45mm (1)** 39:7
**48 (1)** 3:23

**5**

**5 (7)** 3:4 21:14 39:7
41:5 42:13 46:18
49:14
**50 (2)** 1:14 34:12
**5132412324 (1)** 2:6
**52 (1)** 3:4
**545 (1)** 2:20
**56 (3)** 21:14 39:7
42:13

**56mm (1)** 41:5
**56x45mm (2)** 46:18
49:14

**6**

**6 (1)** 68:11
**60604 (1)** 2:12
**61 (6)** 3:5,14 7:6,7
7:11,11
**62 (5)** 3:6,15 14:15
14:16,21
**62x51 (3)** 18:5 19:6
19:10
**63 (5)** 3:7,16 21:18
21:23 33:24
**64 (3)** 3:18 33:20
34:4
**65 (9)** 3:8,20 37:11
37:16 47:8,9
50:16 51:5 52:23
**66 (5)** 3:21 44:2,7
50:17 52:23
**67 (11)** 3:22 44:21
45:1,23 47:10
50:17 51:5,23
52:23 57:12 61:8
**68 (8)** 3:23 48:20
48:25 49:12,22
50:17 51:5 52:23

**7**

**7 (5)** 3:14 18:5 19:6
19:10 68:17
**703 (2)** 35:10,16

**8**

**8602441307 (1)**
2:22

**9**

**9 (1)** 5:1
**90 (6)** 32:19 33:7,8
33:9,12 39:23

KLEIN, JOHN

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

FN HERSTAL, S.A.,

      Plaintiff,

vs.                Civil Action No.:  3:12-cv-102(CAR)

CLYDE ARMORY, INC.,

      Defendant.

_____/


      Deposition of **JOHN M. KLEIN**, held on Wednesday, October 30, 2013, at Sage International Ltd., 3455 Kings Corner Road, Oscoda, Michigan, 48750, commencing at 9:54 a.m., before Angela L. Chritz, Certified Shorthand Reporter and Notary Public in and for the State of Michigan.



Nationwide Depositions, Hearings and Trials ● Conference Facilities
Videoconferencing ● Legal Video Services ● Exhibit Scanning
Transcript / Video Synchronization ● 24-7 Online Repository

**1.888.ACR.3335 ● 1.800.862.4206 (FAX)**
info@acrdepos.com ● www.acrdepos.com ● scheduling@acrdepos.com

2
J. KLEIN

1

2    **APPEARANCES:**

3

4    For the Plaintiff:

5    MR. BURTON S. EHRLICH

6    Ladas & Parry, LLP

7    224 South Michigan Avenue

8    Suite 1600

9    Chicago, IL   60604

10   (312) 427-1300

11   burte@ladas.net

12

13   For the Defendant:

14   MR. GLENN D. BELLAMY

15   Wood Herron & Evans, LLP

16   2700 Carew Tower

17   441 Vine Street

18   Cincinnati, OH   45202-2917

19   (513) 241-2324

20   gbellamy@whe-law.com

21

22

23

24

25

3

1                   J. KLEIN

2     **APPEARANCES:    (CONT'D)**

3

4     For  the  Witness:

5     MR.  ARNOLD  S.  WEINTRAUB

6     The  Weintraub  Group,  PLC

7     24901  Northwestern  Highway

8     Suite  311

9     Southfield,  MI    48075

10    (248)  809-2005

11    asw@weintraubgroup.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

J. KLEIN

**INDEX TO EXHIBITS**

**DESCRIPTION**                                                    **MARKED**

Exhibit-17                                                              9

(Subpoena)

Exhibit-18                                                              10

(Confidentiality Agreement)

Exhibit-19                                                              45

(Declaration of John M. Klein)

Exhibit-20                                                              53

(Documents Produced Pursuant to Subpoena)

Exhibit-21                                                              90

(Account Summation created by computer)

        Note:  The exhibits are in the

possession of Mr. Ehrlich and were not given

to the court reporter to attach to the

transcript.

5

J. KLEIN

**DEPOSITION OF JOHN M. KLEIN**

**OCTOBER 30, 2013**

1

2

3

4      THE COURT REPORTER:  Would you raise

5  your right hand, please.

6      Do you swear that the testimony you

7  are about to give in this case will be the

8  truth, the whole truth, and nothing but the

9  truth, so help you God?

10      MR. KLEIN:   I do.

11  Thereupon,

12      **JOHN M. KLEIN,**

13  having been called as a witness by the

14  plaintiff, was sworn in and testified as

15  follows:

16      MR. EHRLICH:   Okay.  Let the record

17  show that this is the deposition of John

18  Klein taken pursuant to subpoena, notice of

19  deposition, and agreement of Counsel.

20      And before this deposition started, I

21  -- I -- had discussed something so we'd all

22  be the same page and have the same

23  understanding, that that is that whenever I'm

24  referring to the plaintiff in this case, or

25  FN Herstal or Herstal, USA, I'm referring to

6

J. KLEIN

2   any and all of the -- the Belgium Company,

3   as well as its US subsidiaries.

4        John, you're shaking your head yes.

5   You have to answer audibly during the

6   deposition, just a reminder on that.  So if

7   you can just -- you do have that

8   understanding; isn't that correct.

9        THE WITNESS:   Correct.

10        Okay.  And why don't we swear in

11   the witness.

12        MR. WEINTRAUB:  We already did.   For

13   the record, she already did.

14        MR. EHRLICH:  Oh, I'm sorry.  I'm

15   sorry.

16                    EXAMINATION

17   BY-MR.EHRLICH:

18     Q.   For the record, please state your

19   name.

20        MR. WEINTRAUB:  No.   Before we

21   begin, it is understood between counsel and I

22   in advance of this deposition that this

23   entire deposition is attorney's eyes only,

24   outside attorneys' eyes only, highly

25   confidential until such time as counsel agree

7

J. KLEIN

1
2      otherwise.
3              MR. EHRLICH:   And that is correct.
4      There's a protective order that's been
5      entered in this case and at some point in
6      time we may ask and we'll give reasonable
7      notice and get a reasonable time period, we
8      may ask you to mark what's attorneys' eyes
9      only.   It will be your marking of it
10     pursuant to the protective order, which you
11     have a copy of provided at the -- or it
12     might be confidential pursuant to the
13     standard protective order.
14             MR. WEINTRAUB:   Understood.
15             MR. EHRLICH:   That would be great.
16     Thank you.
17             MR. WEINTRAUB:   For purposes right
18     now, this is outside attorneys' eyes only.
19             MR. EHRLICH:   That's exactly right.
20     **BY-MR.EHRLICH:**
21         Q.   For the record, please state your
22     name and please spell your last name.
23         A.   John Michael Klein, K-l-e-i-n.
24         Q.   And what is your residence address?
25         A.   2222 McKechnie, M-c-K-e-c-h-n-i-e,

8

J. KLEIN

1
2  Road, Harrisville, Michigan 48740.

3      Q.  And what company do you work for,

4  Mr. Klein?

5      A.  Sage International and Sage Control

6  Ordinance.

7      Q.  And for the record, please state the

8  business address of both entities.

9      A.  Sage International is 3455 Kings

10  Corner Road, Oscoda, Michigan 48750.  And

11  Sage Control Ordinance is 6240 North Sage

12  Street, Oscoda, same ZIP, 48750.

13      Q.  Okay.  And maybe you can just

14  briefly tell us your present title at both

15  companies.

16      A.  President.

17      Q.  And were you the founder of both

18  companies as well?

19      A.  Yes.

20      Q.  And just an informality, can I call

21  you John instead of Mr. Klein?  And you can

22  call me Burt.

23      A.  Okay.  That's fine.

24      Q.  Thank you.

25          MR. EHRLICH:  Okay.  If -- I'd ask

9
J. KLEIN

1    the court reporter to please mark the

2    subpoena for a moment that is pursuant to

3    this deposition.   If you can mark this, it

4    will be Plaintiff's Exhibit Number-17.   It's

5    Number 17 because we've had 16 other exhibits

6    at prior depositions for the plaintiff, and

7    we'll just continue numbering, but we'll call

8    it Plaintiff's Exhibit Number-17 and call it

9    Klein Deposition underneath it.

10            **(Whereupon, Exhibit-17 was marked for**

11   **identification.)**

12   **BY-MR.EHRLICH:**

13       Q.   Okay.   I'd like to hand the subpoena

14   to the witness.   We have a couple copies

15   here for Counsel and Glenn.

16            Are you familiar with that document,

17   Mr. Klein?   Or John, I'm sorry.

18       A.   I've seen it.

19       Q.   You've reviewed that document before

20   today?

21       A.   Generally.

22       Q.   Do you recall when you first

23   reviewed it, approximately?

24       A.   Week ago, I believe.

10

J. KLEIN

1

2    Q.   And I'd ask you to turn to Schedule

3    A, Topics of Deposition.   And I'd like you

4    to take a moment and read through it.   It's

5    three pages.   I think there's 19 listed

6    topics.   I'd like you to read through that

7    for a moment.

8         MR. EHRLICH:   Why don't we go ahead

9    and mark another exhibit while he's reading

10   through that, if you could mark this as

11   Exhibit-18, please, I'd appreciate it.

12        **(Whereupon, Exhibit-18 was marked for**

13   **identification.)**

14   **BY-MR.EHRLICH:**

15        Q.   Are there any -- you've read through

16   those topics now for about the last seven

17   minutes or so?

18        A.   Yes.

19        Q.   And are there any topics on those

20   pages that you are not prepared to talk

21   about today?

22        MR. WEINTRAUB:   I'm going to object

23   to the form of the question.   It depends on

24   your question.

25        Q.   Go ahead, you can answer.

11
J. KLEIN

A.   Ask me a question.

Q.   The question that's pending, are
there any topics that are listed there that
you are not prepared to talk about today?

A.   No.   No.

Q.   So you can talk about all of these
topics today, can't you?

A.   Sure.

Q.   Okay.   Thank you.

Have you ever worked with Herstal on
any business matters?

A.   Yes.

Q.   And have you ever entered into a
contractual relationship with Herstal?

A.   No.   Not to my -- not that I can
recall.

Q.   Have you ever attempted to develop
any products with Herstal?

A.   Not that I recall.

Q.   Okay.   You mentioned a moment ago
that you have worked with Herstal on business
matters.   What business matters have you
worked with Herstal on?

A.   Herstal had an interest in Less

12

J. KLEIN

1
2  Lethal 37 millimeter, 40 millimeter.  And we

3  started down that road with Herstal.

4      Q.  When was that, approximately?

5      A.  Eight years ago.  I'm guessing.

6      Q.  About eight years ago, approximately?

7      A.  Yeah.  And then there was another

8  project for an underslung 40 millimeter

9  launcher for -- for mounting under a rifle.

10      Q.  And when was that project?

11      A.  About the same time, I believe.

12      Q.  So there were two projects running

13  about the same time?

14      A.  Yes.

15      Q.  And both, to your knowledge, was

16  approximately eight years or so ago?

17      A.  I'm guessing.  It's a long time ago.

18      Q.  Okay.  And how long did those

19  projects continue for, approximately?

20      A.  Six months to a year, maybe.

21      Q.  Okay.  I'm going to show the witness

22  exhibit, which we've marked Plaintiff's

23  Exhibit Number-18 for identification, and I

24  have a copy here for counsel.

25          Whoops.  That may be the one that

13

J. KLEIN

1  -- excuse me.  I may have marked that one.

2  So let me see if it is.  If you can hand

3  that back for a moment, let me just see.

4  Because if it is, then I'll give you the

5  unmarked one.

6          MR. WEINTRAUB:  You can give me the

7  marked one, if you want.

8          MR. EHRLICH:  I don't care either,

9  but it's just -- why don't we put this

10  sticker on this one.  This is the marked

11  one.  I'll just move it to this one.

12          **(Whereupon, Mr. Ehrlich removed the**

13  **exhibit sticker from one document to**

14  **another.)**

15          MR. WEINTRAUB:  Burt, do you have a

16  copy for me?

17          MR. EHRLICH:  Yes, I do.

18  **BY-MR.EHRLICH:**

19      Q.  I'll give you back the exhibit.

20  Eighteen for you.

21          Okay.  Let me just get a little

22  more background here.  When did you first

23  hear of Herstal?

24      A.  Long time ago.

14
J. KLEIN

1

2    Q.    Would it have been when you were in

3    the military or even before that?

4    A.    Probably when I was in the military.

5    Q.    And how many years ago would that

6    have been when you -- approximately when you

7    first heard of them?

8    A.    I was in the army in the mid-'60s,

9    mid to late '60s.

10   Q.    And by then you would have heard of

11   Herstal?

12   A.    Generally, yeah.

13   Q.    Okay.  Is Herstal a well-known

14   company?

15   A.    Yes.

16   Q.    And what's the reputation of Herstal?

17        MR. WEINTRAUB:   I'm going --

18        MR. EHRLICH:   He can -- he can

19   answer.

20        MR. WEINTRAUB:   Let me note my

21   objections.  You're not calling him as an

22   expert witness, it's his perception?

23        MR. EHRLICH:   That's all I'm asking.

24        THE WITNESS:   They make an excellent

25   product.

15
J. KLEIN

1
2     BY-MR. EHRLICH:

3          Q.   Thank you.

4          Okay.   With reference to this

5     exhibit, the first could you, you know, in

6     reviewing it, I think the first several

7     pages, does that reflect the confidentiality

8     agreement entered into between your company

9     and Herstal in June of 2001?

10         A.   Yes.

11         Q.   And that's regarding the potential

12    development of a product with Herstal?

13         A.   Yes.

14         Q.   And you signed that agreement, did

15    you not?

16         A.   I did.

17         Q.   And why don't you take us through

18    this exhibit and describe what's going on

19    here.   Is this something relating to what

20    you were talking about a moment ago?

21         A.   Yes.

22         Q.   One of the projects?

23         A.   Yes.

24         Q.   Was -- and there was a second

25    project that's not reflected by these

16

J. KLEIN

1

2    documents, is that right, with Herstal?

3        A.   Say that again.

4        Q.   You described -- well, let's --

5    let's talk about these documents for a

6    moment.  What were you doing in these

7    documents?  You were coming out with a

8    product?

9        A.   I think Herstal or FN approached us

10    because we had shown this device, this

11    underslung launcher, and they wanted to

12    partner to develop it further.  The compact

13    launcher.

14        Q.   And was this for sale potentially to

15    SOCOM?

16        A.   It was to the US Military.  I'm not

17    -- I don't -- I don't know specifically if

18    it was for SOCOM.

19        Q.   Who is Mark Cherpes, are you

20    familiar with him?

21        A.   I know Mark Cherpes.

22        Q.   How do you know Mark Cherpes?

23        A.   I know Louis Dillais.  I've met both

24    of these gentlemen many times.

25        Q.   How do you know him so well?  I

17
J. KLEIN

1
2    mean you said --

3        A.  I didn't say I knew him well.

4        Q.  You've met him many times.  Why

5    don't you describe how you've met him many

6    times.

7        A.  At trade shows and at their office.

8        Q.  Which offices of Herstal have you

9    been to?

10       A.  I have been to the one in Virginia

11   and I have been to the one in Liege.

12       Q.  That would be the corporate parent

13   in Liege?

14       A.  I was at the manufacturing facility,

15   yes.

16       Q.  Of Herstal?

17       A.  Yes.

18       Q.  And when were you at their offices?

19   Have you been there a number of times?

20       A.  Once or twice.

21       Q.  At each of those offices?

22       A.  Once to -- to Liege.  And once or

23   twice to Virginia.

24       Q.  Have they been to your facility

25   ever?

18
J. KLEIN

1

2      A.   I believe so.

3      Q.   And, well, you said you "believe

4   so."  Do you know so?

5           MR. WEINTRAUB:   You don't have to

6   guess, Jack.

7           THE WITNESS:   I think so, but I'm

8   not sure.

9      Q.   Are there any documents that would

10  -- that you could refer to on whether they

11  were here?

12     A.   No.

13     Q.   And what makes you think that you

14  think that they were here?

15     A.   I think we fired this launcher.

16     Q.   The one referenced within these

17  documents?

18     A.   Oh, I'm sorry.   Launcher.   This one.

19     Q.   Okay.   Can you tell me what page

20  that is in this?

21     A.   I don't know what page it is.   It's

22  entitled Sage 201 US Compact Launcher.

23     Q.   And you fired that launcher here at

24  your facility?

25     A.   Yes.

19
J. KLEIN

1

2     Q.   And Herstal was present during that

3     firing?

4     A.   I believe so.   And I think it was

5     -- yes.

6     Q.   And who was it that was present

7     during that firing?

8     A.   Actually it was somebody from the

9     manufacturing group in, what?   South

10    Carolina?   Do they have a facility in South

11    Carolina?

12    Q.   Yes.

13    A.   From there.   Columbia.

14    Q.   Do you remember who the person was?

15    A.   No.

16    Q.   Was it Frank Spaniel?

17    A.   No.

18    Q.   Was it Bucky Mills?

19    A.   Nope.

20    Q.   Do you know Bucky Mills?

21    A.   I do.

22    Q.   And how do you know Bucky Mills?

23    A.   From trade shows.

24    Q.   And do you know Frank Spaniel?

25    A.   No.

20

J. KLEIN

1

2      Q.   If you look at the document where

3  it's a fax from Herstal, and it's from Mark

4  Cherpes.

5      A.   Where is this?   I've got it.

6      Q.   Okay.   Good.   Okay.   In glancing at

7  that document, does that refresh your

8  recollection that the product being developed

9  was for SOCOM?   A SOCOM program?

10     A.   Yeah.

11     Q.   I'm sorry?

12     A.   Yes.

13     Q.   Okay.   So the product was for the

14  military and potentially SOCOM as well; is

15  that correct?

16     A.   Say that again.

17     Q.   I'll strike that.   We've already

18  answered that actually.

19         Okay.   This document talks about the

20  potential for your going to FN Herstal.   Is

21  that where you visited Herstal?

22     A.   I believe so.

23     Q.   And this is -- these documents are

24  dated in October of 2001, and the agreement

25  is June of 2001.   Is there anything in these

21
J. KLEIN

1

2    documents that -- that you think is

3    inaccurate about the time period or anything

4    like that?   Mainly asking the time period.

5         MR. WEINTRAUB:   For the record, the

6    fax that you're referring to is not directed

7    to Sage, but it's from Mark Cherpes to

8    George Chauveheld.

9         MR. EHRLICH:   I was referring to

10   some other documents, including the letter

11   from -- the letter that John Klein signed on

12   the page, which shows a fax there too.

13        MR. WEINTRAUB:   Why don't we, just

14   for convenience, why don't we further

15   identify this document? Hold on a second.   I

16   believe it's a 13-page document.

17        MR. EHRLICH:   That's correct.   Here,

18   I'll ask another question.   I'll strike the

19   last question.

20        MR. WEINTRAUB:   Yeah, let's do this

21   so we know what pages we're at.

22   **BY-MR.EHRLICH:**

23        Q.   Okay.   There's a document, which is

24   a letter dated 11 October 2001.   And it's

25   from Sage International.   Do you see that

22

J. KLEIN

2  document?

3        MR. WEINTRAUB:  Hold on.  Let us

4  catch up to you.  I'm marking the pages.

5        THE WITNESS:  Yep.

6     Q.  And is that document signed by you?

7     A.  Yes.

8     Q.  Okay.  And then the document refers

9  to the biographical sketches of John Klein

10  and of Sage Companies and some other

11  biological sketches.  Are those the sketches

12  that are attached to that document?  The

13  next page is entitled "Sage International,

14  LTD, Company Profile," and underneath that it

15  says, "Sage Control Ordinance, Inc., and then

16  the next one is "John M. Klein."  The next

17  one is a two-page document saying "ISTEC."

18        And my question is was that attached

19  -- were those the attachments that you were

20  providing as referenced in your letter dated

21  11 October 2001?

22     A.  I don't recall.

23     Q.  Okay.  Let's look at Sage

24  International, next page.  Sage International,

25  LTD.  Talks about the company profile.

23

J. KLEIN

1
2  Talks about under "Company Mission," in part,
3  it says, "To design, develop, manufacture and
4  distribute quality products to the special
5  operations military services and to law
6  enforcement."
7          Is that -- was that the company
8  mission back then?  Is it accurately stated
9  in this document?
10     A.   Yes.
11     Q.   And is that still the company
12  mission of Sage International?
13     A.   Yes.
14     Q.   Then under "Sage Control Ordinance,"
15  which appears to be a separate company, and
16  that's the case, it is a separate company,
17  isn't it?
18     A.   Yes.
19     Q.   Okay.  It talks about under "Company
20  Mission:  Ammunition to military and law
21  enforcement customers."  Was that an accurate
22  statement of the company mission?
23     A.   Yes.
24     Q.   And is that still an accurate
25  statement of the company mission?

24
J. KLEIN

1

2   A.   Yes.

3   Q.   And both companies still exist?

4   A.   Yes.

5   Q.   Why are there two separate companies,

6   just briefly?

7        MR. WEINTRAUB:   I'm going to object.

8   That's really not relevant.

9        If you don't -- if you don't have a

10  problem answering it, go ahead, John,

11  otherwise --

12       MR. EHRLICH:   I'm not looking for,

13  you know, any real deep -- I'm just looking

14  for a brief just to establish the record.

15       MR. WEINTRAUB:   There's no record to

16  be established.   It's two separate companies.

17       MR. EHRLICH:   Some background.

18       MR. WEINTRAUB:   It's up to you,

19  John, if you want to answer.

20  BY-MR.EHRLICH:

21  Q.   Go ahead.   Go ahead.

22  A.   Are you cheerleading me on?

23  Q.   Yes, I am.

24  A.   Kind of figured you would.

25       Well, that one is kind of easy:

25

J. KLEIN

Sage International predated Sage Control

Ordinance by quite a long period of time.

Sage Control Ordinance at the time that we

started it I had a partner, so we had two

different corporations.

Q.  Thank you.

In reviewing this document, was that

put together by you basically back -- this

-- this document about describing the two

entities?

A.  Yes.

Q.  And would you consider at least as

of the time that this document was prepared

the document is fully accurate of the two

entities?

A.  Yes.

Q.  Okay.  Saving us all some time,

we'll go to the next page, which appears to

be your curriculum vitae or resume of John

M. Klein.  And was that prepared by you?

A.  Yes.

Q.  And at least as of back in 2001

this document would be fully accurate too of

your background, isn't that correct?

26

1          J. KLEIN

2     A.   To the best of my knowledge.

3     Q.   Does Sage, either of these two

4  entities, sell to SOCOM?

5     A.   I believe we have in the past, yes.

6     Q.   Well, that's not a belief.   You know

7  you have in the past, isn't that correct?

8     A.   Yes.

9     Q.   Do you try to keep up to date on

10  the US Military's procurement of weapons?

11     A.   Yes.

12     Q.   When did you first hear of SCAR in

13  connection with a weapon or weapon program?

14     A.   Well, SCAR was an acronym for

15  Special Operations Forces Combat Assault

16  Rifle, I think.   It was a program that I

17  heard of right around 2002, 2003, 2004,

18  somewhere in there.

19     Q.   When did you first hear of Herstal's

20  involvement with the SCAR weapon or program?

21          MR. WEINTRAUB:   That assumes a fact

22  not in evidence.   We don't know if he ever

23  heard of it.   So let's -- did he ever know

24  that?

25          MR. EHRLICH:   I think he can answer

27
J. KLEIN

1

2    the question.

3        Q.   Go ahead.

4        A.   I think I recall that it was either

5    on the down select or the award.

6        Q.   When was the award?

7        A.   No idea.

8        Q.   When was the down select?

9        A.   Have no idea.

10        Q.   But as you sit here today, you

11    recall that you heard of Herstal's

12    involvement in the down select?

13        A.   As I sit here today, I heard either

14    of the down select or the award.   I don't

15    know whether it was either the down select

16    or the award.

17        Q.   But one of them you had heard of

18    Herstal's involvement as you sit here today?

19        A.   As I sit here today, yes.

20        Q.   What is the award?   What -- maybe

21    you can describe what you mean by the

22    "award"?

23        A.   They were awarded a contract.

24        Q.   By who?

25        A.   I have no idea who awarded the

28
J. KLEIN

1
2    contract.

3       Q.   But it would be a governmental

4    authority associated with SOCOM?

5       A.   Perhaps, yes.

6       Q.   And the down select, what do you

7    mean by "down select"?

8       A.   My definition of down select is that

9    if there's 20 competitors and an evaluation

10   is held by the purchasing agency or whomever

11   is making the selection, they come up with

12   four final candidates.   That would be my

13   definition of a down select.

14      Q.   Is there a lot of press about these

15   things such as the award of the contract?

16      A.   Well, I don't know that there's a

17   lot of press.   If you're interested in that

18   kind of stuff, you can find it out probably

19   on the internet or some publications.

20      Q.   And you're -- okay.   Let me show

21   you a document that was used, Exhibit-12 at

22   the Mills deposition.   And I'm sorry, I

23   don't have copies right now, but it was

24   circulated before.   But it shows that the

25   publication date written on the document is

29
J. KLEIN

1
2  20 January 2005.  And I'd ask if -- if this
3  is -- I'd like the witness just to glance at
4  that document for a moment, I'll ask a
5  question.
6      A.   Why don't we get copies made?
7          MR. EHRLICH:  Go ahead, but I'm not
8  sure -- it's just going to be a brief
9  question.  So --
10          MR. WEINTRAUB:  That's okay.  We'll
11  have a complete record.
12          MR. EHRLICH:  That's fine.  Make --
13  make a copy for Glenn then, please.  Thank
14  you.
15          We'll go off the record for a minute
16  while the copy's being made.
17          **(Whereupon, a brief recess was**
18  **taken.)**
19          MR. EHRLICH:  Okay.  Back on the
20  record.
21  **BY-MR.EHRLICH:**
22      Q.   Is this publicity that you were
23  talking about before about the Herstal down
24  select?
25      A.   Not that I would have any knowledge

30

J. KLEIN

1    of this being the down select.

2        Q.    But this article purports to talk

3    about the down select.

4        A.    Well, I haven't read the article so

5    --

6        Q.    You haven't read this article --

7        A.    Correct.

8        Q.    -- is what you're saying?

9            Let me ask this:    Was -- the

10   contract award would have been before the

11   down select?

12       A.    I don't think that's the way I

13   characterized the down select.

14       Q.    I'm not sure that I understand your

15   response.    Why don't you explain.

16       A.    I believe what I said on the down

17   select was that if there were a group of

18   companies that were vying for a contract,

19   there were 20, for example, and the

20   evaluations were conducted by the purchasing

21   authority and they said, "Well, you know,

22   these five look good."    That would -- that

23   in my head is down select to now four or

24   five competitors, whatever they -- they chose

31

J. KLEIN

1

2    to say they evaluated, "Hey, these guys have

3    got what we want."   That would be my

4    interpretation of a down select.

5         Q.   Okay.   Thank you for explaining

6    that.

7              Who makes the SCAR rifle?

8         A.   SCAR rifle, the Mark 17 and the Mark

9    16 are made by FN.

10         Q.   Is the plaintiff's SCAR rifle well

11    known in the trade or industry?

12              MR. WEINTRAUB:   Objection.   If you

13    can answer it --

14              THE WITNESS:   Yes.

15         Q.   I mean that was a major project, was

16    it not?

17              MR. WEINTRAUB:   Are you referring to

18    the SCAR program or the SCAR 16 or 17?

19              MR. EHRLICH:   I'm talking about the

20    development of this rifle that he referred to

21    a moment ago.

22              MR. WEINTRAUB:   The rifles?   You

23    mean the one referenced in this ad or

24    promotion?

25              THE WITNESS:   I don't know if it

32

1       J. KLEIN

2    was a major development or not.   Maybe FN

3    had it on the shelf.   I don't know.

4    **BY-MR.EHRLICH:**

5       Q.   I was referring to that it was a

6    major procurement contract, was it not?   By

7    the -- by the government?

8       A.   Yeah.   I don't know how many they

9    bought.   Does it say so in here?

10       Q.   I mean have you ever seen a rifle

11    that uses SCAR on the rifle that was not

12    made by the plaintiff?

13       A.   Yes.

14       Q.   And whose rifle is that?

15       A.   That would be the Clyde Armor 8

16    SCAR-CQB with a Ruger Mini-14 or a Ruger

17    AC-556 action in it.

18       Q.   Would you say that they actually

19    make the rifle or just the stock?   That's

20    Clyde.   I mean Clyde and Sage.

21           MR. WEINTRAUB:   Can you -- can you

22    repeat that?

23           THE WITNESS:   Clyde -- let me --

24    let me clarify something.   Clyde and Sage

25    make nothing together.   Sage manufactures the

33
J. KLEIN

1

2  chassis stock system, supplies it to Clyde.

3  Clyde supplies the AC-556 receivers and

4  barrels, and assembles the two together. And

5  that is their product.

6      Q.  And then that product would show

7  SCAR stock or -- or would use SCAR?

8      A.  The rifle chassis when they leave

9  here, the chassis stock systems when they

10  leave here, have SCAR-CQB engraved on them.

11     Q.  Now, if I said "SCAR stock," could

12  you tell whether I'm referring to a

13  replacement stock for a Herstal SCAR brand

14  rifle or the product that you referenced a

15  moment ago that your company makes for

16  supplying to Clyde?

17     A.  We supply a chassis stock system to

18  Clyde.  The SCAR rifle, as I understand it,

19  does not have a chassis stock system.  It's

20  -- it's basically a uni-body.

21     Q.  Could there be a replacement stock

22  for the SCAR rifle?

23     A.  I'm not intimately familiar with how

24  the butt stock fits on the SCAR rifle.  The

25  FN SCAR rifle.

34

J. KLEIN

1

2    Q.   So you wouldn't know the answer to

3    that question?

4    A.   I would not know the answer.

5    Q.   How would a consumer know the answer

6    if you don't know the answer?

7    MR. WEINTRAUB:   I'm going to object.

8    That's pure speculation.

9    MR. EHRLICH:   Go ahead.

10   THE WITNESS:   I'm not going to

11   speculate on that.

12   BY-MR.EHRLICH:

13   Q.   But a consumer wouldn't know the

14   answer, would they?

15   MR. WEINTRAUB:   Again, same

16   objection.

17   THE WITNESS:   I'm not going to

18   speculate on it.

19   Q.   In your company's use of SCAR stock,

20   or "SCAR-SQB," what does SCAR stand for?

21   MR. WEINTRAUB:   It's asked and

22   answered, but go ahead.

23   THE WITNESS:   Sage Clyde Armory

24   Rifle.

25   BY-MR.EHRLICH:

35
J. KLEIN

1

2   Q.   So you're saying that's an acronym

3   for that?

4   A.   For that chassis stock system, yes.

5   Which was formulated by Clyde.

6   Q.   Do you understand that SCAR would be

7   understood as an acronym in the trade or

8   industry for what you just described on the

9   SCAR stock?

10  A.   Say that again.

11  Q.   Go ahead.   Repeat the question.

12  **(Whereupon, the court reporter read**

13  **back the previous question.)**

14  THE WITNESS:   As it relates to the

15  Ruger Mini-14, yes.

16  **BY-MR.EHRLICH:**

17  Q.   And how do you know that?

18  A.   That's my perception of it.

19  Q.   But that's -- you don't know from a

20  consumer perception, do you?

21  A.   I'm not going to speculate on that.

22  Two different guns.

23  Q.   Is Clyde so well known in the

24  industry that the use of the letter C would

25  be understood as an acronym for Clyde?

36

1                        J. KLEIN
2              MR. WEINTRAUB:    I'm going to object.
3              THE WITNESS:    I have no idea.
4          Q.   Are you so well known in the
5    industry that the use of the letter S would
6    be understood as an acronym for Sage?
7          A.   I couldn't speculate on that.
8          Q.   Do you have any knowledge of that?
9          A.   No.
10         Q.   And you don't have any knowledge
11   that the use of the letter C would be
12   understood as an acronym for Clyde, do you,
13   in the industry?
14         A.   I'm not going to speculate.    I don't
15   know.
16         Q.   You have no knowledge?
17         A.   No.
18         Q.   No, you do have knowledge?
19         A.   No, I do not have knowledge.
20         Q.   Okay.    Thank you.
21              When did you first hear of
22   "SCAR-SQB"?
23         A.   You mean CQB?
24         Q.   CQB, I'm sorry.    Thank you.
25              MR. WEINTRAUB:    Obviously you're

37

J. KLEIN

1

2  confused, Burt.

3         THE WITNESS:  I think 2005 I got a

4  call from Andrew Clyde about a project, and

5  then that transferred over to 2006 at the

6  SHOT Show, and it was probably in 2006 that

7  I heard about SCAR-CQB.

8      Q.  And did you have anything to do with

9  the suggestion to use that?

10      A.  Use what?

11      Q.  SCAR-CQB?

12      A.  No.

13      Q.  So it would have been Clyde or

14  Andrew Clyde from Clyde Armory's suggestion

15  completely?

16      A.  Yes.

17      Q.  And that suggestion was made at the

18  SHOT Show?

19      A.  I don't think so.

20      Q.  The suggestion was made some time

21  after the SHOT Show?

22      A.  I believe so.

23      Q.  Do you have any documents that would

24  show when the suggestion was first made?

25      A.  No.  Other than what's on the

38
J. KLEIN

2  purchase orders that they -- that Clyde has

3  given us.

4      Q.  Now, when was the product, the

5  development of the product completed, the

6  SCAR-CQB?

7      A.  Sometime between when I met Andrew

8  Clyde at the SHOT Show and when we made the

9  first shipment to him of a number of stocks.

10     Q.  And was it Andrew Clyde that told

11 you to engrave SCAR-CQB on the stock?

12     A.  Yes.

13     Q.  And was it Andrew -- did Andrew

14 Clyde suggest anything else before he came up

15 with SCAR-CQB to be engraved on the stock?

16     A.  Like what?

17     Q.  Any other acronyms?

18     A.  I don't remember any.

19     Q.  So, and correct me if I'm wrong, it

20 was completely Clyde Armory's direction, it

21 was under their direction that you engraved

22 SCAR-CQB on the gunstock?

23     A.  Yes.

24     Q.  Did you ask Clyde Armory or Andrew

25 Clyde at any point in time whether they

39

J. KLEIN

1
2  searched the mark?

3      A.  No.

4      Q.  Did you suggest any other terms to

5  be engraved upon the stock?

6      A.  I don't believe so.

7      Q.  And was it Clyde that said that the

8  use of SCAR was the acronym that you have

9  described?

10      A.  I don't know that he ever said that

11  this was the acronym.  Basically we received

12  an order, it said put this on the side of

13  the stock, engrave it on there, and that's

14  what we did.

15      Q.  Now, you said that it -- before that

16  it's an acronym for Sage Clyde Armory Rifle.

17  Are you sure that that's what it is an

18  acronym for?

19      A.  I believe so.

20      Q.  But as you sit here today it's only

21  a belief, you're not sure that that's what

22  the acronym stands for?

23      A.  Well, that's what basically I've been

24  told that it has and I've read that that's

25  what it means.

40

J. KLEIN

1

2      Q.   Where did you read that's what it

3   means?

4      A.   In Mr. Clyde's deposition.

5      Q.   How did you get Mr. Clyde's

6   deposition?

7      A.   I don't honestly know.

8      Q.   Did Andrew Clyde send it to you?

9      MR. WEINTRAUB:   Asked and answered.

10   He said he didn't know.

11      THE WITNESS:   He may have.

12      Q.   Did you ask for the deposition

13   transcript of Andrew Clyde?

14      A.   I may have.

15      Q.   Did you read the Brett Jamison

16   deposition too?

17      A.   No.

18      Q.   Did you receive the Brett Jamison

19   deposition?

20      A.   No.

21      Q.   Was there any point in time where

22   you were told that SCAR would be S period, C

23   period, A period, R period?

24      A.   No.

25      Q.   Are there any variations of SCAR-CQB

41

J. KLEIN

2    that are used that include SCAR?

3        A.   In what regard?

4        Q.   Are there other alternatives, like

5    SCAR-DM?

6            MR. WEINTRAUB:   That's been asked

7    and answered, but go ahead.

8            THE WITNESS:   Not from here.

9        Q.   You say "not from here," but you're

10   aware of a variation then?

11       A.   No, I was not aware of any

12   variations.   I was asked one time for a

13   variation by Mr. Clyde.

14       Q.   And what was that variation?

15       A.   We make a -- we are under contract

16   from the US Government for M14 stocks that

17   has a collapsible butt stock on it, with a

18   movable cheek rest.   He wanted to do that

19   for the SCAR-CQB.   Couldn't do it.

20       Q.   What do you mean "couldn't do it"?

21       A.   The geometry didn't line up.

22       Q.   From a manufacturing standpoint it

23   couldn't be done --

24       A.   Correct.

25       Q.   -- is what you're saying?   Thank

42
J. KLEIN

1
2  you.

3          Did you mark "patent pending" on the

4  product as well that you made for Clyde?

5          A.  Yes.

6          Q.  And why did you mark "patent

7  pending" on it?

8          A.  Because that -- that was the

9  instruction Mr. Clyde gave me.

10          Q.  So again, on that one with the

11  markings of "patent pending," you were just

12  following Andrew Clyde's instructions?

13          A.  That is correct.

14          Q.  And did you ever receive instructions

15  to not mark it with "patent pending"?

16          A.  I don't recall.

17          Q.  Well, do you still mark it with

18  "patent pending"?

19          A.  I would -- I would not.

20          Q.  On your last shipment of product to

21  Clyde, when did that occur of the SCAR stock

22  or stock CQB?

23          A.  I have no idea.  We turned over the

24  -- all the shipping -- or the invoices to

25  you.

43
J. KLEIN

1

2      Q.   Have you made the change to delete

3   "patent pending"?

4      A.   Yeah.

5      Q.   When was that change made?

6      A.   I have no idea.

7      Q.   Was the change made after the last

8   shipment of rifles?

9      A.   I don't know.

10      Q.   Who told you not to put "patent

11   pending" on it?

12      A.   I don't recall.

13      Q.   Do you have any documentation?

14      A.   No.

15      Q.   Well, did you do it on your own

16   volition?

17      A.   Probably that's how it occurred.

18      Q.   When you say, "probably that's how

19   it occurred"?

20      A.   Yes.

21      Q.   When did it occur?

22           MR. WEINTRAUB:    Asked and answered.

23   Go ahead.

24           THE WITNESS:    What?

25      Q.   When did it occur?

44

J. KLEIN

1

2       MR. WEINTRAUB:  I said it's been --

3   he's already asked it about three times.

4       THE WITNESS:  I would just point to

5   reading Andrew Clyde's deposition of knowing

6   that no patent was filed, patent application

7   was filed, and I would not put it on there

8   after that point.

9       Q.  So after -- when did you read his

10  deposition, approximately?

11      A.  About a week ago.

12      Q.  Okay.  So as of that point you

13  decided within the last week or so that no

14  more would "patent pending" appear on the

15  product?

16      A.  Yes.

17      Q.  Because --

18      A.  That was my decision.

19      Q.  It was your decision because you

20  read that no patent was ever pending --

21      A.  Correct.

22      Q.  -- in the Clyde deposition?

23          Thank you.

24      MR. EHRLICH:  Let's go ahead and

25  mark this as Exhibit Number-19.

45

1          J. KLEIN

2          **(Whereupon, Exhibit-19 was marked for**

3     **identification.)**

4     **BY-MR.EHRLICH:**

5          Q.   Do you recognize that document?

6          A.   Yes.

7          Q.   And it's entitled, "Declaration of

8     John M. Klein."   Is that the declaration

9     that you signed earlier?

10          A.   5 April 2012?

11          Q.   Yes.

12          A.   Yes.

13          Q.   So you -- that's your signature,

14     correct?

15          A.   Yes.

16          Q.   Okay.   Did you prepare this?

17          A.   No.

18          Q.   Who prepared it?

19          MR. WEINTRAUB:   I'm going to object.

20     Go ahead and answer.

21          THE WITNESS:   I believe Mr. Bellamy

22     and my attorney Mr. Weintraub.

23          Q.   Did you make any changes in the

24     document?

25          MR. WEINTRAUB:   I'm going to object

46

1                        J. KLEIN

2    and instruct him not to answer because that

3    would be a communication between counsel.

4            MR. EHRLICH:  No, it's not.

5            MR. WEINTRAUB:  Yes, it is.  He had

6    -- obviously if he made any changes, that

7    was pursuant to input and conversation with

8    counsel so --

9            MR. EHRLICH:  The answer's yes or

10   no.  It doesn't --

11           MR. WEINTRAUB:  No --

12           MR. EHRLICH:  I'm not --

13           MR. WEINTRAUB:  I'm going to

14   instruct him not to answer.

15           MR. EHRLICH:  Go ahead.

16           MR. WEINTRAUB:  I'm going to

17   instruct him not to answer.

18   BY-MR.EHRLICH:

19       Q.  Did you make any changes in this

20   document?

21           MR. WEINTRAUB:  I'm instructing him

22   not to answer.

23       Q.  And on the advice of counsel, do you

24   refuse to answer the question?

25       A.  Yes.

47

J. KLEIN

1

2      Q.   Going to paragraph number 8 for a

3   moment, as of at least the time of this

4   document, which was 5 April 2012, it is

5   referring that Sage has produced the stocks

6   bearing the marking SCAR hyphen stock

7   exclusively for and sold them exclusively to

8   Clyde Armory.   Is that statement still

9   correct?

10      A.   Correct.

11      Q.   And that statement was correct as of

12   from the very beginning through April and

13   right up to the present time?

14      A.   That is correct.

15      Q.   And is the next statement also

16   correct both as of the time that it was made

17   and through the present time, and that is in

18   the next sentence:   "These stocks are

19   produced at Sage's facility in Michigan and

20   are shipped only to Clyde Armory in Georgia"?

21      A.   Correct.

22      Q.   And is the statement -- skipping the

23   next sentence, but the next sentence after

24   that reads, Sage makes similar stocks

25   (without the SCAR hyphen stock trademark) as

48

J. KLEIN

2  OEM parts for Ruger."   Is that statement

3  correct?

4      A.   Correct.

5      Q.   Now, the acronym Sage Clyde Armory

6  Rifle that you referred to earlier, couldn't

7  that acronym also mean Sage Clyde Armory

8  Ruger?

9      A.   Could if you wanted it to be.

10      Q.   So it could mean whatever a consumer

11  or someone thinks it might mean?

12      A.   That's asking me to crawl inside

13  somebody's head.   I'm not going to speculate.

14      Q.   Well, isn't an acronym an understood

15  meaning?

16      A.   I'd have to look it up what an

17  acronym really means in the dictionary.

18      Q.   Okay.   But when you say "it's an

19  acronym," you're saying that's your

20  understanding that it's an acronym?

21      A.   That's my understanding, yes.

22      Q.   And -- and you're not saying that

23  it's anybody else's understanding that it

24  would be an acronym.   Is that right?   Other

25  than Andrew Clyde.

49

J. KLEIN

1

2          MR. WEINTRAUB:  I'm going to object.

3    Go ahead and answer.

4          THE WITNESS:  Will you say that

5    again?

6       Q.  You don't -- you've never done a

7    study or any analysis of what consumers might

8    think it's an acronym for, have you?

9       A.  No.

10      Q.  And you have no study from the

11   industry or any analysis from the industry on

12   what the industry might think it's an acronym

13   for?

14      A.  No.

15      Q.  Now, if it is an acronym, at least

16   according to your understanding, which

17   includes Sage, doesn't that mean that you'd

18   be part owner of SCAR, the acronym SCAR-CQB,

19   because it stands for Sage?

20          MR. WEINTRAUB:  I'm going to object

21   to that.  I mean that's -- that hypothetical

22   makes no sense.

23          MR. EHRLICH:  I don't know that it's

24   a hypothetical.

25      Q.  Go ahead.

50
J. KLEIN

1

2      MR. WEINTRAUB:   If you can answer

3  it.

4      THE WITNESS:   I'm not -- I'm not

5  going to speculate on that.   I'm not -- I'm

6  not the owner of SCAR or the SCAR-CQB mark.

7  I am a vendor to Andrew Clyde of chassis

8  stock systems, okay?   Period.   There's no

9  partnership, I don't own anything on that

10  stock when it leaves here, he pays, it goes.

11  **BY-MR.EHRLICH:**

12      Q.   Would you give someone the right to

13  use your name Sage?

14      MR. WEINTRAUB:   In connection with

15  what? You're not --

16      MR. EHRLICH:   Product sold by

17  another company.

18      MR. WEINTRAUB:   Objection.   Are you

19  asking him to become a trademark expert?

20  Because, as you know, trademarks are

21  associated with goods or services.   So --

22      MR. EHRLICH:   I'm just asking him as

23  a businessman in his lay view.

24      MR. WEINTRAUB:   In his lay view for

25  what?

51
J. KLEIN

BY-MR.EHRLICH:

1

2

3      Q.  Go ahead.  Can you answer?

4      A.  I would allow somebody to use the

5  name if -- if I produced part of it, which

6  I do, the chassis stock system.  And if it

7  would help with the business between the

8  buyer and me being the seller, the answer

9  would be yes.  And if the company was of

10  good rapport, which they are of excellent

11  rapport, as far as I'm concerned.

12     Q.  Now, going to the 2006 SHOT Show, at

13  that show you met with Andrew Clyde; is that

14  correct?

15     A.  Yes.

16     Q.  And what was discussed?  What do you

17  recall being discussed at that point?

18     A.  Well, he wanted to buy a thousand

19  stocks for AC-556's.

20     Q.  And you would make those stocks?

21     A.  We had already developed the Mini-14

22  stock.  That part of it was done.  The

23  AC-556 and the Mini-14 are internally within

24  the stock different.  So we had to explore

25  that, what we had to do to make it work for

52
J. KLEIN

1  the AC-556.

2      Q.   Do you recall anything else discussed

3  at the SHOT Show with Andrew Clyde about the

4  project?

5      A.   No.   He seemed eager to go ahead.

6      Q.   And then what happened after that?

7  What was the next step?

8      A.   He -- well, there was an agreement

9  that he would assist us with the development

10  of the AC-556 variant.   And we moved ahead

11  to machine the stock so it would accept the

12  AC-556.

13      Q.   So when was the next communication

14  after the SHOT Show with Andrew Clyde about

15  this project?

16      A.   I believe fairly quickly.   Either --

17  chances are it was by -- I've turned over

18  everything that I -- I have record wise as

19  far as e-mail communication.   It was a lot

20  of this was done by phone.

21      MR. WEINTRAUB:  Since you don't have

22  a question pending, can we take a --

23      MR. EHRLICH:  Yeah, let's do it.

24      **(Whereupon, a brief recess was**

53
J. KLEIN

1

2    taken.)

3         MR. EHRLICH:   Okay.   Back on the

4    record.

5         We'll mark this as the next number,

6    what is it?   Twenty for identification.

7         **(Whereupon, Exhibit-20 was marked for**

8    **identification.)**

9    **BY-MR.EHRLICH:**

10        Q.   Okay.   I'd like to hand to the

11   witness --

12        MR. WEINTRAUB:   For the record,

13   these are documents that were previously

14   produced pursuant to the subpoena.   That the

15   ones that are Bates numbered begin at Sage

16   007 through Sage 186.   Pages 1 through 6 of

17   this exhibit have been replaced with

18   unredacted versions.

19        MR. EHRLICH:   And is it agreed that

20   we can have the representation that this is

21   the complete set of documents provided

22   pursuant to the subpoena?

23        MR. WEINTRAUB:   Yes.

24        MR. EHRLICH:   Thank you.

25        And it appears to be in reverse

54

J. KLEIN

1

2  order.   So I think we may need to start at

3  the bottom and go through this and work our

4  way back up.

5  BY-MR.EHRLICH:

6  Q.   Okay.   Now, earlier today you said

7  -- we were talking about the time period on

8  some events in your dealing and sale of

9  products to Clyde, the SCAR-CQB marked

10  stocks.   Why don't we start at the 186, 185.

11  Why don't you describe as we're going through

12  this what these documents reflect.   186?

13  A.   Packing slip from Sage to Clyde.

14  Q.   And is that the first shipment that

15  you have of this product?

16  A.   I'm assuming that it is.   It's not

17  -- it's not a shipment that is saleable

18  because it's in the white.

19  Q.   So this would just be for testing

20  and evaluation, as it says on Document 186?

21  A.   Yes.

22  Q.   And then the documents after that

23  185 and 184, that goes with this picking

24  slip or packing slip.   And 184 says it's

25  "for test and evaluation.   A credit will be

55

J. KLEIN

1
2  issued upon return of the above item."
3      A.  Yeah.
4      Q.  So that shows that this item being
5  provided was not to be resold by Clyde, it's
6  -- it's a prototype, is it not?
7      A.  Yes.
8      Q.  Okay.  And was this product, this
9  prototype that was shipped to Clyde, was this
10 product marked with anything on the stock
11 itself?
12     A.  Like what?
13     Q.  Did it say SCAR-CQB or anything like
14 that?
15     A.  I don't believe so because that
16 process is a laser process.
17     Q.  So at the time of this invoice that
18 process was not yet in existence with the
19 laser for this item?
20     A.  Correct.
21     Q.  And this was to be credited in full
22 the purchase price to Clyde upon the return
23 of the item, was it not?
24     A.  That's what it says.
25     Q.  Well, that was the intent of this,

56

J. KLEIN

1
2    right?    Yes?

3        A.    That's what it says.    Yes.

4        Q.    Okay.    The next series of documents

5    are dated -- well, let's go Roadway Express

6    is the next one, 183.    That's a bill of

7    lading, is that what that is?

8        A.    Yes.

9        Q.    And for the record, when you'd ship

10   the product there would be a bill of lading

11   to Clyde?

12       A.    If it was a skidded shipment, yes;

13   if it was UPS, it would not be a bill of

14   lading.

15       Q.    Okay.    And would those picking

16   slips, 182 and 181, go with Document 183?

17   Excuse me, strike that.

18       It looks like 182 would go with 183;

19   is that correct?    No, that's not correct

20   either.

21       What is 182?    That's August -- it

22   looks like -- well, why don't I let you

23   explain those three documents.

24       A.    Well, 183 is a bill of lading.    182

25   is a picking slip for wrapping material in

57
J. KLEIN

boxes.   How many, I don't know.   And 181 is

a picking slip for what appears to be

stocks.

Q.   Okay.   That shows it's shipped by

date of September '4, 181?

A.   Yeah.   Shipped by -- shipped by date

is September 4th.

Q.   Okay.   Now, there is only like 34

items of SCAR-CQB being ordered and 20 items

of SCAR-CQB engraved being ordered.   Those

are relatively small quantities, are they

not?

A.   Yes.

Q.   And why were the quantities so

small, only 54 units that are being ordered?

MR. WEINTRAUB:   If you know.

THE WITNESS:   Simple.

Q.   Go ahead.

A.   We were ramping up because we had a

military order for M14 EBR chassis stock

systems and we didn't have the machine

capacity to produce more.   So the quantities

were small.   And then I think this was one

of the first orders, I'm not sure.

58
J. KLEIN

Q. And these would have now been engraved with the SCAR-CQB, would they not have?

A. I would --

Q. Or do you know?

A. I -- I would assume, yes.

Q. Do you know for sure?

A. No.

Q. If we go to document 180, it says a "corrected purchase order" from Clyde to your company?

A. Engraved. Important point. Originally he wanted the picatinny rails engraved with numbers, and that's what I believe on this second item was the -- all four -- all four sides laser engraved. Rails, all four sides laser engraved.

Q. Laser engraved with what all four sides?

A. One, two, three, four. These were numbered slots. Do you know what a picatinny rail is?

Q. Why don't you explain, for the record. And I'm not sure either, so go

59
J. KLEIN

1
2     ahead please.

3         A.   Picatinny rail is where you mount

4     scopes and lasers and targeting devices and

5     lights and vertical foregrips.   The military

6     on a lot of their weapons has those slots

7     numbered so that when they take them off and

8     put them on they record those numbers,

9     because there's zeros associated with those

10    specific slots and they want to put them

11    back in the same place.

12            MR. WEINTRAUB:   To facilitate, if

13    you go -- if you do a Google search on a

14    "picatinny" it's a standard term of art.

15    It's a specific type of rail.

16            MR. EHRLICH:   Thank you.

17        Q.   If you go to Document 180, it looks

18    like Clyde Armory was only ordering 54 and

19    20?

20        A.   Yeah.

21        Q.   And then is it your testimony that

22    you reduced that order to like even smaller

23    number?   Because it shows 74 being ordered

24    there.

25        A.   Perhaps that's the case.   I don't

60
J. KLEIN

1

2    recall.

3        Q.    Do you know who wrote "corrected" on

4    these?    On this one.    Is that your writing,

5    "corrected"?

6        A.    Haven't got a clue.

7        Q.    And I take it that this is a

8    complete set of the invoices and the complete

9    set of the records as shown from your

10    search?

11        MR. WEINTRAUB:    We have produced for

12    you everything that we have that was

13    responsive to your request.

14        MR. EHRLICH:    Okay.

15        MR. WEINTRAUB:    That we have.

16    BY-MR.EHRLICH:

17        Q.    Do you have electronic files too?

18        A.    What do you mean?

19        Q.    Like a printout of purchase order,

20    the date, the quantity, the ship, summary

21    records by account?

22        A.    I'd have to -- I don't -- I don't

23    know that.    Because I'm not an IT guy.    We

24    can -- we can ask.

25        MR. EHRLICH:    It might help if you

61
J. KLEIN

1

2      did follow up on that.

3              MR. WEINTRAUB:   I have followed up.

4      We have given you every purchase order that

5      we possess.

6              MR. EHRLICH:   No.   I'm talking about

7      the electronic summary.   It would be easier

8      sometimes than going through it item by item.

9              MR. WEINTRAUB:   Well, we can ask.

10     But I've given you what we have.

11             THE WITNESS:   We've only got 178

12     more to go.

13             MR. EHRLICH:   Yeah.   It's easier if

14     you have an electronic printout.   If you

15     want to check on that, maybe we could get

16     that and introduce that and we don't have to

17     start adding things up.

18             MR. WEINTRAUB:   We'll find out.

19             MR. EHRLICH:   Okay.   You're saying

20     you'll follow up.   Thank you.

21             MR. WEINTRAUB:   Unless you want to

22     take a break right now.

23             MR. EHRLICH:   Okay.   Go ahead.

24     Let's see if we've got it.

25             **(Whereupon, a brief recess was**

62

1               J. KLEIN

2    **taken.)**

3          MR. WEINTRAUB:  They're checking to

4    see if they have it.

5          MR. EHRLICH:  Okay.  Well, then

6    let's go on with some further questions then.

7    **BY-MR.EHRLICH:**

8        Q.  For each order would there have been

9    a purchase order from Clyde Armory?

10       A.  For the most part, yes, but there

11   were orders that came in verbally as well.

12       Q.  And who would take those orders?

13       A.  Me.

14       Q.  And at any point did you tell Clyde

15   at various times that you couldn't fill

16   various orders on time or couldn't fill them

17   because you had other production runs --

18       A.  Yes.

19       Q.  -- of other products?

20       A.  Yes.

21       Q.  And can you describe that for me,

22   you know, over time, how that would work?

23       A.  Describe what?

24       Q.  Would other orders take precedence

25   over these orders?

63
J. KLEIN

1

2      A.    If it had "US Military" stamped on

3   it, it takes precedence over everything.

4      Q.    And so at various times you told

5   Clyde that I'd have to delay or not fill an

6   order for that purpose --

7      A.    Correct.

8      Q.    -- because of US Military?

9          So you had production limitations

10  basically --

11     A.    Yes.

12     Q.    -- over time?

13     A.    Yes.

14     Q.    And would that be an ongoing

15  occurrence over time?

16     A.    Yes.

17     Q.    Do you have any idea roughly how

18  many orders you filled for them, how many

19  you've made?

20     A.    Stocks?

21     Q.    Yeah.    Totally.

22     A.    Seven or 800.

23     Q.    And that would be from the beginning

24  to the present time?

25     A.    Yeah.

```
                              64
 1                         J. KLEIN
 2          Q.  Do you have orders right now for
 3     them?
 4          A.  Yes.
 5          Q.  And what's the -- what kind of order
 6     do you have now presently?
 7          A.  I think we've got an order for 34
 8     SCAR-CQB chassis and I think we have some
 9     M14s, but it's not relevant.
10          Q.  Was there a time period where Andrew
11     Clyde told you that he had stopped
12     advertising the product?
13          A.  Yes.
14          Q.  And what did he tell you about that?
15          A.  He was wasting his money if we
16     couldn't supply.
17          Q.  Do you recall when that happened,
18     approximately?
19          A.  A year or two ago.
20          Q.  And did it happen prior to that as
21     well that you can recall?
22          A.  May very well have.  I don't really
23     recall.
24          Q.  Did you keep records on those
25     conversations?
```